**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OCEAN STATE TACTICAL, LLC, d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER** | : | |
| ***Plaintiffs*,** | : | |
| **v.** | : | **C.A. NO. 1:22-cv-00246-JJM-PAS** |
| **STATE OF RHODE ISLAND** | : | |
| ***Defendant.*** | : | |

**MOTION TO DISMISS**

Now comes the Defendant, the State of Rhode Island (hereinafter the "State"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and hereby moves to dismiss the Complaint filed in this civil action by Ocean State Tactical, LLC d/b/a Big Bear Hunting and Fishing Supply, Jonathan Hirons, James Robert Grundy, Jeffrey Goyette, and Mary Brimer (hereinafter "Plaintiffs"). In support hereof, the State submits the accompanying Memorandum of Law.

WHEREFORE, the State respectfully requests that this Motion to Dismiss the Complaint be granted.

Respectfully submitted,

DEFENDANT,
STATE OF RHODE ISLAND

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Sarah Rice*
*/s/ Keith Hoffmann*

Sarah Rice, Bar No. 10465
Keith Hoffmann, Bar No. 9874
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Extension 2054 / 1882
Fax: (401) 222-3016
SRice@riag.ri.gov
KHoffmann@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 26th day of August, 2022.

*/s/ Keith Hoffmann*