UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**<br>    *Plaintiffs,*<br><br>v.<br><br>**STATE OF RHODE ISLAND,**<br>    *Defendant.* | Case No.: 1:22-cv-00246 |

## ASSENTED TO MOTION FOR EXTENTION OF TIME

**NOW COMES** the Plaintiffs, Ocean State Tactical, LLC d/b/a Big Bear Hunting and Fishing Supply, Jonathan Hirons, James Robert Grundy, Jeffrey Goyette, and Mary Brimer (*hereinafter*, the "Plaintiffs") by and through counsel, and hereby requests a thirty (30) day extension of time, up to and including September 26, 2022, to file an Opposition to the Defendant, The State of Rhode Island's (*hereinafter*, the "Defendant") Motion to Dismiss and Memorandum in support thereof, filed with this Court on August 26, 2022.

As grounds for this Motion, Counsel(s) for the collective Parties to this above captioned matter have mutually assented to an extension of time provided to the Plaintiffs to answer the Motion to Dismiss and Memorandum in support thereof so as the Plaintiffs have adequate time to address the arguments raised in the Defendant's Motion to Dismiss and Memorandum in support thereof fully.

**WHEREFORE**, the Plaintiffs respectfully request an extension, up to and including September 26, 2022, to file their Opposition to the Defendant's Motion to Dismiss and Memorandum in support thereof.

Respectfully Submitted,

**OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**

*By and through their counsel,*

/s/ Michael A. Kelly
Michael A. Kelly, Esq.  (#2116)
Dane E.  Ardente, Esq.  (#10263)
Thomas E. Romano, Esq. (#5425)
KELLY, SOUZA & PARMENTER, P.C.
128 Dorrance Street, Suite 300
Providence, RI  02903
Tel: (401) 490-7334 | Fax: (401) 490-7874
mkelly@ksplawpc.com
dardente@ksplawpc.com
tromano@ksplawpc.com

Dated: September 1, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 1st day of September, 2022, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

    Keith Hoffmann, Esq.
    Special Assistant Attorney General
    150 South Main Street
    Providence, RI 02903
    khoffmann@riag.ri.gov

/s/ Michael A. Kelly
KELLY, SOUZA, & PARMENTER, P.C.