UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**<br>    *Plaintiffs,*<br><br>          v.<br><br>**PETER F. NERONHA, in his Official Capacity as the Attorney General for The State of Rhode Island; and DARNELL S. WEAVER, in his Official Capacity as the Superintendent of the Rhode Island State Police**<br>    *Defendants.* | Case No.: 1:22-cv-00246-JJM-PAS |

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Thomas E. Romano, Esq. hereby withdraws his appearance on behalf of the Plaintiffs with respect to the above-referenced matter.

Respectfully Submitted,

**OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**

*By and through their counsel,*

*/s/ Thomas E. Romano*
Thomas E. Romano, Esq. (#5425)
KELLY, SOUZA & PARMENTER, P.C.
128 Dorrance Street, Suite 300
Providence, RI  02903
Tel: (401) 490-7334 | Fax: (401) 490-7874
tromano@ksplawpc.com

Dated: September 29, 2022

Case 1:22-cv-00246-JJM-PAS   Document 16   Filed 09/29/22   Page 2 of 2 PageID #: 153

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 29th day of September, 2022, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

Keith Hoffmann, Esq.
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
khoffmann@riag.ri.gov

                                              */s/ Michael A. Kelly*
                                              KELLY, SOUZA, & PARMENTER, P.C.

2