Exhibit J

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OCEAN STATE TACTICAL, LLC,** | : | |
| **d/b/a BIG BEAR HUNTING AND** | : | |
| **FISHING SUPPLY; JONATHAN** | : | |
| **HIRONS; JAMES ROBERT** | : | |
| **GRUNDY; JEFFREY GOYETTE;** | : | |
| **and MARY BRIMER** | : | |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | **C.A. NO. 1:22-cv-00246-JJM-PAS** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |
| *Defendant.* | : | |

## DECLARATION OF MEGAN L. RANNEY

1. My name is Megan L. Ranney. I am the Warren Alpert Foundation Professor of Emergency Medicine at Brown University Medical School as well as Professor of Behavioral and Social Sciences and Health Services, Policy, and Practice at the Brown University School of Public Health. I have been retained by the State of Rhode Island's Office of the Attorney General to provide an expert opinion in the above-captioned matter.

2. I am an expert in the fields of emergency medicine and public health with a special emphasis on injury prevention. Attached hereto is my curriculum vitae, Exhibit 1. A list of all other cases in which, in the previous four years, I have testified as an expert at trial or by deposition is attached as Exhibit 2.

3. I have been retained by the Rhode Island Office of the Attorney General to provide opinions regarding the study and prevention of firearm injuries, and the medical treatment of firearm injuries, in this case at a rate of $250.00 per hour. The expert report I have prepared is attached as Exhibit 3. I hold all opinions expressed in Exhibit 3 to a reasonable degree of professional certainty.

Digitally signed by Megan L.
Ranney
Date: 2022.10.14 08:53:51 -04'00'

Megan L. Ranney, MD,
MPH, FACEP

Date: 14 October 2022

Exhibit 1

# MEGAN L. RANNEY, MD, MPH, FACEP

Deputy Dean, School of Public Health
Professor, Department of Behavioral and Social Sciences and Department of Health Services, Policy, and Practice
Warren Alpert Endowed Professor, Department of Emergency Medicine, Alpert Medical School
Brown University

Business Address:     139 Point Street, Providence, RI, 02903
Business Telephone:  401-444-2557
Business FAX:       401-444-2249
EMAIL:               megan_ranney@brown.edu / mranney@lifespan.org

## EDUCATION

**Undergraduate**     **Harvard College**, Cambridge, MA.
History of Science
A.B., Summa Cum Laude
1993-1997

Undergraduate Honors
1993-1997          John Harvard & Elizabeth Radcliffe Scholarships
1996              Phi Beta Kappa, Elected
1996              Lamont Public Service Fellowship
1996              Education for Action Summer Action Fellow
1996-1997          President, Radcliffe Union of Students
1997              Adams House Coat of Arms

**Medical School**     **Columbia University College of Physicians and Surgeons**
New York, NY
Doctor of Medicine
2000-2004

Medical School Honors
2001              Charles Ray Jones Fellowship
2001              Simon Rifkind Ethics Fellowship
2002-2004          Lawrence Durante Memorial Scholarship
2003              Alpha Omega Alpha, Elected
2004              Leonard Tow Humanism in Medicine Award
2004              Gold Foundation Humanitarian Award

**Graduate**         **Brown University**
Program in Public Health
Providence, RI
Master of Public Health
2008-2010

**Other Advanced Degrees/Certificates**
2016              **American Medical Informatics Association (AMIA)**
10x10 Course (in conjunction with ACEP)

2017              **American Medical Informatics Association (AMIA)**

Data Analytics Course (in conjunction with ONC)

2018-2019         **Chair Development Program**
Association of Academic Chairs in Emergency Medicine (AACEM)

POSTGRADUATE TRAINING

**Residency**         **Brown University**
Emergency Medicine Residency Program
Department of Emergency Medicine
Providence, RI
2004-2007

**Fellowships**         **Brown University**
Injury Prevention Research Fellowship
Injury Prevention Center
Department of Emergency Medicine
Providence, RI.
2008-2010

**Health Innovators Fellowship**
Aspen Institute. Chosen from among 1000+ applicants.
2019-present

POSTGRADUATE HONORS AND AWARDS

2007-2008         **Chief Resident**, Brown University School of Medicine, Emergency Medicine Residency Program.

2008         **Haffenreffer Award.** For outstanding house officer performance, service, and education at Rhode Island Hospital.  One of 5 graduating house officers selected for award.

2008         **Daniel L. Savitt Resident Teaching Award.** Elected by peers, Department of Emergency Medicine, Alpert Medical School.

2008         **Gregory D. Jay Resident Research Award,** Department of Emergency Medicine, Alpert Medical School.

2008, 2011         **Loan Repayment Award for Clinical Research,** National Institutes for Health.

2010         **Dean's Excellence in Teaching Award,** Alpert Medical School, Brown University.

2013-2014, 2016         **Outstanding Reviewer Award,** *Academic Emergency Medicine*.

2014         **Rhode Island Bioscience Award,** awarded by the RI Tech Collective in recognition of "scientists, researchers, thinkers, and culture changers challenging the status quo."

2014         **Paul Calabresi Faculty Research Award**, Department of Emergency Medicine, Alpert Medical School, Providence, RI

| 2014 | **Outstanding Physician Award,** Department of Emergency Medicine, Alpert Medical School, Providence, RI. |
|------|---|
| 2015 | **Forty Under Forty in Rhode Island** award, Providence Business News. |
| 2015 | **Young Investigator Award,** Society for Academic Emergency Medicine. |
| 2016 | **Technology Innovation Award**, Brown Emergency Medicine, Providence, RI. |
| 2017 | **Outstanding Investigator Award**, Department of Emergency Medicine, Alpert Medical School, Providence. RI |
| 2018 | **Gregory Jay MD PhD Research Impact Award.** Department of Emergency Medicine, Alpert Medical School. |
| 2018 | **Bruce Selye Research Award.** Awarded to a single researcher each year at the Lifespan health system. |
| 2018 | **American College of Emergency Physicians' Spokesperson of the Year.** National award given to one emergency physician each year. Selected by ACEP Board of Directors. |
| 2018 | **Physician CARE Award**, for outstanding care of patients. Awarded by The Miriam Hospital Chief Medical Officer, Providence, RI. |
| 2018 | **Outstanding Reviewer Award**, *Annals of Internal Medicine.* |
| 2019 | **EMRA "45 under 45" Award.** Emergency Medicine Residents' Association. |
| 2019 | "**Top Doctors in Rhode Island."** Elected by peers. |
| 2019 | **"Policy Pioneer Award**." American College of Emergency Physicians. |
| 2019 | **"Woman Physician of the Year."** Rhode Island Medical Women's Association. |
| 2020 | **Warren Alpert Endowed Professorship**, awarded by Dean Jack Elias with approval of the Brown University Corporation. |
| 2020 | **Doctor of Distinction**. Awarded by Governor Gina Raimondo, Rhode Island. |
| 2020 | **Outstanding Leadership in Healthcare**. Awarded by U.S. Representative David Cicilline. |
| 2020 | **"50 Experts to Trust in a Pandemic."** Elemental/Medium. |
| 2020 | **"Who To Watch in 2021".** Providence Monthly. |
| 2020 | **Bertram Yaffe Award,** for an individual with long standing service to the advancement of public health in Rhode Island**.** Rhode Island Public Health Association. |

| | |
|---|---|
| 2020 | **Rhode Island Woman of the Year.** GoLocalProv. Previous awardees include RI Education Commissioner Infante-Greene and RI Governor Raimondo. |
| 2021 | "**Top Doctors in Rhode Island.**" Elected by peers. |
| 2021 | **Trailblazer in Health & Wellness Award.** R.I.S.E. Women's Leadership Conference Advisory Council. |
| 2022 | **2022 Women Transforming Healthcare: The Medika Life 2022 Top 30**. Elected by Medika Life and their colleagues. |
| 2022 | **National Academy of Medicine.** |

PROFESSIONAL LICENSES AND BOARD CERTIFICATION

**Licenses**

| | |
|---|---|
| 2004-2008 | Rhode Island State Medical License LP00243 (inactive) |
| 2008-present | Rhode Island State Medical License 12662 (active) |

**Certifications**

| | |
|---|---|
| 2010-present | Diplomate, American Board of Emergency Medicine Certified until 12/31/2029; passed 10-year recertification exam 09/2018 |
| 2012-present | Fellow, American College of Emergency Physicians |

ACADEMIC APPOINTMENTS

**Primary Appointments**

| | |
|---|---|
| 2008-2010 | Teaching Fellow, Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, RI. |
| 2010-2016 | Assistant Professor, Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, RI. |
| 2016-2021 | Associate Professor, Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, RI. |
| 2021-present | Professor, Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, RI. |
| 2021-present | Professor, Department of Behavioral and Social Science, School of Public Health, Brown University. |

**Secondary Appointments**

| 2009-2010 | Adjunct Clinical Faculty, Duquesne University School of Nursing, Family Nurse Practitioner Program. |
| 2013-2016 | Assistant Professor, Department of Health Services, Policy, and Practice, School of Public Health, Brown University, Providence, RI. |
| 2016-2021 | Associate Professor, Department of Health Services, Policy, and Practice, School of Public Health, Brown University, Providence, RI. |
| 2021-present | Professor, Department of Health Services, Policy, and Practice, School of Public Health, Brown University, Providence, RI. |

**Departmental Appointments**

| 2014-2020 | Director, Emergency Digital Health Innovation (EDHI) Program, Brown Emergency Medicine, Providence, RI. |
| 2016-2020 | Director, Special Projects, Brown Emergency Medicine, Providence, RI. |

**University Appointments**

| 2019-2021 | Assistant Dean, Brown Institute for Translational Sciences, Alpert Medical School, Brown University, Providence, RI. |
| 2019-present | Director, Brown-Lifespan Center for Digital Health, Brown University, Providence, RI. |
| 2021 | Associate Dean for Strategy and Innovation, School of Public Health, Brown University. *February-December 2021.* |
| 2021-present | Deputy Dean, School of Public Health, Brown University. *Originally "Academic Dean" (December 2021-October 2022).* |

HOSPITAL APPOINTMENTS

| 2008-present | Attending Physician, Brown Emergency Medicine/Department of Emergency Medicine, The Miriam Hospital & Rhode Island Hospital, Providence, RI. |
| 2019-present | Director, Brown-Lifespan Center for Digital Health, Lifespan Health Systems, Lifespan, Providence, RI. |

OTHER APPOINTMENTS

**National Appointments**

| 2014 - 2015 | Appointed member, Institute of Medicine Digital Learning Collaborative. |
| 2014 – 2016 | Appointed member, mHealth Physician Task Force, HIMSS. |
| 2016 | Virtual Mentor, Academic Life in Emergency Medicine Fellowship Incubator. |

| 2017 – present | American Foundation for Firearm Injury Reduction in Medicine (AFFIRM; now AFFIRM at Aspen Institute). |
| | • Chief Research Officer, 2018-2021 |
| | • Senior Strategic Advisor, 2021-present |
| 2019 – present | Aspen Global Leadership Network. |
| 2019 – present | Scientific Advisory Committee, New Jersey Gun Violence Research Center (NJGVRC). |
| 2019 – present | External Advisory Committee, Center for Gun Violence Prevention, Northwell Health. |
| 2020 – 2022 | Co-founder and President of the Board, GetUsPPE. |
| 2020 | Medical Analyst, CNN. |
| 2021 – present | Appointed member, NASEM Firearms Workshop Planning Committee. |
| 2021 – 2022 | Co-director, Duke Clinical Research Institute Think Tank: "Consumerization and Digitization of Healthcare: Where Marketing Meets Clinical Trials." *January 2022.* |
| 2022 - present | Trustee, National Opioid Abatement Trust II. |

**State and Regional Appointments**

| 2004-2010 | Rhode Island Sexual Assault Treatment Committee |
| | Represented Rhode Island Hospital & The Miriam Hospital Emergency Departments |
| 2008-2012 | Rhode Island Child Death Review Team |
| | State-wide injury prevention/emergency medicine representative |
| 2009 | Guest editor, *Medicine & Health Rhode Island,* "Emergency Physicians and Public Health" Special Issue. |
| 2009-present | Rhode Island National Violent Death Reporting System, Advisory Committee |
| | Appointed state-wide physician representative. |
| 2015-2017 | Working Group for Healthcare Innovation, Rhode Island Department of Health and Human Services/Rhode Island Medical Society. |
| 2016-2017 | Co-Chair, Blue Cross Blue Shield Rhode Island / Lifespan / Coastal Shared Cost Savings Emergency Department Initiative. *(Dissolved)* |
| 2017-2020 | Medical Lead, Emergency Department Smart Notifications project, Rhode Island Quality Institute. *Initiator and medical director for Medicaid-funded project to develop predictive analytics for ED providers, regarding patients at risk of ED recidivism.* |
| 2018-2019 | Co-chair, Governor's Gun Safety Work Group. *Statewide leadership position. Personally appointed by Governor Gina Raimondo.* |
| 2018-present | Mentor, New England Medical Innovation Center Global Accelerator Program. |

| | |
|---|---|
| 2018-present | Rhode Island Representative, Multi-state Governor's Work Group on Firearm Injury Research. *Appointed by Governor Gina Raimondo.* |
| 2020-present | Health Information Technology Steering Committee, Executive Office of Health and Human Services, State of Rhode Island. *Statewide public-private governance committee. Appointed by Secretary of EOHHS.* |
| 2021 | Member, Make It Happen Committee, Rhode Island Foundation. *Appointed by the CEO of the Rhode Island Foundation to help draft a strategic plan for the state of Rhode Island for disbursement of American Rescue Plan Funds; plan released October 2021.* |

**Grant Reviewer**

| | |
|---|---|
| 2009 | External Grant Reviewer for Intramural Junior Faculty Grants, Department of Emergency Medicine, University of Florida |
| 2014 - 2018 | Early Career Reviewer, National Institutes of Health. |
| 2016 | Reviewer, 2017/01 ZNS1 SRB-G (09) (Special emphasis panel for RFA-NS-16-016_ Network for Emergency Care Clinical Trials_ Strategies to Innovate EmeRgENcy Care), December 2016. |
| 2016 | Review Panel, Robert Woods Johnson Foundation "Mood Challenge for Research Kit." |
| 2016-2017 | Review Panel, Crisis Text Line Data Enclave Research Applications. |
| 2017-2020 | Reviewer, 2017/08 ZMH1 ERB-X (C1) S, National Institute of Mental Health Special Emphasis Panel, NIH Loan Repayment Programs, |
| 2017-present | External Data Safety and Monitoring Board for CTN-0079 and CTN-0081. Appointed member for ongoing external DSMB review for NIDA Clinical Trials Network emergency department trial. |
| 2018 | Reviewer, 2018/05 SERV (Mental Health Services Research Committee), National Institute of Mental Health. Ad hoc appointment, March 2018. |
| 2019 | Reviewer, Advance-CTR (U54GM115677) Pilot Projects Program Application Reviews, April 2020. |
| 2019 | Reviewer, Emergency Medicine Foundation Scientific Review Group. |
| 2020 | Reviewer, 2020/05 ZRG1 F16-L (Fellowships: Risks, Prevention, and Health Behavior), Center for Scientific Review. Ad hoc appointment, March 2020. |
| 2020 | Reviewer, 2021/ZRG1 RPHB-Z (10) (SBIR & STTR), Center for Scientific Review. Ad hoc appointment, November 2020. |
| 2021 | Reviewer, 2021/10 CIDH - Clinical Informatics and Digital Health Study Section, Center for Scientific Review. Ad hoc appointment, June 2021. |

**Editorial Reviewer**

| | |
|---|---|
| 2009 | Emergency Medical Journal |
| 2009 | Health Policy |
| 2009-present | Academic Emergency Medicine |
| 2010 | Disaster Medicine and Public Health Preparedness |
| 2010-present | Annals of Emergency Medicine |
| 2011-present | Journal of Interpersonal Violence |
| 2012-present | Journal of Medical Internet Research |
| 2012-present | Resuscitation |
| 2013-2021 | Editorial Board, *Annals of Emergency Medicine.* <br> *\* Promoted to Associate Editor, 2016* |
| 2014-present | American Journal of Public Health |
| 2015-present | Journal of Adolescent Health |
| 2015-present | BMC series (Public Health, Medical Informatics, Trials) |
| 2015-present | British Medical Journal |
| 2016-present | Annals of Internal Medicine |
| 2016-present | Behavioral Medicine |
| 2016-present | Injury Prevention |
| 2018-present | JAMA series (JAMA, JAMA Open, JAMA Internal Medicine, JAMA Pediatrics) |

## HOSPITAL COMMITTEES

| | |
|---|---|
| 2005-2008 | Graduate Medical Education Committee, Rhode Island Hospital/Alpert Medical School, Brown University. |
| 2016-present | Lifespan Telehealth IT Advisory Board. *Appointed position on four-hospital advisory board.* |
| 2016-present | Lifespan Research Information Technology Advisory Council. *Appointed position on four-hospital council, overseeing all Research IT efforts in the hospital system.* |
| 2019-2020 | Search Committee, Lifespan Vice President of Research Administration. |

| | |
|---|---|
| 2019-present | Lifespan Predictive Analytics Committee. *Appointed position on four-hospital advisory board, evaluating and recommending predictive analytic tools for our system.* |
| 2020-present | Lifespan Information Services Strategy and Planning Council. *Appointed to top-level IT governance body covering all IT applications, systems, and related IT policies across the Lifespan enterprise.* |

## DEPARTMENTAL COMMITTEES

| | |
|---|---|
| 2004-2006 | Resident Coordinator, Journal Club, Brown Emergency Medicine Residency, Department of Emergency Medicine, Alpert Medical School, Brown University. |
| 2005 | Chair Search Committee, Brown Emergency Medicine, Resident Representative. |
| 2006-2008 | Residency Advisory Committee, Brown Emergency Medicine Residency, Department of Emergency Medicine, Alpert Medical School, Brown University. |
| 2006-present | Research Committee, Brown Emergency Medicine.<br>• Study Section, Internal Research Grants, 2014-present.<br>• Moderator, Brown Emergency Medicine Research Symposium, 2014. |
| 2010-2019 | Benefits Committee, Brown Emergency Medicine. |
| 2014-2019 | Grand Rounds Committee, Brown Emergency Medicine. |
| 2015-present | Social Media Advisory Committee, Brown Emergency Medicine. |
| 2016-2019 | Clinical Operations Committee, Brown Emergency Medicine. |
| 2016-2021 | Awards Selection Committee, Brown Emergency Medicine. |
| 2016-2021 | Executive Committee, Brown Emergency Medicine. |
| 2017-2019 | Revenue Enhancement Committee, Brown Emergency Medicine. |

## UNIVERSITY COMMITTEES

| | |
|---|---|
| 2014-2017 | Mental Health Community Council, Brown University, Providence, RI. University-wide council. |
| 2015-2017 | Program in Liberal Medical Education, Summer Research Assistantship Selection Committee. Brown University, Providence, RI. |
| 2016-2018 | Search Committee for Faculty Member for Tenure Track Position, Brown Center for Biomedical Informatics, Brown University. |
| 2017-present | Search Committee for Faculty Member in Research Scholar Track, Division of Primary Care, Department of Pediatrics, Alpert Medical School, Brown University. |

| 2017, 2021 | Search Committee for Vice Chair for Academic Affairs, Department of Emergency Medicine, Alpert Medical School, Brown University. |
| --- | --- |
| 2017-2018 | Departmental Search Advisory Committee for Departmental Chair, Department of Emergency Medicine, Alpert Medical School, Brown University. |
| 2018-2019 | Search Committee for Faculty Member for Tenure Track Position in mHealth, Department of Behavioral and Social Science, School of Public Health, Brown University. |
| 2019 | Search Committee for Executive Director of the Office of Industry Engagement and Commercial Ventures, Office of the Vice President for Research, Brown University. |
| 2021-2022 | Search Committee for Inaugural Director for University-wide Global Health Institute. School of Public Health, Brown University. |

<u>MEMBERSHIP IN SOCIETIES</u>

**American College of Surgeons**

| 2018 | Planning Committee, Medical Summit on Firearm Injury |
| --- | --- |
| 2020-2021 | Consultant to the Injury Prevention and Control Committee, Committee on Trauma, Division of Research and Optimal Patient Care |

**American Medical Association (AMA)**

| 2018-present | Member |
| --- | --- |

**Society for Academic Emergency Medicine (SAEM)**

| 2005-present | Member |
| --- | --- |
| 2007-2008 | Resident Member, <u>Board of Directors</u> (Nationally elected, one-year term). |
| 2008-2010 | Appointed member, SAEM National Task Forces: |
| | • Task Force for Aging and Generational Issues in Academic Emergency Medicine. |
| | • Task Force for Regional Meetings, appointed to represent New England region. |
| 2008-2013 | Reviewer, Didactics for Annual Meetings |
| 2008-2020 | Reviewer, Abstracts for Annual Meetings |
| 2009-2013 | Program Committee |
| | • Chair of the Didactics Subcommittee (2010-2013) |
| 2009-present | Public Health Interest Group |
| | • Chair (2012-2013) |
| 2012-2014 | Nominating Committee (Nationally elected, two-year term.) |
| 2013-2014 | Planning Committee, Consensus Conference on Gender Disparities in Emergency Medicine (held in May 2014) |
| | • Chair, Mental health Consensus Group |
| 2013-present | Research Committee |
| | • Chair (2014-2017) |
| 2017-2020 | Member-at-Large, <u>Board of Directors</u> (Nationally elected, three-year term). |
| | • Chair of the Digital Innovation Task Force (2017-2018) |
| | • Chair of the Consensus Conference Task Force (2017-2020) |
| 2021-present | Member, Telehealth Fellowship Committee |

**SAEM New England Regional Meeting**
2008-2021              Member, Planning Committee for Annual Meeting
                       - Co-Chair, 2013

**Society for the Advancement of Violence & Injury Research (SAVIR)**
2008-present           Member
2009-2014              Member, Advocacy Committee

**MomDocFamily (MDF),** Office of Women in Medicine and Science, Brown University
2008-present           Member

**Academy for Women in Academic Emergency Med (AWAEM)**
2009-present           Member
2010-2012              Regional Meeting Advisory Committee

**Academy for Diversity and Inclusion in Emergency Med (ADIEM)**
2011-present           Member

**American Medical Informatics Association (AMIA)**
2016-present           Member

**American College of Emergency Physicians (ACEP)**
2004-present           Member
2009-present           Trauma and Injury Prevention Section
                       - Newsletter Editor (2010-2012)
                       - Chair (2011-2014)
2013                   National Institute of Drug Abuse (NIDA)/ Centers for Disease Control and Prevention
                       (CDC)/ American College of Emergency Physicians (ACEP) Satellite Conference:
                       "Addressing Substance Use in the Emergency Department." Seattle, WA
                       - Chair (2013)
2014 - 2016            Chair, ACEP Firearm Injury Prevention Research Technical Advisory Group.
                       (Committee dissolved as we achieved our objective.)
                       - Chair (2014-2016)
2014-present           Research Committee
                       - Chair, Firearm Injury Prevention Research Sub-Committee (2014-2016)
2014-present           Public Health and Injury Prevention Committee
                       - Chair, Pediatric Firearm Injury Policy Sub-Committee (2015-2016)
                       - Chair, Firearm Injury Prevention Sub-Committee (2016-2019)

**Rhode Island Medical Society**
2005-present    Member

**American Public Health Association**
2008-14         Member
2020-present    Member

COMMUNITY SERVICE

1997-2000              **Peace Corps Volunteer.**  Côte D'Ivoire, West Africa.

| 2009-2011 | **Rhode Island Free Clinic,** Volunteer clinician.  Providence, RI. |
| 2009-2012 | **Institute for the Study and Practice of Nonviolence (ISPN)**, Physician Advisor. |
| 2013-2018 | **Providence Children's Museum**, Annual Giving Committee.  Providence, RI. |
| 2015-present | **Data Ethics Committee**, Crisis Text Line (http://www.crisistextline.org/), NYC. |
| 2017-present | **American Foundation for Firearm Injury Reduction in Medicine** (AFFIRM Research), Co-Founder, Board Member (2017-2020), Chief Research Officer (2018-2021), Senior Strategic Advisor (2021-present). |
| 2020-2021 | **GetUsPPE**, Co-Founder and President of the Board. |
| 2020-present | **Non Violence Institute** (formerly ISPN**),** Board Member. Providence, RI. |
| 2020-present | **ZeroNow**, Board Member, Leesburg, VA. |

PUBLICATIONS LIST (h-index as of 11/2021: 34)

ORIGINAL RESEARCH PUBLICATIONS IN PEER-REVIEWED JOURNALS (in chronological order)

1.  Krosin MT, Klitzman R, Levin B, Cheng J, **Ranney ML**.  "Problems in comprehension of informed consent in rural and peri-urban Mali, West Africa."  *Clin Trials*, 2006 3(3):306-313. PMID: 16895047

2.  **Ranney ML**, Gee E, Merchant RC.  "Non-prescription availability of emergency contraception in the United States: Current status, controversies, and impact on the emergency department." *Ann Emerg Med*, 2006 47(5):461-71. [Epub 2005 Sep 13]. doi: 10.1016/j.annemergmed.2005.07.001. PMID: 16631987

3.  **Ranney, ML,** Partridge R, Jay G, Rozzoli DE, Pandey P. "Rabies antibody seroconversion rates among travelers in Nepal." *J Trav Med*, 2006 Nov-Dec;13(6):329-333. doi: 10.1111/j.1708-8305.2006.00067.x. PMID: 17107424

4.  **Ranney ML**, Mello MJ, Baird JB.  "Helmet use by 510 injured motorcyclists in a state with limited helmet laws." *Med Health R I*, 2008 Apr;91(4):100-2. PMID: 18595586

5.  **Ranney ML**, Odero WW, Mello MJ, Waxman M, Fife RS. "Injuries from Interpersonal Violence Presenting to a Rural Health Center in Western Kenya: Characteristics and Correlates." *Inj Prev*, 2009 Feb;15(1):36-40. doi: 10.1136/ip.2008.019547. PMID: 19190274

6.  **Ranney ML,** Verhoek-Oftedahl W, Rommel J, Mello MJ. "Analysis of Intentional and Unintentional Injuries Caused by Firearms and Cutting/piercing Instruments among Providence Youth, Nov 2004-Dec 2007." *Med Health R I,* 2009 Jun 92(6):200-3. PMID: 19634620

7.  **Ranney ML,** Chai P, Mello MJ, Baird J, Clark M.  "Correlates of helmet use among newly licensed motorcyclists: a survey." *Accid Anal Prev*, 2010 Nov;42(6):2057-2062*.* doi: 10.1016/j.aap.2010.06.017

8.  **Ranney ML**, Rennert-May E, Spitzer R, Mabeya H. "A Novel ED-based Sexual Assault Center in Western Kenya:  Description of Patients and Analysis of Treatment Patterns." *EMJ* 2011 Nov; 28(11):927-31. [Epub 2010 Oct 14]. doi: 10.1136/emj.2010.096412. PMID: 20947922

9.  **Ranney ML**, Whiteside L, Walton MA, Chermack ST, Zimmerman MA, Cunningham RM. "Sex Differences in Characteristics of Adolescents Presenting to the Emergency Department With Acute Assault-Related Injury." *Acad Emerg Med*, 2011 Oct;18(10):1027-35. doi: 10.1111/j.1553-2712.2011.01165.x. PMID: 21996067

10. **Ranney ML,** Mello MJ. "A Comparison of Female and Male Adolescent Victims of Violence Seen in the Emergency Department." *J Emerg Med*, 2011 Dec;41(6):701-6. doi: 10.1016/j.jemermed.2011.03.025. PMID: 21536402

11. **Ranney ML,** Madsen T, Gjelsvik A. "Predictors of Being Unsafe: Participation in the Behavioral Risk Factor Surveillance System 2006 Intimate Partner Violence Module." *J Interpers Violence*, 2012 Jan; 27(1):84-102. doi: 10.1177/0886260511416470. PMID: 21810792

12. Choo EK, **Ranney ML**, Aggarwal N, Boudreaux ED. ""A Systematic Review of Emergency Department Technology-Based Behavioral Health Interventions." *Acad Emerg Med*, 2012 Mar; 19(3):318-28. doi: 10.1111/j.1553-2712.2012.01299.x. PMID: 22435865

13. **Ranney ML,** Choo EK, Wang Y, Baum A, Clark MA, Mello MJ. "Emergency Department Patient Preferences for Technology-Based Behavioral Interventions." *Ann Emerg Med*, 2012 Aug;60(2):218-227.e48. [Epub 2012 Apr 27]. doi: 10.1016/j.annemergmed.2012.02.026 PMID: 22542311

14. Choo EK, **Ranney ML**, Wong Z, Mello MJ. "Attitudes toward Technology-Based Health Information among Adult Emergency Department Patients with Drug or Alcohol Misuse." *J Subst Abuse Treat*, 2012 Dec;43(4):397-401. doi: 10.1016/j.jsat.2012.09.005. PMID: 23107105 PMCID: PMC4325362

15. Choo EK, **Ranney ML**, Mello MJ, Clark MA, Charest T, Garro CF,Bertsch K, Larsen S, Zlotnick C. "High Risk Health Behaviors and Health Access Among Female Adult Entertainment Club Employees." *Women Health.* 2012;52(7):646-57. doi: 10.1080/03630242.2012.707172. PMID: 23067150

16. Whiteside L, **Ranney ML**, Chermack S, Zimmerman M, Walton M, Cunningham RM. "The Overlap of Youth Violence Among Aggressive Adolescents with Past Year Alcohol Use, A Latent Class Analysis: Aggression and Victimization in Peer and Dating Violence in an Inner City Emergency Department Sample." *J Studies Alc Drugs,* 2013 Jan;74(1):125-35. PMID: 23200158 PMCID: PMC3517255

17. **Ranney ML**, Daya M. "Twitter and resuscitation education: Is this the future?" *Resuscitation*. 2013 Feb;84(2):147-8. doi: 10.1016/j.resuscitation.2012.12.001. [Epub 2012 Dec 7]. PMID: 23228557

18. **Ranney ML**, Choo EK, Spirito AS, Mello MJ. "Adolescents' preference for technology-based emergency department behavioral interventions: Does it depend on risky behaviors?" *Pediatr Emerg Care*, 2013 Apr;29(4):475-81. doi: 10.1097/PEC.0b013e31828a322f. PMID: 23528509

19. **Ranney ML**, Walton M, Whiteside L, Epstein-Ngo Q, Patton R, Chermack S, Blow F, Cunningham RM. "Correlates of depressive symptoms among at-risk youth presenting to the emergency department." *Gen Hosp Psychiat*, 2013 Sep-Oct;35(5):537-44. [Epud 2013 Jun 28]. doi: 10.1016/j.genhosppsych.2013.05.007. PMID: 23810465 PMCID: PMC3775848

20. Taggert I, **Ranney ML**, Howland J, Mello MJ. "A Systematic Review of Emergency Department Interventions for College Drinkers." *J Emerg Med*. 2013 Dec;45(6):962-8. [Epud 2013 Sept 21]. doi: 10.1016/j.jemermed.2013.05.065. PMID: 24063880

21. Cunningham RM, **Ranney ML**, Newton M, Woodhull W, Zimmerman M, Walton MA. "Characteristics of Youth Seeking Emergency Care for Assault." *Pediatrics.* 2014 Jan;133(1):e96-105. [Epub 2013 Dec 9]. doi: 10.1542/peds.2013-1864. PMID: 24323994

22. **Ranney ML**, Choo EK, Cunningham RM, Spirito A, Thorsen M, Mello MJ, Morrow K. "Acceptability, language, and structure of text-message-based behavioral interventions for high-risk adolescent females: A qualitative study." *J Adolesc Health.* 2014 Jul;55(1):33-40. [Epub 2014 Feb 18]. doi: 10.1016/j.jadohealth.2013.12.017. PMID: 24559973 PMCID: PMC4065850

23. Kim D, Choo EK, **Ranney ML**. "Impact of Gender on Patient Preferences for Technology-Based Behavioral Interventions." *West J Emerg Med*. 2014 Aug;15(5):593-9. [Epub 2014 Aug 1]. doi: 10.5811/westjem.2014.4.21448. PMID: 25157307 PMCID: PMC4140202

24. Madsen T, Riese A, Choo EK, **Ranney ML**. "Effects of a Web-based Educational Module on Pediatric Emergency Medicine Physicians' Knowledge, Attitudes, and Behaviors Regarding Youth Violence." *West J Emerg Med*. 2014 Aug;15(5):615-22. [Epub 2014 Aug 1]. doi: 10.5811/westjem.2014.4.21365. PMID: 25157311 PMCID: PMC4140206

25. **Ranney ML**, Locci N, Adams EJ, Betz M, Burmeister DB, Corbin T, Dalawari P, Jacoby JL Linden J, Purtle J, North C, Houry DL. "Gender-Specific Research on Mental Illness in the Emergency Department: Current Knowledge & Future Directions." *Acad Emerg Med*, 2014 Dec;21(12):1395-402. [Epub 2014 Nov 20]. doi: 10.1111/acem.12524. PMID: 25413369 PMCID: PMC4271843

26. Cunningham RM, Carter PM, **Ranney M,** Zimmerman MA, Blow FC, Booth BM, Goldstick J, Walton MA. "Violent Re-Injury and Mortality Among Emergency Department Youth Seeking Care for Assault: A Two-Year Prospective Cohort Study." *JAMA Pediatr* 2015 Jan;133(1):e96-105. doi: 10.1542/peds.2013-1864. PMID: 24323994 PMCID: PMC3876183

27. Choo E, Benz M, Rybarczyk M, Broderick K, Linden J, Boudreaux E, **Ranney M**. "The Intersecting Role of Violence, Gender and Substance Use Disorders in the Emergency Department: A Research Agenda." *Acad Emerg Med*, 2014;21(12):1447–52. [Epub 2014 Nov 24]. doi: 10.1111/acem.12525. PMID: 25421993 PMCID: PMC4393747

28. Bohnert KM, Walton MA, **Ranney M,** Bonar E, Blow FC, Zimmerman MA, Booth BM, Cunningham RM. "Understanding the Service Needs of Assault-injured, Drug-using Youth Presenting for Care in an Urban Emergency Department." *Addict Behav*. 2015 Feb;41:97-105. [Epub 2014 Sep 28.] doi: 10.1016/j.addbeh.2014.09.019. PMID: 25452051PMCID: PMC4324457

29. Carreiro S, Smelson D, **Ranney M,** Horvath KJ, Picard RW, Boudreaux ED, Hayes R, Boyer E. "Real-Time Mobile Detection of Drug Use with Wearable Biosensors: A Pilot Study." *J Med Toxicol*, 2015 Mar;11(1):73-9. doi: 10.1007/s13181-014-0439-7. PMID: 25330747 PMCID: PMC4371024

30. **Ranney ML**, Thorsen M, Patena JP, Cunningham R, Boyer E, Walton M, Spirito A, Zatzick D, Morrow K. "'You need to get them where they feel it': Conflicting Perspectives on How to Maximize the Structure of Text-Message Psychological Interventions for Adolescents." *Proc Annu Hawaii Int Conf Syst Sci*, IEEE & Computer Society Press, 2015 Jan;2015:3247-3255. doi: 10.1109/HICSS.2015.391. PMID: 26640419 PMCID: PMC4669198

31. Rosen, R.K., **Ranney M**. and E. Boyer. "Formative research for mhealth HIV adherence: the iHAART app (2015)." *Proc Annu Hawaii Int Conf Syst Sci*, IEEE & Computer Society Press, 2015 Jan;2015:2778-2785.  doi: 10.1109/HICSS.2015.336. PMID: 26644783 PMCID: PMC4669976

32.   Chai PR, Wu RY, **Ranney ML**, Bird J, Chai S, Zink B, Porter PS. "Feasibility and Acceptability of Google Glass for Emergency Department Dermatology Consultations." *JAMA Dermatol* 2015 Jul 1;151(7):794-6. doi: 10.1001/jamadermatol.2015.0248 PMID: 25874898

33.   Riese A, Mello MJ, Baird J, Steele D, **Ranney ML**. "Prompting discussions of youth violence using electronic pre-visit questionnaires in primary care: A cluster randomized trial." *Acad Pediatr,* 2015 May-Jun; 15(3):345-352. doi: 10.1016/j.acap.2015.01.005 PMID: 25906703

34.   Choo EK, **Ranney ML**, Wetle T, Morrow K, Mello MJ, Squires D, Garro A**,** Tape C, Zlotnick C. "Attitudes Toward Computer-Based Interventions for Partner Abuse and Drug Use Among Women in the Emergency Department." *Addic Disord Their Treat*. 2015;14(2):95-104. doi: 10.1097/ADT.0000000000000057. PMCID: PMC4498583 NIHMSID: NIHMS601436

35.   Riese A, **Ranney ML**, Gjelsvik A. "Extracurricular Activities and Bullying Perpetration: Results from a Nationally Representative Sample." *J of School Health* 2015 Aug;85(8):544-51. doi: 10.1111/josh.12282. PMID: 26149310

36.   Whiteside L, Russo J, Wang J, **Ranney ML,** Neam V, Zatzick DF. "Predictors of Sustained Prescription Opioid Use After Admission for Trauma in Adolescents." *J Adolesc Health*, 2016 Jan;58(1):92-7. [Epub 2015 Oct 23] doi: 10.1016/j.jadohealth.2015.08.011. PMID: 26476855 PMCID: PMC4695276

37.   Patton R, Blow F, Lau C, **Ranney M**, Cunningham R. "Prevalence and correlates of depression and drinking behaviors among adolescents and emerging adults in a suburban emergency department." *Subst Use Misuse*, 2016 Jan 2;51(1):34-40. [Epub 2015 Dec 15]. doi: 10.3109/10826084.2015.1074692. PMID: 26669633

38.   Roszko P, Ameli J, Carter P, Cunningham R, **Ranney ML**. "Clinician Attitudes, Screening Practices, and Interventions to Reduce Firearm-Related Injury." *Epidemiol Rev,* 2016;38(1):87-110. [Epub 2016 Feb 8]. doi: 10.1093/epirev/mxv005. PMID: 26905894

39.   **Ranney ML**, Patena JV, Nugent N, Spirito A, Boyer E, Zatzick D, Cunningham R. "PTSD, Cyberbullying, and Peer Violence: Prevalence and Correlates among Adolescent Emergency Department Patients." *Gen Hosp Psychiat,* 2016 Mar-Apr;39:32-8. [Epub 2015 Dec 18]. doi: 10.1016/j.genhosppsych.2015.12.002. PMID: 26786845 PMCID: PMC4779373 [Available on 2017-03-01]

40.   Turcotte-Benedict F, Amanullah S, Linakis J, **Ranney M**. "Emergency Department Utilization Among Assault-Injured Youth: Implications for Youth Violence Screening." *Pedi Emerg Care*, 2017 Sep;33(9):607-612. doi: 10.1097/PEC.0000000000000609. PMID: 26785098

41.   Choo EK, Guthrie KM, Mello M, Wetle F, **Ranney M**, Tape C, Zlotnick C. ""I need to hear from women who have 'been there'": Developing a woman-focused intervention for drug use and partner violence in the emergency department." *Partner Abuse*, 2016 Apr;7(2):193-220. doi: 10.1891/1946-6560.7.2.193. PMID: 27695604 PMCID: PMC5040444

42.   Resko, S. M., Reddock, E. C., **Ranney, ML**, Epstein-Ngo, Q., Mountain, S. K., Zimmerman, M., Cunningham, R. M., & Walton, M. A. "Reasons for fighting among adolescent females: A Qualitative Investigation from an Urban, Midwestern Community." *Soc Work Public Health*, 2016;31(3):99-112. [Epub 2016 Mar 28]. doi: 10.1080/19371918.2015.1087914. PMID: 27018828 PMCID: PMC4933529 [Available on 2017-05-01]

43. **Ranney ML**, Chang B, Freeman JR, Norris B, Silverberg M, Choo EK. "Tweet Now, See You In the ED Later?: Examining the Association Between Alcohol-Related Tweets and Emergency Care Visits." *Acad Emerg Med*, 2016 Jul;23(7):831-4. [Epub 2016 Jun 20]. doi: 10.1111/acem.12983. PMID: 27062454

44. **Ranney ML**, Freeman JR, Connell G, Spirito A, Boyer E, Walton M, Guthrie K, Cunningham RM. "A Depression Prevention Intervention for Adolescents in the Emergency Department." *J Adolesc Health*, 2016 Oct;59(4):401-10. doi: 10.1016/j.jadohealth.2016.04.008. PMID: 27267141 PMCID: PMC5035565 [Available on 2017-10-01]

45. Jiang Y., **Ranney, M.L.**, Perez, B., & Viner-Brown, S. "Burden of Violent Death on Years of Life Lost in Rhode Island, 2006-2013." *Am J Prev Med*. 2016 Nov; 51(5S3):S251-S259. doi: 10.1016/j.amepre.2016.08.004. PMID: 27745614

46. Thorsen MM, Patena JV, Morrow Guthrie K, Spirito A, **Ranney ML.** "Using High-Risk Adolescents' Voices to Develop a Comprehensible CBT-Based Text-Message Program." *Behav Med*. 2018 Apr-Jun;44(2):89-99. doi: 10.1080/08964289. 2016.1223597. Epub 2016 Nov 1.] PMID: 27594559

47. Riese A, Gao H, Mello MJ, **Ranney ML.** "Including Youth Violence Screening on Previsit Questionnaires and the Effect on Other Health Risk Behavior Discussions." *Clin Pediatr*, (Phila). 2017 Mar;56(3):284-287. doi: 10.1177/0009922816652228. Epub 2016 Sep 30.  PMID: 27270962

48. **Ranney ML**, Duarte C, Baird J, Patry EJ, Green TC. "Correlation of Digital Health Use and Chronic Pain Coping Strategies." *mHealth*, 2016;2:35. doi: 10.21037/mhealth.2016.08.05. eCollection 2016. PMID: 28293608

49. Chai PR, Lewis DM, Rosen RK, **Ranney ML**, Boyer EW. "Crowd-Sourced Focus Groups on Twitter: 140 Characters of Research Insight." *Proceedings of the Hawaii International Conference on System Sciences-50*. 2017. Jan; 2017:3746-53

50. Donovan E, **Ranney ML**, Reid AM, Baird J, Green TC. "Chronic Pain in the Emergency Department." *RI Med J*. (2013). 2017 Feb 100(2): 25-29. PMID: 28146596

51. **Ranney ML**, Fletcher J, Alter H, Barsotti C, Bebarta VS, Betz ME, Carter PM, Cerdá M, Cunningham RM, Crane P, Fahimi J, Miller MJ, Rowhani-Rahbar A, Vogel JA, Wintemute GJ, Shah MN; ACEP Technical Advisory Group on Firearm Injury Research, a Subcommittee of the ACEP Research Committee. "A Consensus-Driven Agenda for Emergency Medicine Firearm Injury Prevention Research." *Ann Emerg Med* 2017 Feb 69(2):227-240. doi: 10.1016/j.annemergmed.2016.08.454. Epub 2016 Dec 18. PMID 27998625

52. Jiang Y, **Ranney ML**, Seaberry J, Shea LM, Sullivan B, Viner-Brown S. "Assault injury and homicide death profile in Rhode Island." *RI Med J* (2013). 2017 April 3; 100(4):23-28. PMID: 28375416

53. Patton DU, Patel S, Hong JS, **Ranney M**, Crandall M, Dungy L. "Tweets, gangs, and guns: A snapshot of gang communication in Detroit." *Computers in Human Behavior,* 2017 Oct 1;32(5):919-934. doi: 10.1891/0886-6708.VV-D-16-00040. Epub 2017 Aug 15. PMID: 28810937

54.   **Ranney ML**, Goldstick J, Eisman A, Carter PM, Walton M, Cunningham RM. "Effects of a brief ED-based alcohol and violence intervention on depressive symptoms." *Gen Hosp Psych*, 2017 May;46:44-48. doi: 10.1016/j.genhosppsych.2017.01.008. PMID: 28622815

55.   Mumma B, Kea B, Chang AM, **Ranney ML**. "Career Development Awards in Emergency Medicine: Resources and Challenges." *Acad Emerg Med*, 2017 Jul;24(7):855-863. doi: 10.1111/acem.13189. PMID: 28342177

56.   Chai PR, Carreiro S, **Ranney ML,** Karanam K, Ahtisaari M, Edwards RR, Schreiber KL, Ben-Ghaly L, Erickson TB, Boyer EW. "Music as an Adjunct to Opioid-Based Analgesia." *J Med Toxicol*, 2017. Sep; 13(3):249-254. doi: 10.1007/s13181-017-0621-9. Epub 2017 Jun 23. Review. PMID: 28646359

57.   Donovan E, **Ranney ML**, Patry EJ, McKenzie M, Baird J, Green TC. "Beliefs About a Complementary and Alternative Therapy-Based Chronic Pain Management Program for a Medicaid Population." *Pain Med* 2017 Sep 1;18(9):1805-1816. doi:10.1093/pm/pnx051. PMID: 28398544.

58.   Knoepke CE, Allen A, **Ranney ML**, Wintemute GJ, Matlock DD, Betz ME. "Loaded Questions: Internet Commenters' Opinions on Physician-Patient Firearm Safety Conversations." *West J Emerg Med* 2017 Aug;18(5):903-912. doi: 10.5811/westjem.2017.6.34849. Epub 2017 Jul 11. PubMed PMID: 28874943; PubMed Central PMCID: PMC5576627.

59.   **Ranney ML**, Pittman SK, Riese A, Ybarra M, Huang J, Spirito A, Rosen RK. "Mobile Health Intervention Development Principles: Lessons from an Adolescent Cyberbullying Intervention." *Proc Annu Hawaii Int Conf Syst Sci-51*, 2018 Jan. *PMID: pending*

60.   Jiang Y., **Ranney ML**., Sullivan B., Hilliard D., Viner-Brown S., & Alexander-Scott N. "Can Statewide Emergency Department, Hospital Discharge, and Violent Death Reporting System Data Be Used to Monitor Burden of Firearm-Related Injury and Death in Rhode Island?" J Public Health Manag Pract. 2019 Mar/Apr;25(2):137-146. doi: 10.1097/ PHH.0000000000000744. PMID: 29521848 [PubMed - in process]

61.   **Ranney ML**, Bromberg J, Hozey A, Casper TC, Mello MJ, Spirito A, Chun T, Linakis J. "Problem Behaviors and Psychological Distress among Teens Seen in a National Sample of Emergency Departments." *Acad Pediatrics* 2018 Aug 18(6):650-654.doi: 10.1016/j.acap.2018.02.016. . Epub 2018 Mar 2. PMID: 29505897.

62.   Yen S**, Ranney ML**, Spirito A, Tezanos K, Chuong A, Kahler CW, Solomon JB. "Skills to enhance positivity in suicidal adolescents (STEP): Results from an Open Development Trial." *Behavior Modification*. 2017 Dec. doi: 10.1177/0145445517748559. PMID: 29258328

63.   Duarte C, Pittman S, Thorsen M, **Ranney ML**. "Correlation of Minority Status, Cyberbullying, and Mental Health: A Cross-Sectional Study of 1031 Adolescents." *J Child Adolesc Trauma* 11(1): 39-48, 2018. doi: 10.1007/s40653-018-0201-4

64.   Luchette K, Dorroh J, Pensa G, **Ranney ML**, Martin T. "Feasibility of asychronous learning in collegiate EMS: impact of a novel training program on self-reported measures of confidence." *Journal of Collegiate Emergency Medical Services,* 2018 May. https://doi.org/10.30542/JCEMS.2018.01.S1.03

65.   Mello MJ, Bromberg JR, Wills H, Gaines BA, Lapidus G, **Ranney ML,** Spirito A, Parnagian C, Baird J.   "Alcohol and Other Drug Use in a Sample of Admitted Adolescent Trauma Patients." *J Subst Abus Alcohol.* 2018;6(2). pii: 1077. Epub 2018 May 31. PMID: 30603666

66. Betz ME, McCourt AD, Vernick JS, **Ranney ML**, Maust DT, Wintemute GJ. Firearms and Dementia: Clinical Considerations. *Ann Intern Med*. 2018 Jul 3;169(1):47-49. doi: 10.7326/M18-0140. Epub 2018 May 8. PubMed PMID: 29801058.

67. Betz ME, McCourt AD, Vernick JS, **Ranney ML**, Wintemute GJ. Firearms and Dementia: Clinical Considerations. *Ann Intern Med*. 2018 Nov 20;169(10):740. doi: 10.7326/L18-0523. PMID: 30452572

68. Anand RS, Stey P, Jain S, Biron DR, Bhatt H, Monteiro K, Feller E, **Ranney ML**, Sarkar IN, Chen ES. Predicting Mortality in Diabetic ICU Patients Using Machine Learning and Severity Indices. *AMIA Summits on Translational Science Proceedings*. 2018;2017:310-319. PMID: 29888089

69. Martin T, **Ranney ML**, Dorroh J, Asselin N, Sarkar IN. "Health Information Exchange in Emergency Medical Services." *Appl Clin Inform.* 2018;Oct;9(4):884–891. doi: 10.1055/s-0038-1676041. PMID: 30541153

70. **Ranney ML,** Pittman S, Dunsiger S, Guthrie K, Spirito AS, Boyer E, Cunningham RM. "Emergency Department Text Messaging for Adolescent Violence & Depression Prevention: A Pilot RCT." *Psycholog Serv.* 2018 Nov;15(4):419-428. doi: 10.1037/ser0000193. PMID: 30382737

71. Pisani A, Kanuri N, Filbin B, Gallo C, Gould M, Lehmann LS, Levine R, Marcotte J, Pascal B, Rousseau D, Turner S, Yen S, **Ranney ML**. "Protecting user privacy and rights in academic data sharing partnerships: principles from a pilot at Crisis Text Line." *J Med Internet Res.* 2019 Jan 17;21(1):e11507. doi: 10.2196/11507. PMID: 30664452 [PubMed - in process]

72. **Ranney ML**, Betz E, Dark C. "#ThisIsOurLane – Firearm Safety as Health Care's Highway." N Engl J Med. 2019 Jan 31;380(5):405-407. doi: 10.1056/NEJMp1815462. Epub 2018 Dec 5. PMID: 30517063.

73. Mueller KL, **Ranney ML**. Our Lane Needs All of Us. *Acad Emerg Med*. 2019 Jan;26(1):115-116. doi: 10.1111/acem.13675. Epub 2019 Jan 10. PMID: 30565798.

74. Bennett CL, McDonald DA, Hurwitz S, Zheng H, Nadel E, **Ranney ML**. "Changes in Sex, Race, and Ethnic Origin of Emergency Medicine Resident Physicians From 2007 to 2017." *Acad Emerg Med*. 2019 Mar;26(3):331-334. doi: 10.1111/acem.13674. Epub 2019 Feb 5. PMID: 30549375 [PubMed - in process]

75. Pallin R, Siry B, Azrael D, Knoepke C, Matlock DD, Clement A, **Ranney ML,** Wintemute GJ, Betz ME. "Hey, let me hold your guns for a while": A qualitative study of messaging for firearm suicide prevention.   Behav Sci Law 2019 May;37(3):259-269. doi: 10.1002/bsl.2393. Epub 2019 Feb 1.PMID: 30706954 [PubMed - in process]

76. Chun TH, Chernick LS, Ahmad FA, **Ranney ML**, Shenoi RP, Casper TC, Fein JA, Grupp-Phelan J, McAninch B, Powell EC, Bromberg JR, Linakis JG, Spirito A; Pediatric Emergency Care Applied Research Network. "Adolescent Substance Abuse Risk: A Comparison of Pediatric Emergency Care Applied Research Network Emergency Department Patients and 2 Nationally Representative Samples". *Pediatr Emerg Care*. 2019 Mar 19. doi: 10.1097/PEC.0000000000001763. [Epub ahead of print] PMID: 30893225 [PubMed - as supplied by publisher]

77.  Pallin R, Spitzer SA, **Ranney ML**, Betz ME, Wintemute GJ. Preventing Firearm-Related Death and Injury. *Ann Intern Med*. 2019 Jun 4;170(11):ITC81-ITC96. doi: 10.7326/ AITC201906040. PubMed PMID: 31158880.

78.  Cunningham RM, Carter PM, **Ranney ML**, Walton M, Zeoli AM, Alpern ER, Branas C, Beidas RS, Ehrlich PF, Goyal MK, Goldstick JE, Hemenway D, Hargarten SW, King CA, Massey L, Ngo Q, Pizarro J, Prosser L, Rowhani-Rahbar A, Rivara F, Rupp LA, Sigel E, Savolainen J, Zimmerman MA.. "Prevention of Firearm Injuries Among Children and Adolescents: Consensus-Driven Research Agenda from the Firearm Safety Among Children and Teens (FACTS) Consortium." *JAMA Pediatr.* 2019 Jun 10. doi: 10.1001/jamapediatrics. 2019.1494. [Epub ahead of print]PMID: 31180470[PubMed - as supplied by publisher]

79.  **Ranney ML,** Patena JV, Dunsiger S, Spirito A, Cunningham R, Boyer E, Nugent N.  "A technology-augmented intervention to prevent peer violence and depressive symptoms among at-risk emergency department adolescents: Protocol for a randomized control trial." *Contemp Clin Trials*, Contemp Clin Trials. 2019 Jul;82:106-114. doi: 10.1016/j.cct.2019.05.009. Epub 2019 May 23. PMID: 31129373 [PubMed - in process]

80.  Kimmel H, Brice Y, Trikalinos T, Sarkar IN, **Ranney ML**. "Real Time Emergency Department Electronic Notifications Regarding High-Risk Patients: A Systematic Review." *Telemed J E Health.* 2019 Jul;25(7):604-618. doi: 10.1089/tmj.2018.0117. Epub 2018 Aug 21. PMID: 30129886 [PubMed - in process]

81.   Mello, MJ, Bromberg JR, Baird J, Wills H, Gaines B, Lapidus G, **Ranney ML**, Parnagian C, Spirito A. "Feasibility and acceptability of an electronic parenting skill intervention." *Telemed J E Health.* 2019 Sep;25(9):833-839. doi: 10.1089/tmj.2018.0201. Epub 2018 Nov 28. PMID: 30484743 [PubMed - in process]

82.  **Ranney ML**, Karb R, Ehrlich P, Bromwich K, Cunningham R, Beidas RS; FACTS Consortium. "What are the long-term consequences of youth exposure to firearm injury, and how do we prevent them? A scoping review". *J Behav Med*. 2019 Aug;42(4):724-740. doi: 10.1007/s10865-019-00035-2. Epub 2019 Aug 1. Review. PMID: 31367937 [PubMed - in process]

83.  Magid K, **Ranney ML**, Risica PM. "Using the Theory of Planned Behavior to Understand Intentions to Perform Bystander CPR Among College Students." *J Am Coll Health*. 2019 Sep 4:1-6. doi: 10.1080/07448481.2019.1651729. [Epub ahead of print] PMID: 31483211 [PubMed - as supplied by publisher]

84.  Bulger EM, Kuhls DA, Campbell BT, Bonne S, Cunningham RM, Betz M, Dicker R, **Ranney ML**, Barsotti C, Hargarten S, Sakran JV, Rivara FP, James T, Lamis D, Timmerman G, Rogers SO, Choucair B, Stewart RM. "Proceedings from the Medical Summit on Firearm Injury Prevention: A Public Health Approach to Reduce Death and Disability in the US." *J Am Coll Surg.* 2019 Oct;229(4):415-430.e12. doi: 10.1016/j.jamcollsurg.2019.05.018. Epub 2019 May 17. PMID: 31108194 [PubMed - in process]

85.  Betz ME, **Ranney ML,** Knoepke CE, Johnson RL, Pallin R, Miller M, Wintemute GJ. "Dementia and firearms: An exploratory survey of caregiver needs." *J Gen Intern Med*. 2019 Oct;34(10):1984-1986.  doi: 10.1007/s11606-019-05089-1. PMID: 31197733 [PubMed - as supplied by publisher]

86.  Cunningham RM, **Ranney ML**, Goldstick JE, Kamat SV, Roche JS, Carter PM. "Federal Funding for Research on the Leading Causes of Death Among Children and Adolescents." *Health Aff* (Millwood). 2019 Oct;38(10):1653-1661. PMID: 31589521 [PubMed - in process]

87.  Yen S, **Ranney ML**, Tezanos KM, Chuong A, Kahler CW, Solomon JB, Spirito A. "Skills to Enhance Positivity in Suicidal Adolescents: Results from an Open Development Trial." *Behav Modif.* 2019 Mar;43(2):202-221. doi: 10.1177/ 0145445517748559. Epub 2017 Dec 19. PMID: 29258328 [PubMed - indexed for MEDLINE]

88.  **Ranney ML**, Lehrbach KR, Scott NA, Nugent NR, Riese A, Huang J, Fong G, Rosen RK (2020). "Insights into adolescent online conflict through qualitative analysis of online messages." Proceedings of the 53rd *Hawaii International Conference on System Sciences.* https://scholarspace.manoa.hawaii.edu/bitstream/10125/64209/0378.pdf (Best Paper Award)

89.  **Ranney ML**, Pittman SK, Riese A, et al. "What Counts?: A Qualitative Study of Adolescents' Lived Experience With Online Victimization and Cyberbullying." *Acad Pediatr*. 2019;S1876-2859(19)30450-4. doi:10.1016/j.acap.2019.11.001

90.  Greenberger SM, Finnell JT 2nd, Chang BP, Garg N, Quinn SM, Bird S, Diercks DB, Doty CI, Gallahue FE, Moreira ME, **Ranney ML**, Rives L, Kessler CS, Lo B, Schmitz G. "Changes to the ACGME Common Program Requirements and Their Potential Impact on Emergency Medicine Core Faculty Protected Time." *AEM Educ Train*. 2020 Jan 19;4(3):244-253. doi: 10.1002/aet2.10421. PMID: 32704594; PMCID: PMC7369497.

91.  Peters JR, Mereish EH, Krek MA, Chuong A, **Ranney ML**, Solomon J, Spirito A, Yen S. Sexual orientation differences in non-suicidal self-injury, suicidality, and psychosocial factors among an inpatient psychiatric sample of adolescents. *Psychiatry Res*. 2020;284:112664.

92.  Scherzer C, **Ranney M**, Jain S, Bommaraju S, Paena J, Langdon K, Jennings E, Nimaja E, Beaudoin F. "Mobile Peer-Support for Opioid Use Disorders: Refinement of an Innovative Machine Learning Tool." *J Psychiatry Brain Science*. In press, January 2020.

93.  **Ranney ML**, Griffeth V, Jha AK. "Critical Supply Shortages - The Need for Ventilators and Personal Protective Equipment during the Covid-19 Pandemic." [published online ahead of print, 2020 Mar 25]. *N Engl J Med*. 2020;10.1056/NEJMp2006141. doi:10.1056/NEJMp2006141

94.  Langdon, KJ, Ramsey S, Scherzer C, Carey K, **Ranney ML**, Rich J. "Development of an integrated digital health intervention to promote engagement in and adherence to medication for opioid use disorder." *Addict Sci Clin Pract*. 2020 Apr 29;15(1):16. doi: 10.1186/s13722-020-00189-4. PMID: 32349790; PMCID: PMC7191734.

95.  Gondi S, Beckman AL, Deveau N, Raja, AS, **Ranney ML**, Popkin R, & He S. "Personal protective equipment needs in the USA during the COVID-19 pandemic". *Lancet*. 2020;395(10237):e90-e91. doi:10.1016/S0140-6736(20)31038-2

96.  Diurba S, Johnson RL, Siry BJ, Knoepke CE, Suresh K, Simpson SA, Azrael D, **Ranney ML**, Wintemute GJ, Betz ME. Lethal means assessment and counseling in the emergency department: Differences by provider type and personal home firearm. *Suicide Life Threat Behav* 2020. Epub June 29. PMID 32598076.

97.     Betz ME, Azrael D, Johnson RL, Knoepke CE, **Ranney ML**, Wintemute GJ, Matlock D, Suresh K, Miller M. "Views on Firearm Safety Among Caregivers of People With Alzheimer Disease and Related Dementias." *JAMA Netw Open*. 2020 Jul 1;3(7):e207756. doi:10.1001/ jamanetworkopen. 2020.7756. PMID: 32667652; PMCID: PMC7364369.

98.     Agarwal AK, **Ranney ML,** Chang BP. Beyond the bedside: "Clinicians as guardians of public health medicine, and science." *Am J Emerg Med* (In Press). Accepted December 2020.

99.     Bala R, Lee C, Pallant B, Srinivasan M, Lurie D, Jacob R, Bhagchandani N, **Ranney M**, He S. "Algorithmic Matching of Personal Protective Equipment Donations with Healthcare Facilities During the COVID-19 Pandemic." npj Digit. Med. 4, 13 (2021). https://doi.org/10.1038/s41746-020-00375-3 [doi.org]

100.    Farcy DA, Doria N, Moreno-Walton L, Gordon H, Sanchez J, Cubeddu LX, **Ranney ML**."Emergency Physician Survey on Firearm Injury Prevention: Where Can We Improve?" *West J Emerg Med*. 2021 Feb 8;22(2):257-265. doi: 10.5811/westjem.2020.11.49283. PMID: 33856309; PMCID: PMC7972360.

101.    Goldberg EM, Bingaman CS, Perera S, **Ranney ML**. "MyCOVIDRisk App: Development and Utilization of a COVID-19 Risk Assessment and Mitigation Application." *BMJ Innov*. Published online March 30, 2021:bmjinnov-2021-000672. doi:10.1136/bmjinnov-2021-000672[doi.org]. http://innovations.bmj.com/cgi/content/full/bmjinnov-2021-000672[innovations.bmj.com]

102.    Langdon, K.J., Scherzer, C., Ramsey, S., Carey, K., Rich, J., **& Ranney ML. "**Feasibility and acceptability of a digital health intervention to promote engagement in and adherence to medication for opioid use disorder." *Journal of Substance Abuse Treatment*. (in press).

103.    Scherzer, C.R., **Ranney ML**, Patena, J., Jennings, E., Langdon, K.J., Beaudoin, F.L. "Peer support for opioid use disorders: Feasibility and acceptability of a moderated text-based group chat application." *J Addict Res Therapy* 2021: *12*(421).

104.    O'Neill, KM, Shultz BN, Lye CT, **Ranney ML**, D'Onofrio G, Coupet E, Jr. "Physicians on the Frontlines: Understanding the Lived Experience of Physicians Working in Communities That Experienced a Mass Casualty Shooting." *J Law, Medicine & Ethics*. 2021: 48 S2 (2020):55-66. DOI: 10.1177/1073110520979402.

105.    Betz ME, Miller M, Matlock DD, Wintemute GJ, Johnson RL, Grogan C, Lum HD, Knoepke CE, **Ranney ML**, Suresh K, Azrael D. Older Firearm Owners and Advance Planning: Results of a National Survey. *Ann Intern Med*. 2021 Feb;174(2):279-282. doi: 10.7326/M20-2280. Epub 2020 Oct 6. PMID: 33017563; PMCID: PMC8422861.

106.    Hoops K, Fahimi J, Khoeur L, Studenmund C, Barber C, Barnhorst A, Betz ME, Crifasi CK, Davis JA, Dewispelaere W, Fisher L, Howard PK, Ketterer A, Marcolini E, Nestadt PS, Rozel J, Simonetti JA, Spitzer S, Victoroff M, Williams BH, Howley L, **Ranney ML**. Consensus-Driven Priorities for Firearm Injury Education Among Medical Professionals. *Acad Med*. 2021 Jul 6. doi: 10.1097/ACM.0000000000004226. Epub ahead of print. PMID: 34232149.

107.    Shah RN, Nghiem J, **Ranney ML**. "The Rise of Digital Health and Innovation Centers at Academic Medical Centers: Time for a New Industry Relationship Paradigm." *JAMA Health Forum*. Published online March 31, 2021. doi:10.1001/jamahealthforum.2021.0339

108.    He S, Bala R, Anupindi R, **Ranney ML**. "Effective supply chain surveillance for PPE." *Lancet*. 2021;397(10286):1706-1707. doi: 10.1016/S0140-6736(21)00783-2

109.    **Ranney ML**, Pittman SK, Moseley I, Morgan KE, Riese A, Ybarra M, Cunningham R, Rosen R. Cyberbullying Prevention for Adolescents: Iterative Qualitative Methods for Mobile Intervention Design. *JMIR Form Res*. 2021 Aug 27;5(8):e25900. doi: 10.2196/25900. PMID: 34448702; PMCID: PMC8433933.

110.    Magee LA, **Ranney ML,** Fortenberry JD, Rosenman M, Gharbi S, Wiehe SE. "Identifying nonfatal firearm assault incidents through linking police data and clinical records: Cohort study in Indianapolis, Indiana, 2007–2016." *Prev Medicine.* 2021;149(106605). doi: 10.1016/j.ypmed.2021.106605

111.    Griffin LB, López JD, **Ranney ML**, Macones GA, Cahill AG, Lewkowitz AK. Effect of Novel Breastfeeding Smartphone Applications on Breastfeeding Rates. *Breastfeed Med*. 2021 Aug;16(8):614-623. doi: 10.1089/bfm.2021.0012. Epub 2021 Apr 7. PMID: 33826418; PMCID: PMC8380791.

112.    Chun TH, Chernick LS, Ahmad FA**, Ranney ML**, Shenoi RP, Casper TC, Fein JA, Grupp-Phelan J, McAninch B, Powell EC, Bromberg JR, Linakis JG, Spirito A; Pediatric Emergency Care Applied Research Network. Adolescent Substance Abuse Risk: A Comparison of Pediatric Emergency Care Applied Research Network Emergency Department Patients and 2 Nationally Representative Samples. *Pediatr Emerg Care*. 2021 Sep 1;37(9):e560-e564. doi: 10.1097/PEC.0000000000001763. PMID: 30893225; PMCID: PMC6752991.

113.    Kutok ER, Doria N, Dunsiger S, Patena JV, Nugent NR, Riese A, Rosen R, **Ranney ML**. "Feasibility and Cost of Using Instagram to Recruit Adolescents to a Remote Intervention." *J Adolesc Health.* 2021 Nov;69(5):838-846. doi: 10.1016/j.jadohealth.2021.04.021. Epub 2021 May 29. PMID: 34059428.

114.    Kutok ER, Dunsiger S, Patena JV, Nugent NR, Riese A, Rosen RK, **Ranney ML**. A Cyberbullying Media-Based Prevention Intervention for Adolescents on Instagram: Pilot Randomized Controlled Trial. *JMIR Ment Health*. 2021 Sep 15;8(9):e26029. doi: 10.2196/26029. PMID: 34524103; PMCID: PMC8482167.

115.    Blackwood KL, Knopov A, Merritt R, **Ranney ML**. "A 4-Year Longitudinal Firearm Screening and Safety Program for Medical Students." *Academic Medicine*. 2021 Dec;96(12):1626. doi: 10.1097/ACM.0000000000004392

116.    Bai E, Song SL, Fraser HSF, **Ranney ML**. A Graphical Toolkit for Longitudinal Dataset Maintenance and Predictive Model Training in Health Care. *Appl Clin Inform*. 2022 Jan;13(1):56-66. doi: 10.1055/s-0041-1740923. Epub 2022 Feb 16. PMID: 35172371; PMCID: PMC8850007.

117.    Scott Fraser H, Cohan G, Koehler C, Anderson J, Lawrence A, Pateña J, Bacher, I, **Ranney ML**. "Evaluation of diagnostic and triage accuracy and usability of a symptom checker in an emergency department: observational study." *JMIR Mhealth Uhealth.* September 2022;10(9):e38364. doi: <ins>10.2196/38364</ins>

118.    Magee LA, Ray B, Huynh P, ODonnell D, **Ranney ML**. "Dual Public Health Crises: The Overlap of Drug Overdose and Firearm Injury in Indianapolis, Indiana, 2018 – 2020." *Injury Epidemiology.* 9(20), July 2022. https://doi.org/10.1186/s40621-022-00383-9

119.   Gaither R, **Ranney MP**, Peachey A, Burock J, Rogers J, Bucci L, Beaudoin FL. A feasibility study of low-dose ketamine for acute management of suicidal ideation. *Journal of the American College of Emergency Physicians Open*, August 2022.  DOI:10.1002/emp2.12790

120.   Scherzer, C, Jiménez Muñoz, P, Ramsey, S, Carey, K, **Ranney, ML**, Rich, J, Clark, S, & Langdon, KJ. "Perceptions of Medications, Program Settings, and Drug Use Histories among Individuals Engaged in Treatment for Opioid Use Disorder, Journal of Addictive Diseases." (in press)

121.   *Organizer; National Academies of Sciences, Engineering, and Medicine. 2022. *Integrating Firearm Injury Prevention into Health Care: Proceedings of a Joint Workshop of the National Academies of Sciences, Engineering, and Medicine; Northwell Health; and Peace Initiative*. Washington, DC: The National Academies Press. https://doi.org/10.17226/26707

OTHER PEER-REVIEWED PUBLICATIONS (in chronological order)

1.   Arnold LK, Alomran H, Anantharaman V, Halpern P, Hauswald M, Malmquist P, Molyneux E, Rajapakse B, **Ranney M**, Razzak J.  "Knowledge translation in international emergency medical care." *Acad Emerg Med*, 2007 Nov;14(11):1047-51. doi: 10.1197/j.aem.2007.07.013

2.   Broderick K, **Ranney ML**, Vaca F, Rothman R, Rhodes K, Becker B, D'Onofrio G, Haukoos J. "Study Designs and Evaluation Models for Emergency Department Public Health Research." *Acad Emerg Med,* 2009 Nov;16(11):1124-31. doi: 10.1111/j.1553-2712.2009.00557.x. PMID: 20053232

3.   **Ranney ML**, Mello MJ. "Beyond our doors:  Emergency physicians and public health." *Med Health R I*, 2009 Jun;92(6):196.

4.   Baird JB, **Ranney ML**, Mello MJ. "A Commentary on the Paper Entitled: Text-Message-Based Drinking Assessments and Brief Interventions for Young Adults Discharged from the Emergency Department." *Alc Clin Exper Res*, 2012 Mar;36(3):395-7. [Epub 2012 Jan 11]. doi: 10.1111/j.1530-0277.2011.01710.x. PMID: 22236062

5.   **Ranney ML**, Sankoff J, Newman D, Fenton A, Mukau L, Durston B, Ballard D, Wintemute G. "A Call to Action:  Gun Violence, Public Health, and Emergency Medicine." *Ann Emerg Med,* 2013 Jun;61(6):700-2. [Epub 2013 Mar 13]. doi: 10.1016/j.annemergmed.2013.02.015. PMID: 23489650

6.   Houry DE, **Ranney ML.** "Public Scholarship and the Role for Injury Practitioners." *Inj Prev*, 2013 Aug;19(4):296. doi: 10.1136/injuryprev-2013-040861. PMID: 23860509

7.   Gallagher SS, Cruz TH, **Ranney ML**. "Advocacy: Translating injury research into policy." *Inj Prev,* 2013 Oct;19(5):366. [Epub 2013 Aug 19]. doi: 10.1136/injuryprev-2013-040982.  PMID: 23959932

8.   **Ranney ML**, Sankoff J, Fenton A, Wintemute G. "Response to Letter to the Editor Re: A Call to Action." *Ann Emerg Med*. 2013 Oct;62(4):434-5. doi: 10.1016/j.annemergmed.2013.05.023.

9.   **Ranney ML,** Suffoletto B. "Extending our Reach: Use of mHealth to Support Patients after Emergency Care." *Ann Emerg Med*. 2014 Jun;63(6):755-6. [Epub 2015 Jun 1]. doi: 10.1016/j.annemergmed.2014.01.015.  PMID: 24486096 PMCID: PMC4120244 NIHMSID: NIHMS600352

10. Lee MH, **Ranney ML**, Zink BJ. "Misclassification of emergency department visits distracts from the real issue." *RI Med J.* 2014 Sep 2;97(9):17. PMID: 25181738

11. Chai PR, Wu RY, **Ranney ML**, Porter PS, Babu KM, Boyer EW. "The Virtual Toxicology Service: Wearable Head Mounted Devices for Medical Toxicology." *J Med Toxicol*. 2014 Dev;10(4):382-387. doi: 10.1007/s13181-014-0420-5. PMID: 25135308 PMCID: PMC4252294

12. Choo EK, **Ranney ML**, Chan T, Trueger NS, Walsh AE, Tegtmeyer K, McNamara SO, Choi RY, Carroll CL. "Twitter as a Tool for Communication and Knowledge Exchange in Academic Medicine: A Guide for Skeptics and Novices." *Med Teach*. 2015 May;37(5):411-6. [Epub 2014 Dec 19]. doi: 10.3109/0142159X.2014.993371. PMID: 25523012

13. Wintemute G, **Ranney ML.** "Emergency Physicians and Firearm Violence." *Ann Emerg Med*. 2015 65(5): 595-599 [Epub 2015 Mar 24]. doi: 10.1016/j.annemergmed.2015.03.005 PMID: 25820032

14. Birnbaum F, Lewis D, Rosen R, **Ranney ML.** "Patient engagement and the design of digital health." *Acad Emerg Med.* 2015 Jun;22(6):754-6. [Epub 2015 May 21]. doi: 10.1111/acem.12692. PMID: 25997375 PMCID: PMC4674428

15. **Ranney ML,** Limkakeng AT, Carr B, Zink B, Kaji AH. "Improving the emergency care research investigator pipeline– SAEM/ACEP recommendations." *Acad Emerg Med*. 2015 Jul;22(7):849-51. [Epub 2015 Jun 25]. doi: 10.1111/acem.12699. PMID: 26112275 PMCID: PMC4682361

16. **Ranney ML**, Meisel Z, Choo E, Garro A, Sasson C, Morrow K. "Interview-Based Qualitative Research in Emergency Care, Part II: Data Collection, Analysis and Results Reporting." *Acad Emerg Med.* 2015 Sep;22(9):1103-12. [Epub 2015 Aug 18]. doi: 10.1111/acem.12735. PMID: 26284572 PMCID: PMC4560670

17. Choo EK, Garro A, **Ranney ML**, Meisel Z, Morrow K. "Qualitative Research in Emergency Medicine Part I: Research Principles and Common Applications in Emergency Medicine." *Acad Emerg Med*. 2015 Sep;22(9):1096-102. [Epub 2015 Aug 18]. doi: 10.1111/acem.12736. PMID: 26284696 PMCID: PMC4545270

18. **Ranney ML,** Peimer CA. "Online emergency department ratings, patient satisfaction, and the age-old issue of communication." *BMJ Qual Saf*. 2016 Jan;25(1):1-2. [Epub 2015 Oct 21]. doi: 10.1136/bmjqs-2015-004806. PMID: 26490003

19. **Ranney ML,** Peimer CA. "Commentary on "Physician-Rating Web Sites: Ethical Implications"." *J Surg Hand*. 2016 Jan;41(1):111-2. doi: 10.1016/j.jhsa.2015.06.116. PMID: 26710743

20. Betz ME, **Ranney ML**, Wintemute GJ. "Frozen funding on firearm research: "Doing nothing is no longer an acceptable solution." *West J Emerg Med*. 2016 Jan;17(1):91–3. [Epub 2016 Jan 14]. doi: 10.5811/westjem.2016.1.29767. PMID: 26823941 PMCID: PMC4729430

21. Rising KL, Carr BG, Hess EP, Meisel ZF, **Ranney ML**, Vogel JA. "Patient-centered outcomes research in emergency care: opportunities, challenges and future directions." *Acad Emerg Med*. 2016 Apr;23(4):497-502. [Epub 2016 Mar 24]. doi: 10.1111/acem.12944. PMID: 26919027

22. Hollander J.E., **Ranney M.L.,** and Carr B.G. "No Patient Left Behind: Patient-Centered Heatlthcare Reform." *Healthcare Transformation*. June 2016, 1(2): 114-119. doi:10.1089/heat.2016.29016.hrc. PMID: *pending*

23. **Ranney ML**, Genes N. "Social media and healthcare quality improvement: A nascent field." *BMJ Qual Saf*. 2016 Jun;25(6):389-91. [Epub 2015 Dec 11]. doi: 10.1136/bmjqs-2015-004827. PMID: 26658773

24. **Ranney ML**, Betz M.E. "Discussing Firearms with Emergency Department Patients: Why, Who, Where, When, and What." *Emergency Medicine Reports*. July 2016, 37(13): 149-164.

25. Wintemute G, Betz ME, **Ranney ML**. "Yes, You Can: Physicians, Patients, and Firearms." *Ann Intern Med*. 2016 Aug 2;165(3):205-13. [Epub 2016 May 17]. doi: 10.7326/M15-2905. PMID: 27183181

26. Affinati S, Patton D, Hansen L, **Ranney M**, Christmas AB, Violano P, Sodhi A, Robinson B, Crandall M; from the Eastern Association for the Surgery of Trauma Injury Control and Violence Prevention Section and Guidelines Section. "Hospital-based violence intervention programs targeting adult populations: an Eastern Association for the Surgery of Trauma evidence-based review." *Trauma Surg Acute Care Open*. 2016 Sep 28;1(1):e000024. doi: 10.1136/tsaco-2016-000024. eCollection 2016. PubMed PMID: 29766064; PubMed Central PMCID: PMC5891700.

27. Wintemute GJ, Betz ME, **Ranney ML**. "Physicians, Patients, and Firearms". Ann Intern Med. 2016 Dec 20;165(12):893. doi: 10.7326/L16-0544. PMID: 27992910

28. Betz ME, **Ranney ML,** Wintemute G. "Physicians, Patients and Firearms: The Courts Say 'Yes'." *Ann Intern Med.* 2017 May;166(10):745-746. doi: 10.7326/M17-0489. Epub 2017 Mar 7. PMID: 28265644

29. Gottlieb M, Dehon E, Jordan J, Bentley S, **Ranney ML**, Lee S, Khandelwal S, Santen SA. "Getting published in medical education: Overcoming barriers to scholarly production." *West J Emerg Med*, 2018 Jan;19(1):1-6. doi: 10.5811/westjem.2017.11.35253. PMID: 29383048

30. Ali S, **Ranney ML,** Jarman A. "Transient orbital compartment syndrome caused by spontaneous lamina papyracea dehiscence." *RI Med J*. (2013). 2018 Feb 2;101(1):30-32. PMID: 29393309

31. **Ranney ML**, Zeoli AM, Beidas R. "Evidence-Based Solutions to Pediatric Firearm Deaths-The Need for Out-of-the-Box Answers." [published online ahead of print, 2020 Mar 2]. *JAMA Pediatr*. 2020;10.1001/jamapediatrics.2019.6239. doi:10.1001/jamapediatrics.2019.6239

32. Kline JA, Burton JH, Carpenter CR, Meisel ZF, Miner JR, Newgard CD, Quest T, Martin IBK, Holmes JF, Kaji AH, Bird SB, Coates WC, Lall MD, Mills AM, **Ranney ML,** Wolfe RE, Dorner SC. "Unconditional Care in Academic Emergency Departments." *Acad Emerg Med*. 2020 Jun;27(6):527-528. doi: 10.1111/acem.14010. Epub 2020 Jun 8. PMID: 32407561; PMCID: PMC7272880.

33. He S, Ojo A, Beckman A, Gondi S, **Ranney M**, Betz M, Faust J, Choo E, Kass D, & Raja A. "The Story of #GetMePPE and GetUsPPE.org - Rapidly Deploying Digital Tools for Better Healthcare." [published online ahead of print, 2020 Jun 9]. *J Med Internet Res*. 2020;10.2196/20469. doi:10.2196/20469

34. Wong AH, Pacella-LaBarbara ML, Ray JM, **Ranney ML**, Chang BP. "Healing the Healer: Protecting Emergency Healthcare Workers' Mental Health During COVID-19." *Ann Emerg Med.* 2020;S0196-0644(20)30336-X. doi:10.1016/j.annemergmed.2020.04.041

35.    Shultz BN, Lye CT, D'Onofrio G, Gluck AR, Miller J, Kraschel KL, **Ranney ML**. "Understanding the Role of Law in Reducing Firearm Injury through Clinical Interventions." *J Law, Medicine & Ethics.* 48 S2 (2020): 146-154. doi: 10.1177/1073110520979416.

36.    **Ranney ML**. "The public health approach to paediatric firearm injury." *The Lancet*, 2021 Jun;397(10291):2241-2242. doi: 10.1016/S0140-6736(21)01285-X

37.    Jaquis WP, Schneider SM, **Ranney ML**, et al. "Preparing for the Next Pandemic." *Annals of Emergency Medicine.* 2021 Aug;78(2): 212-219. doi: 10.1016/j.annemergmed.2021.03.010.

38.    Thomasian NM, Madad S, Hick JL, **Ranney ML**, Biddinger PD. "Hospital Surge Preparedness and Response Index." *Disaster Med Public Health Prep*. 2021 Jun;15(3):398-401. doi: 10.1017/dmp.2021.190. PMID: 34311795.

39.    Ojo A, Guntuku SC, Zheng M, Beidas RS, **Ranney ML**. How Health Care Workers Wield Influence Through Twitter Hashtags: Retrospective Cross-sectional Study of the Gun Violence and COVID-19 Public Health Crises. *JMIR Public Health Surveill*. 2021 Jan 6;7(1):e24562. doi: 10.2196/24562. PMID: 33315578; PMCID: PMC7790125

40.    **Ranney ML**. Firearm Injuries' Impact on US Children: Broadening Our Work. *JAMA Pediatr*. 2021 Sep 20. doi: 10.1001/jamapediatrics.2021.3509. Epub ahead of print. PMID: 34542568.

41.    Betz ME, Harkavy-Friedman J, Dreier FL, Pincus R, **Ranney ML.** Talking About "Firearm Injury" and "Gun Violence": Words Matter. *Am J Public Health*. 2021 Dec;111(12):2105-2110. doi: 10.2105/AJPH.2021.306525. PMID: 34878863; PMCID: PMC8667825.

42.    **Ranney ML**, Friedhoff S. Public communication about public health where we really need to go. *NPJ Digit Med*. 2022 Mar 8;5(1):28. doi: 10.1038/s41746-022-00574-0. PMID: 35260761; PMCID: PMC8904535.

43.    Mueller KL, Blomkalns AL, **Ranney ML.** Taking Aim at the Injury Prevention Curriculum: Educating Residents on Talking to Patients About Firearm Injury. *Acad Med.* 2022 Apr 19. doi: 10.1097/ACM.0000000000004707. Epub ahead of print. PMID: 35442908.

44.    Goldberg EM, Rosen RK, Dizon DS, Langdon KJ, Davoodi NM, Wray TB, Nugent NR, Dunsiger SI, **Ranney ML**. Using Social Media for Clinical Research: Recommendations and Examples From the Brown-Lifespan Center for Digital Health. *J Med Internet Res*. 2022 Jun 13;24(6):e35804. doi: 10.2196/35804. PMID: 35700012.

BOOKS AND BOOK CHAPTERS

1.    Purdy E, Murray H, **Ranney ML**. "The Case of the Justified Junior." In: Chan, Thoma, and Lin (Ed) *Medical Education in Cases: Volume 1* (1st Edition). 2014. San Francisco, CA; Academic Life in Emergency Medicine. ISBN: 978-0-9907948-0-6.

2.    Spirito AS, O'Brien K, **Ranney ML**, Gomez J. "The Evaluation and Management of Suicide Risk in Adolescents in the Context of Interpersonal Violence." In *The Oxford Handbook of Behavioral Emergencies and Crises*. 2016. Oxford, UK: Oxford University Press. ISBN 978-0-199-352722

3.   Scaletta T, Rising KL, **Ranney M**. "Automated Patient Follow-Up Program." In *Value and Quality Innovations in Acute and Emergency Care.* 2017. Cambridge, UK: Cambridge University Press. ISBN 978-1-316-62563

4.   **Ranney ML**, Pisani AR, Chernick LS. "The Role of Texting in Addressing Mental Health." In *Technology and Adolescent Mental Health*. 2018 (pp. 207-215). Springer, Cham. doi: 10.1007/978-3-319-69638-6_15

5.   **Ranney ML**, Carter P, Cunningham RM. "Firearm Injury Prevention in the Emergency Department." *Social Emergency Medicine: Principles & Practice.* Springer Publishing, pp319-334.


OTHER NON-PEER REVIEWED PUBLICATIONS

1.   Cott J, Leader B, **Ranney ML**. "Rhode Island Hospital Resident Handbook," First Edition, May 2006.

2.   **Ranney ML.** "The value of an injury prevention fellowship." *American College of Emergency Physicians Section of Trauma and Injury Prevention, Newsletter*. 2010 14(1).

3.   Child Death Review Team. *Youth Suicide Issue Brief*, 2005-2010.  Department of Health, Rhode Island, 2011.  Available at: http://www.health.ri.gov/publications/issuebriefs/2005-2010YouthSuicide.pdf

4.   **Ranney ML**, Choo EK. "Domestic Violence: Two More Sad and Preventable Deaths." *Providence Journal*.  Aug 19, 2013. Available at: http://www.providencejournal.com/opinion/commentary/20130819-megan-l.-ranney-and-esther-k.-choo-domestic-violence-two-more-sad-and-preventable-deaths.ece

5.   **Ranney ML**. "XX in Health: The State of Women in Healthcare Leadership." *AWAEM Awareness,* Oct-Dec 2013.

6.   Green T, **Ranney ML.** "PCORI: A Primer for Emergency Medical Researchers." *ACEP Research Section Newsletter*, March 2014.

7.   **Ranney ML**, Wintemute G. "Doctors Can Reduce Gun Deaths." *Providence Journal*, Apr 4, 2015. Available at: http://www.providencejournal.com/article/20150404/OPINION/150409675/13831

8.   Samuels EA, Aks S, Bernstein E, Choo E, Dwyer K, Green T, Hack JB, Juurlink D, Mello MJ, **Ranney M**, Walley A, Whiteside L. "Prehospital Naloxone is Safe." *ACEP News*, April 14, 2015. Available at: http://www.acepnow.com/article/opinion-prehospital-naloxone-administration-is-safe/#comments

9.   **Ranney ML**, Barsotti C. "Firearm Injury Prevention is More Than a Pro/Con Debate." *ACEPNow*, October 20, 2016. Available at: http://www.acepnow.com/article/opinion-firearm-injury-prevention-procon-debate/

10.  **Ranney ML**, Morgan K. "Brown's Emergency Digital Health Innovation program." *ACEP Informatics Section Newsletter*, Fall 2017.

ORAL AND POSTER ABSTRACT PRESENTATIONS

1.  **Ranney ML,** Russell M, Kozarsky P, Eidex RB. "Lack of agreement in listed yellow fever vaccination requirements among various sources." Poster presentation at American Society for Tropical Medicine & Health 53rd annual meeting, *November 2004.*

2.  Dadaekian G, Mello MJ, **Ranney ML**. "Motorcycle Accidents: Analysis of the RI Trauma Registry from 2000-2004." Poster presentation at Navy Chapter of American College of Physicians, *October 2005.*

3.  **Ranney, ML,** Mello MJ, Baird J. "Predictors of motorcycle injury severity in a state with limited helmet laws." Poster presentation at Lifespan Research Celebration, *November 2006.*

4.  Levinson A, **Ranney ML,** Levy M, Venetetuolo C. "Surviving Sepsis: Evaluating an Interdisciplinary Educational Initiative for Improving Management of Patients with Sepsis." Oral presentation at American Thoracic Society International Conference, *May 2007.*

5.  Odero W, **Ranney ML,** Waxman M, Simiyu C, Lane KA, Fife RS. "Relationship between Alcohol and Domestic Violence in Mosoriot, Kenya." Poster presentation at the 9th World Conference on Injury Prevention and Safety Promotion, Merida, Mexico, *March 2008.* **

6.  **Ranney ML,** Verhoek-Oftedahl W, Rommel J, Mello MJ. "Analysis of Intentional and Unintentional Injuries Caused by Firearms and Cutting/piercing Instruments among Providence Youth, Nov 2004-Dec 2007." Poster presentation at Lifespan Research Celebration, *November 2008.*

7.  **Ranney ML**, Rennert-May E, Spitzer R, Mabeya H. "A Novel ED-based Sexual Assault Center in Western Kenya: Description of Patients and Analysis of Treatment Patterns." Poster presentation at Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA *May 2009.*

8.  **Ranney ML**, Gjelsvik A. "Predictors of Being Unsafe to Answer Intimate Partner Violence Screening Questions: Findings from the Behavioral Risk Factor Surveillance System 2006." Poster presentation at American College of Emergency Physicians Scientific Assembly/Research Forum, Boston, MA, *October 2009.*

9.  **Ranney ML,** Chai P, Clark M, Baird J, Mello MJ, Clark M. "Correlates of helmet use among newly licensed motorcyclists: a survey." Poster presentation at 10th World Conference on Injury Prevention and Safety Promotion, London, England, *September 2010.* **

10. **Ranney ML**, Mello MJ. "Chart review of female versus male adolescent victims of violence presenting to the ED, 2004-2007." Poster presentation at American College of Emergency Physicians Scientific Assembly/Research Forum, Las Vegas, NV, *September 2010.* Abstract #433.

11. **Ranney ML,** Walton MA, Whiteside L, Cunningham RM. "Prospective study of youth seeking ED care for assault-related injury." Poster presentation at the Society for the Advancement of Violence and Injury Prevention/Safe States Alliance, Iowa City, IA, *April 2011.*

12. Choo EK, **Ranney ML,** Jay G. "Educational Innovation to Improve K23 Grantwriting Among Junior EM Faculty." Oral presentation, Society for Academic Emergency Medicine Annual Meeting, Boston, MA, *June 2011.* (Won "Best IEME Presentation" for the 2011 Annual Meeting)

13. **Ranney ML,** Walton MA, Whiteside L, Cunningham RM. "Gender differences in characteristics of youth seeking ED care for assault-related injury." Poster presentation, Society for Academic Emergency Medicine Annual Meeting, Boston, MA, *June 2011.*

14. **Ranney ML,** Choo EK, Mello MJ, Baum A, Wang Y, Clark M.  "Emergency Department Patient Preferences For Technology-based Behavioral Interventions." Poster presentation, Society for Academic Emergency Medicine Annual Meeting, Boston, MA, *June 2011.*

15. Choo EK, **Ranney ML,** Wong Z, Mello MJ. "Preferences for Technology-Based Interventions among Adult Emergency Department Patients with Drug and Alcohol Use" Poster presentation, American College of Emergency Physicians Research Forum, San Francisco, CA, *October 2011.*

16. Pringle K, Mohan S, **Ranney ML.** "Does hospital registration accurately record race, ethnicity and language of adult patients presenting to emergency departments? Implications for health disparity research." Poster presentation, American College of Emergency Physicians Research Forum, Denver, CO, *October 2012.*

17. Klein M, Choo EK, **Ranney ML.** "Psychosocial correlates of early alcohol initiation among adolescents."  Poster presentation, American Public Health Association Annual Meeting, San Francisco, CA, *October 2012.*

18. Cruz T, **Ranney ML,** Gallagher S. "Advocacy capacity and training needs among injury and violence prevention researchers."  Oral presentation, American Public Health Association Annual Meeting, San Francisco, CA, *October 2012.*

19. **Ranney ML,** Newton M, Walton M, Cunningham RM.  "Assault injured youth: Who? What? Why?" Poster presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA, *May 2013.*

20. Kim DJ, Choo EK, **Ranney ML.** "The Impact of Gender on Patient Preferences for Technology Based Interventions." Poster Presentation. Society for Academic Emergency Medicine Annual Meeting. Atlanta, GA, *May 2013.*

21. Cruz T, Gallagher S, **Ranney ML.** *"*Advocacy among Injury and Violence Prevention Researchers: Capacity and Training Needs". Extended Oral Presentation (1.5 hours) at 2013 National Meeting of the Safe States Alliance and SAVIR.  Baltimore, MD. *June 2013.*

22. Benedetto F, **Ranney ML,** Amanullah S**.** "Emergency Department Utilization Among Assault Injured Youth: Implications for Youth Violence Screening." Oral Presentation.  American Academy of Pediatrics National Conference. Orlando, FL, *October 2013.*

23. **Ranney ML,** Patena J, Cunningham RM, Boyer E, Walton M, Spirito A, Zatzick D, Morrow K. "A qualitative study of a text-message-based depression prevention intervention for high-risk adolescents." 22nd NIMH Conference on Mental Health Services Research (MHSR), "MHSR 2014: Research in Pursuit of a Mental Health Care System." Bethesda, MD, *April 2014.*

24. Madsen T, Riese A, Choo EK, **Ranney ML. (presented by me)** "Effects of a Web-Based Educational Model on Pediatric Emergency Physicians' Knowledge, Attitudes, and Behavior Regarding Youth Violence."  Oral Presentation. SAEM Annual Meeting, Dallas, TX, *May 2014.*

25. Chai PR, Wu RY, **Ranney ML,** Porter PS. Seeing the Future and Missing the Past: The Feasibility and Acceptability of Google Glass for Emergency Department Dermatology Consultations. University Health System Consortium Annual Conference, Las Vegas, NV. *October 2014.*

26.  Yen S, Tezanos K, Cuong A, **Ranney M**, Solomon JB, Kahler C, Spirito A. "Using text messaging to deliver positive affect skills: examining naturalistic response rate and predictors of engagement in suicidal adolescents." 48th Annual Meeting of the Association for Behavioral and Cognitive Therapy, Philadelphia, PA, *November 2014.*

27.  Yen S, Tezanos K, Cuong A, **Ranney M**, Solomon JB, Kahler C, Spirito A. "Using text messaging to deliver positive affect skills: examining naturalistic response rate and predictors of engagement in suicidal adolescents." 7th Annual Conference on the Science of Dissemination & Implementation, NIH, Bethesda, MD, *December 2014.*

28.  Riese A, **Ranney ML**, Baird J, Mello MJ. "The use of adolescent health risk behavior questionnaires, discussions of youth violence, and its relationship with other risk behavior discussions in primary care." Podium presentation at Injury Free Kids Coalition, Cincinnati, OH, *December 2014.*

29.  **Ranney ML**, Freeman J, Cunningham RM, Boyer E, Walton M, Spirito A, Zatzick D, Morrow K. "iDOVE: A Mixed Methods Study." Poster Presentation, Society for Academic Emergency Medicine, San Diego, CA, *May 2015.*

30.  Duarte C, Birnbaum F, Connell G, **Ranney M**. "iDOVE: Characteristics of Adolescents eligible for a Text Message Based Depression Intervention" American College of Physicians, *March 2016.*

31.  Chandra A, **Ranney M**, Huang J, Chun T, Spirito A, Duffy S, Nugent N. "Understanding the Role of Social Environment and Early Symptoms of PTSD in Adolescents Following Physical Trauma" Mind-Brain Research Day, *March 2016.*

32.  Yen S, Spirito A, **Ranney M**, Kahler C, Tezanos K, Chuong A, Krek M, Solomon JB "Skills to Enhance Positivity: A Multimodal Intervention for Suicidal Adolescents." Society for Affective Science, Boston, MA, *April 2017.*

33.  Mumma B, Chang AM, Kea B, **Ranney ML.** "Career Development Awards in Emergency Medicine: Resources and Challenges." *Lightning Oral*, Society for Academic Emergency Medicine, Orlando, FL, *May 2017*.

34.  Goldberg EM, **Ranney ML**, Choo EK, Beck-Esmay J, Kass D. "FemInEM: An Open Access Platform to Bring Women in Emergency Medicine Together." *Spotlight Oral*, Society of Academic Emergency Medicine, Orlando, FL, *May 2017*.

35.  **Ranney ML**, Pittman S. "Assessment and Treatment in Context: Marital, Parent-Child, and Peer Relationships" *Selected Symposium*, Association for Psychological Science, Boston, MA, *May 2017*.

36.  **Ranney ML**, Pittman S, Dunsiger S, Guthrie K, Spirito AS, Boyer E, Cunningham RM. "Reducing Peer Violence and Depressive Symptoms Among At-Risk Youth Through an ED-Initiated Text-Message Intervention." *Selected Oral Presentation*, Innovations in Injury Prevention Science, Society for the Advancement of Violence and Injury Research, *September 2017*.

37.  Pittman SK, Morgan KE, Ybarra M, Huang J, Spirito A, Rosen R, **Ranney ML**. "Adolescent Cyberbullying Intervention Development: Results from a Qualitative Investigation into Teens' Perspectives and Preferences." *Poster Presentation,* 25th Annual Lifespan Hospitals Research Symposium. 2017; 25:Abstract #45.

38.    Thorsen M, Sarkar IN, Chen E, Fontaine E, Walker G, **Ranney ML.** "Assessing Data Quality Within Health Information Exchanges: A Case Study Supporting Emergency Department Research." American Medical Informatics Association Annual Meeting, November 2017.

39.    Bromberg J, Mello MJ, Baird J, Gaines B, Lapidus G, Parnagian C, **Ranney M**, Wills H. "Acceptability of an electronically delivered parenting skills intervention for parents of alcohol or drug positive pediatric trauma patients." *Oral Presentation,* Injury Free Coalition for Kid National Conference, Fort Lauderdale, FL, December 2017.

40.    Hajjar M, Morgan K, Martin T, Hudepohl N, **Ranney ML. "**Emergency Department Texting Lifespan With Care: The Feasibility and Acceptability of a Bidirectional, Text-Message-Based Intervention in the Emergency Department." *Oral presentation*, New England Research Directors' Regional Meeting, Worcester, MA, March 2018.

41.    Luchette K, Dorroh J, Pensa G, **Ranney ML**, Martin T. "Feasibility of asychronous learning in collegiate EMS: impact of a novel training program on self-reported measures of confidence." Poster Presentation at National Collegiate Emergency Medical Services Foundation Conference*, Philadelphia, PA, February 2018.*

42.    Montgomery MC, Thorsen M, Guthrie KM, **Ranney ML**. "A feminist analysis of motivations for aggression in interviews with high-risk adolescent girls." *Oral Presentation,* Lavender Languages and Linguistics 25, Providence, RI, April 2018.

43.    Hajjar M, Morgan K, Martin T, Hudepohl N, **Ranney ML. "**Emergency Department Texting Lifespan With Care: The Feasibility and Acceptability of a Bidirectional, Text-Message-Based Intervention in the Emergency Department." *Oral presentation*, Society for Academic Emergency Medicine Annual Meeting, Indianapolis, IN, May 2018.

44.    Pittman, S.K., Rochelle, R.K., Moseley I., Riese, A., Spirito, A., Ybarra, M., Morgan, K.E., **Ranney, ML**. Intervention to Prevent Cyber-victimization among Adolescents through Text Messaging (iPACT) program: Feasibility and Acceptability. *Poster*, Association of Behavioral and Cognitive Therapies (ABCT) Annual Convention, November 2018, Washington, DC.

45.    Roszko PJ, McGlynn A, **Ranney ML**. "Utilizing the NEMSIS Database to Assess for an Association between State Open Carry Laws and EMS Activations for Firearm Injuries." *Poster,* National Association of EMS Physicians Annual Meeting, January 2019, Austin, TX

46.    Thomasian N, Morgan K, Lawrence A, **Ranney ML**. "Emergency medicine physician perspectives on clinical decision support for behavioral health risk prediction." *Oral poster,* Society for Academic Emergency Medicine, May 2019, Las Vegas NV.

47.    Langdon KJ, Scherzer C, **Ranney M**, Rich J, & Ramsey S. "Barriers and Facilitators to Engagement in Medication-Assisted Treatment." *Poster* presented at the 2019 Rhode Island NIH IDeA Symposium. June 2019, Providence, RI.

48.    **Ranney ML**, Patena J. "IMPACT: An online cyberbullying prevention program." *Oral presentation* at the Technology and Adolescent Mental Health (TAM) symposium, September 2019, Madison, WI.

49.    **Ranney ML.** "Social media sentiment after mass shootings." *Oral presentation* at the FACTS Symposium on Gun Violence Research. October 2019, Ann Arbor, MI.

50. Lehrbach KR, Spirito A, Dunsiger S, **Ranney ML.** "Understanding the relationship between nutrition and adolescent's mental health: Food for Thought." *Poster,* Societal for Behavioral Medicine Annual Meeting. April 2020, San Francisco, CA. (Cancelled due to COVID19).

51. Diurba S, Johnson RL, Siry BJ, Knoepke CE, Suresh K, Simpson SA, Azrael D, **Ranney ML,** Wintemute GJ, Betz ME. Emergency Department Provider Attitudes and Behaviors Regarding Lethal Means Assessment and Counseling. *Poster*, Society for Academic Emergency Medicine Annual Meeting, May 2020, Denver, CO. (Cancelled due to COVID19)

52. Scherzer C, Jimenez P, Carey K, Ramsey S, **Ranney M**, Rich J, Langdon KJ. "The role of stigma in the acceptance and disclosure of opioid use disorder: A qualitative study." Poster, submitted to present at the *2020 Symposium on Substance Use Research*. November, 2020. (Digital due to COVID19).

53. Langdon, KJ, Scherzer CR, Ramsey S, Carey K, Rich J, **Ranney ML.** "Feasibility/Acceptability of a Digital Health Intervention to Augment Outpatient Buprenorphine Treatment." Poster abstract submitted to the annual (virtual) conference for ASAM.

54. Haley Appaneal, Aisling Caffrey, Xin Liao, Vrishali Lopes, **Megan Ranney**, Larissa May, David Dosa, Kerry LaPlante.Trends in Outpatient Antibiotic Use Across a Large United States (US) Government Medical Facility. Oral Session at the 31strd European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), July 9-12, 2021; Virtual Event.

55. Trinka TD, Vriniotis M, Orchowski LM, Nugent NR, Beidas RS, Betz ME, Bucher A, Kesner T, Hudson C, **Ranney ML**. "Firearm injury bystander interventions by 4-H Shooting Sports leaders: A qualitative study." Poster presentation at the FACTS Symposium on Firearm Injury Prevention Research. October 2021; Virtual Event.

56. Block, A., Jiménez, P. M., Bhuptani, P., Ramsey, S., **Ranney, M. L.**, Carey, K., Rich, J., Langdon, K. J. (2022, March 3-5). Digital Health Intervention to Promote Engagement in and Adherence to Buprenorphine [Conference presentation abstract]. 93rd Eastern Psychological Conference, New York, NY, United States.

57. Silverman, A., Vriniotis, M., Beidas, R., Nugent N., Kesner T., Orchowski L.M., **Ranney M**. "The Development of a Bystander Intervention Training to Reduce Risk of Youth Firearm Injury." Oral presentation at the American Public Health Association Annual Meeting and Expo. November 2022. Boston, MA.

\** = international abstract presentation

<u>SCHOLARLY WORK PUBLISHED IN OTHER MEDIA:</u>

**Active on Twitter @meganranney, with >110,000 followers**

<u>PEER REVIEWED IN OTHER MEDIA:</u>

1. **Ranney ML.** "Public Health and EM." *Academic Life in Emergency Medicine*, August 17, 2013. Available at: http://academiclifeinem.com/public-health-and-em-a-new-series-by-dr-megan-ranney/

2. **Ranney ML**. "The Public Health Model: A Primer for Emergency Care Providers." *Academic Life in Emergency Medicine,* September 9, 2013. Available at: http://academiclifeinem.com/the-public-health-model-a-primer-for-emergency-care-providers/

3.    **Ranney ML**. "Peer Violence: A Public Health Perspective. *Academic Life in Emergency Medicine,* November 7, 2013. Available at: http://academiclifeinem.com/peer-violence-a-public-health-perspective/

4.    **Ranney ML**. "Policy Change: A Brief Primer for Emergency Physicians." *Academic Life in Emergency Medicine,* December 17, 2013. Available at: http://academiclifeinem.com/policy-change-brief-primer-emergency-physicians/

5.    **Ranney ML**. "Population vs Public Health: A False Dichotomy" *Academic Life in Emergency Medicine,* February 18, 2014. Available at: http://academiclifeinem.com/population-vs-public-health-false-dichotomy/

NON-PEER REVIEWED/OTHER MEDIA:
1.    **Ranney ML**. "mHealth's Evidence Gap." *mHealth News,* April 8, 2014. Available at: http://www.mhealthnews.com/blog/mhealths-evidence-gap?page=1 [accessed April 15, 2014].

2.    "I am Dr. Megan Ranney, Director of Brown's Emergency Digital Health Innovation program: How I Work Smarter." *Academic Life in Emergency Medicine, January 4, 2015.* https://www.aliem.com/2015/01/megan-ranney-how-i-work-smarter/

3.    **Ranney ML.** "mHealth and Wearables: Is the Info Getting to the Right Place?" *HIMSS Clinical Informatics Newsletter,* Feb 9 2015. Available at: http://www.himss.org/News/NewsDetail.aspx?ItemNumber=38691&navItemNumber=17425&mkt_tok=3RkMMJWWfF9wsRolsqzLZKXonjHpfsX56eosXqKylMI%2F0ER3fOvrPUfGjI4CRcpnI%2BSLDwEYGJlv6SgFQ7LHMbpszbgPUhM%3D

4.    "Cyberbullying." The Rhode Show, *May 2015.* Available at: https://www.youtube.com/watch?v=G5hE4TMRZP0

5.    Ranney ML. "ED Superusers." ACEP Frontline Interview, October 2015. https://itunes.apple.com/us/podcast/acep-frontline/id1063793120

6.    "Firearm Injury Prevention." The Dan Yorke State of Mind. *December 2015.* Available at: https://www.youtube.com/watch?v=g4bKPs88lDE

7.    Betz E, **Ranney ML.** "Doctors of America, You Are Free To Counsel Patients About Guns." *New Scientist*, May 16, 2016. Available at: https://www.newscientist.com/article/2088388-doctors-of-america-you-are-free-to-counsel-patients-about-guns/

8.    **Ranney ML**, Betz E. "Firearm Safety & the Public Health Approach to Risk in the ED." Urgent Matters Podcast, *February 2017.* http://blogs.gwu.edu/urgentmatters/podcast-2/

9.    Dark C, Pines J, **Ranney ML**, Trueger S. "Policy Trends in 2016: Value in Health Care, Gun Violence, and the Effects of the ACA." Emergency Physician Advocates: AAEM Podcast, *Winter 2016* http://www.aaem.org/UserFiles/Episode25.mp3s

10.   "How NRA Lobbying Has Suppressed Gun Violence Research." Interview on Quirks and Quarks, Canadian Broadcasting Corporation, October 2017. http://www.cbc.ca/radio/quirks/october-7-2017-1.4343355/nra-lobbying-has-suppressed-gun-violence-research-1.4343359

11.     **Ranney ML**. "Five Things Americans Can Do Today to Reduce Gun Deaths." Feb 15, 2018.
        https://www.kevinmd.com/blog/2018/02/5-things-america-can-today-reduce-gun-deaths.html

12.     "Reframing Firearm Violence". Podcast through Little Big Med, March 2018.
        http://littlebigmed.com/reframingfirearmviolence/

13.     "The ER Doctor Gathering Physicians' Up-Close Experiences with Gun Violence." The Trace, March 20, 2018.
        https://www.thetrace.org/rounds/doctors-gun-violence-stories-gsw-megan-ranney/

14.     **Ranney ML**, Beidas R. "Generation Parkland: How mass shootings are affecting America's children
        — and how we can help." *NBC Think*, March 23, 2018.
        https://www.nbcnews.com/think/opinion/generation-parkland-how-mass-shootings-are-affecting-
        america-s-children-ncna859456\

15.     "With Scarce Gun Violence Research Available, Clinical and States Look to Fill the Vaccum."
        *Modern Heatlhcare,* April 2, 2018.
        http://www.modernhealthcare.com/article/20180402/NEWS/180409992

16.     Interview with Barbara Morse Silva: http://turnto10.com/features/health-landing-page/grant-targets-
        gun-violence-and-kids *NBC Health,* April 27, 2018

17.     "What Physicians Can Do Tomorrow to Reduce Gun Violence Deaths." *Medpage Today*, June 13,
        2018. https://www.medpagetoday.com/meetingcoverage/ama/73488

18.     Interview on *CNN-Headline News*, regarding new AMA gun violence resolutions. June 13th, 2018. (not
        available via weblink)

19.     **Ranney ML**. "Should Doctors Routinely Talk to Patients About Gun Use?" *Wall Street Journal,* June
        24, 2018. https://www.wsj.com/articles/should-doctors-routinely-talk-to-patients-about-gun-use-
        1529892361

20.     Profiled by AMA Wire: "Members move medicine: Pursuing prevention despite the obstacles."
        *AMAWire,* July 11, 2018. https://wire.ama-assn.org/life-career/members-move-medicine-pursuing-
        prevention-despite-obstacles

21.     Interviewed by MSNBC. November 11, 2018.

22.     Interviewed by "The Takeaway." November 13, 2018. https://www.wnycstudios.org/story/doctors-nra-
        our-lane-gun-violence

23.     **Ranney ML**, Sher H, Kass D. "Medical professionals to NRA: Guns are our lane. Help us reduce
        deaths or move over." https://www.usatoday.com/story/opinion/2018/11/10/health-care-professionals-
        nra-help-us-reduce-gun-deaths-column/1956288002/ November 10, 2018.

24.     Interviewed by *Washington Post*: "Surgeons — many of them gun owners — recommend new gun-
        safety approaches." https://www.washingtonpost.com/national/surgeons--many-of-them-gun-owners--
        recommend-new-gun-safety-approaches/2018/11/14/5d6aa3aa-e77c-11e8-a939-
        9469f1166f9d_story.html?utm_term=.e812c01b9402 November 13, 2018.

25.     Interviewed by the BBC. "The US Doctors Standing up To Gun Violence."
        https://www.bbc.co.uk/programmes/p06v23qw  Dec 9, 2018.

26.  Rubin R. "Physicians are Steering the Conversation About Gun Violence." *JAMA,* Dec 14 2018. https://jamanetwork.com/journals/jama/fullarticle/2719213

27.  Interviewed by Morning Joe, MSNBC, April 23, 2019. https://www.msnbc.com/morning-joe/watch/father-who-lost-son-in-parkland-launches-new-psa-1503736899643

28.  "Twenty Years After Columbine." *The New Yorker,* April 2019. https://www.newyorker.com/news/news-desk/twenty-years-after-columbine

29.   "How emergency physicians are working to reduce gun violence." *ACEP Now*, May 2019. https://www.acepnow.com/article/how-emergency-physicians-are-working-to-prevent-firearm-injury/

30.  Interviewed for "Gun violence research at standstill due to lack of federal funding." *Modern Healthcare,* April 13 2019. https://www.modernhealthcare.com/providers/gun-violence-research-standstill-due-lack-federal-funding

31.  "Megan Ranney on Ending Gun Violence." *Explore The Space* podcast, May 3, 2019. https://www.explorethespaceshow.com/podcasting/megan-ranney-on-ending-gun-violence/

32.  "Gun violence: An ER Doctor's Perspective." *The Ladies' Room,* May 6, 2019. https://intheladiesroomwithdrdonnica.libsyn.com/75-megan-ranney-md-mph-gun-violence-an-er-doctors-perspective

33.  "Guns and suicide." *JAMA Network podcast: In Our Lane,* co-produced with AFFIRM Research. July 2019.  https://edhub.ama-assn.org/jn-learning/audio-player/17729085?resultClick=1&bypassSolrId=M_17729085

34.  "What Matters Most #554" *What Matters Most* podcast, June 9, 2019. https://www.paulsamueldolman.com/parent/podcasts/pauly-cast/dr-megan-ranney-554/

35.  Interviewed for "Guns in the home, greater risk of family homicide." *US News*, July 22 2019. https://www.usnews.com/news/health-news/articles/2019-07-22/guns-in-home-greater-odds-of-family-homicide

36.  Interviewed for "RAND fund awards $10 million for gun research." *NPR / Guns in America.* July 26, 2019. https://gunsandamerica.org/story/19/07/25/rand-fund-awards-10-million-for-gun-research/

37.  How Psychiatrists Can Fight Mental Health, Kevin Kunzman@NotADoctorKevin, August 08, 2019, https://www.mdmag.com/medical-news/how-psychiatrists-can-fight-mental-health-stigma [mdmag.com], quoted

38.  Emergency Doctor to Trump: You Are Wrong, Mental Illness Is Not to Blame for Gun Violence Epidemic. *Democracy Now!* August 08, 2019, Amy Goodman with Nermeen Shaikh. https://www.democracynow.org/2019/8/8/mental_illness_gun_violence_suicide_risk [democracynow.org]- interviewed/featured guest

39.  RI Not Immune from Mass Shooting Fear. *Providence Journal*, Aug 5, 2019, Madeleine List. https://www.providencejournal.com/news/20190805/ri-not-immune-from-mass-shooting-fear [providencejournal.com]- quoted

40.     Doc Group Pays for Gun Violence Research–Medpagetoday.com, August 05, 2019, Kristina Fiore
        https://www.medpagetoday.com/publichealthpolicy/generalprofessionalissues/81430
        [medpagetoday.com] - feature article

41.     Congress Funds Gun Violence Research for the First Time in Over 20 Years, February 13, 2020.
        https://www.wnycstudios.org/podcasts/takeaway/segments/congress-funds-gun-violence-research-
        first-time-over-20-years [wnycstudios.org] - interviewed/featured guest

42.     John King Inside Politics, CNN. "Doctor says hospitals don't have supplies Trump talks about." March
        19, 2020. https://www.cnn.com/videos/health/2020/03/19/ranney-intv-trump-pence-need-medical-
        supplies-hospital-masks-gowns-sot-crn-vpx.cnn  -- Lead video on CNN home page.

43.     Rachel Maddow show, MSNBC. March 23, 2020. http://www.msnbc.com/transcripts/rachel-maddow-
        show/2020-03-23

44.     "Dr. Megan Ranney urges Americans to stay home." CBS Evening News with Norah O'Donnell,
        March 26, 2020. https://www.youtube.com/watch?v=HdO0o3WvcZ4

45.     Good Morning American with Katy Perry, May 19, 2020. https://youtu.be/jZE5uxA8TW0

46.     "Transforming Gun Violence Conversations." *Explore the Space* podcast, June 22, 2020.
        https://www.explorethespaceshow.com/podcasting/megan-ranney-on-transforming-gun-violence-
        conversations/


***(1000+ additional national and international TV, radio, and print features and appearances from March
2020-present including: CNN, MSNBC, Fox News, CBS, ABC, BBC, PBS, NPR, New York Times, Vox,
Slate, The Atlantic, the Washington Post, and other outlets)***


INVITED PRESENTATIONS

**International**

1.      "Vaginal bleeding: diagnostic and treatment strategies."  Continuing Medical Education seminar,
        Accident and Emergency Room, Moi Teaching and Referral Hospital, Eldoret, Kenya.  *March 2007*.

2.      "Pediatric sexual assault."  Department of Obstetrics and Gynecology, Moi Teaching and Referral
        Hospital, Eldoret, Kenya.  *November 2007.*

3.      "Sexual assault: how to approach the problem."  Accident & Emergency Department, Moi Teaching
        and Referral Hospital, Eldoret, Kenya.  *November 2007.*

4.      "Sexual assault:  what you can do."  Hospital Grand Rounds, Moi Teaching and Referral Hospital,
        Eldoret, Kenya.  *November 2007*.

5.      Panelist/Moderator. "Facilitating cross-talk:  How to bridge the interdisciplinary divides in mHealth
        intervention design."  (With Ed Boyer MD PhD, Beth Bock PhD, and David Lee Scher MD.)
        Competitively selected research symposium. mHealth Summit, Washington, DC, *December 2013*.

6.    Invited Living Room Chat Panelist. The Patient, The Practitioner, and the Computer, Providence, RI, *March 2017*.

7.    Invited Speaker. "Emergency Digital Health Innovation." Digital Health Summit, Melbourne, Australia, *March 2017*.

8.    Invited Speaker. "Emergency Digital Health Innovation: Reconceptualizing Emergency Care." Internet of Business-Internet of Health Conference, Boston, MA, *June 2018*.

9.    Invited Speaker. "Things That Kill Us." Exponential Medicine, San Diego, CA, *November 2019*.

10.   Invited Speaker. "Managing the COVID-19 crisis: MyCOVIDRisk.app" Swiss Re/Palantir Covid 19 Summit (virtual), *November 2020*.

11.   Invited Panelist. Global Research Map (GRM) Launch Event, I-DAIR. Virtual, *November 2021*.

12.   Invited Speaker. "Social Media for Good: The Case for Making a Difference, Digitally." EF Global Leadership Summit – The Impact of Sports & Wellness, EF Cultural Tours GmbH. Berlin, Germany, *July 2022*.


**Grand Rounds**

1.    "It's No Accident: Why Injury Prevention Matters to Emergency Physicians." Grand Rounds, Department of Emergency Medicine, University of Massachusetts-Worcester, Worcester, MA. *August 2012*.

2.    "It's No Accident: Why Injury Prevention Matters to Emergency Physicians." Grand Rounds, Department of Emergency Medicine, University of Michigan, Ann Arbor, MI. *October 2012*.

3.    "The Ethics of Digital Health in Emergency Medicine." Grand Rounds, Department of Emergency Medicine, University of Pennsylvania. *September 2014*.

4.    "Digital Health in Emergency Medicine: An Overview." Grand Rounds, Department of Emergency Medicine, Jefferson University. *September 2014*.

5.    "mHealth in Emergency Medicine: Where are we now, and where are we going?" Grand Rounds, Department of Emergency Medicine, Georgetown University Emergency Medicine Residency Program. *March 2015*.

6.    "Firearm Injury Prevention: The State of the Science." Grand Rounds, Department of Emergency Medicine, New York University/Langone Medical Center Residency Program, *January 2017*.

7.    "Digital Health in Emergency Medicine: Who, What, and Why?" Grand Rounds, University of Madison-Wisconsin Emergency Medicine, *June 2017*.

8.    "Yes, You Can: Firearm Injury Prevention in Emergency Medicine." Grand Rounds, Mayo Clinic Department of Emergency Medicine, *March 2018*.

9.    "Reconceptualizing the ED Through Digital Health." Grand Rounds, Mayo Clinic Department of Emergency Medicine, *March 2018*.

10.    "#ThisIsOurLane: What emergency physicians can do to stop firearm injury." Injury Prevention Grand Rounds, Boston Medical Center, *November 2018.*

11.    "#ThisIsOurLane: What healthcare professionals can do now to stop firearm injury." Medicine-Surgery Grand Rounds, UCLA, *March 2019.*

12.    "Why Gun Violence is Our Lane – And What We Can Do To Stop It." Department of Emergency Medicine, Grand Rounds, University of Rochester, *March 2019.*

13.     "The True Unicorn: Digital Health for Good." Department of Emergency Medicine, Grand Rounds, University of California-Davis, *April 2019.*

14.    "#ThisIsOurLane: What emergency physicians can do now to stop gun violence." Department of Emergency Medicine, Grand Rounds, University of Maryland Medical Center, *June 2019.*

15.    "The Public Health Approach to Firearm Injury Prevention." Bill Barr Annual Ethics, Department of Family Medicine, Grand Rounds, University of Vermont Medical Center, *November 2019.*

16.    "A Public Health Approach to the Firearm Injury Epidemic." Pediatric Grand Rounds, Hasbro Children's Hospital, Providence, RI*, December 2019.*

17.    "The Public Health Approach to Firearm Injury Prevention." Department of Emergency Medicine, Grand Rounds, University of Cincinnati, *May 2020.*

18.    "Preventing Firearm Injury: Why #ThisIsOurLane." Department of Pediatrics, Grand Rounds, University of Wisconsin-Madison, *September 2020.*

19.    "Understanding and Combating Gun Violence as a Health Care Professional." Grand Rounds, University of California at San Francisco, *November 2020.*

20.    "Gun Violence as a Public Health Problem". ACEP Virtual Grand Rounds, virtual, *March 2021.*

21.    "Advocacy in Healthcare: Social Media and How to Make a Difference." Beth Israel Deaconess Grand Rounds, virtual, *May 2021.*

22.    "Online Recruitment in the Era of COVID-19: Pitfalls and Progress." Duke Clinical Research Institute's NIH Health Care Systems Research Collaboratory Grand Rounds, virtual, *May 2021.*

23.    "24th Annual Reza Gandjei Memorial Lecture: A Fireside Chat with Dr. Megan Ranney." Department of Medicine, University of California, San Francisco. Virtual, *February 2022.*

24.    "Using Digital Health to Improve Health and Reduce Disparities." Northwell Health Department of Medicine Virtual Grand Rounds. Virtual, *April 2022.*

25.    "Fireside Chat on Firearms." Highland Hospital Grand Rounds. Virtual, *June 2022.*

26.    "Firearm Injury as a Public Health Problem." HWSPH Public Health Grand Rounds, University of California, San Diego Herbert Wertheim School of Public Health and Human Longevity Science. Virtual, *July 2022.*

**Visiting Professorship**

1.  Resident Research Day, University of Madison-Wisconsin, *June 2017.*

2.  Alpha Omega Alpha Visiting Professor, David Geffen School of Medicine, UCLA. *March 2019.*

3.  Annual Morris Shapiro Day, University of Rochester Department of Emergency Medicine, *March 2019.*

4.  Annual Resident Research Day, Department of Emergency Medicine, University of Maryland Medical Center, *June 2019.*

5.  Madeline and Leonard Abramson Endowed Visiting Professorship, University of Pennsylvania. *April 2020.* (virtual)

**Invited Keynotes**

1.  "Making Lemonade: A Research Journey" Keynote Lecture, New England Annual SAEM Meeting, Worcester, MA, *March 2018.*

2.  "Preventing Firearm Injury: Yes, We Can." Washington-ACEP Annual Summit to Sound 2018. Seattle, WA, *June 2018.*

3.  "Curing the Gun Violence Epidemic: What We Can Do Now." Keynote Lecture, Larry Lewis Health Symposium, Washington University-St. Louis, St. Louis, MO. *August 2018.*

4.  "#ThisIsOurLane: Gun Violence, Physicians, & Solutions." Keynote Lecture, Office of Women in Medicine and Science Annual Conference, Brown University, Providence, RI. *June 2019.*

5.  "What Emergency Nurses Can Do Today About Gun Violence." New England Emergency Nurses Association Annual Meeting, Newport, RI. *April 2019.*

6.  "Creating Hope: What we can do for Gun Violence." Annual Cynthia and Rubin Gruber Lecture in Emergency Medicine, Lahey Hospital and Medical Clinic, Burlington MA. *May 2019.*

7.  "What Physicians Can Do Today About Gun Violence." SAEM Great Plains Regional Meeting, Springfield, IL. *September 2019.*

8.  "Using Digital Health for Good." Brown Hack Health, Providence, RI, *September 2019.*

9.  "Human Resource Professionals' Role in Preventing Gun Violence." Human Resource Leadership Forum, Waltham, MA, *October 2019.*

10. "Creating a Public Health Approach to Gun Violence." Four-hour all-Chicago symposium, hosted by Cook County Department of Emergency Medicine and Cook County Trauma Surgery. *October 2019.*

11. "How Will Big Tech and Wall Street Impact Healthcare?" Becker's Hospital Review: Health IT and Revenue Cycle. Chicago, IL, *October 2019.*

12. "Advocacy in Healthcare: New Power and Social Media." Interprofessional Education Day, Providence, RI, *November 2020.*

13.     "Defining Health in the Digital Era: The Brown-Lifespan Center for Digital Health." Lifespan Annual Board Meeting, *December 2020.*

14.     "Girls' wellbeing post-pandemic; generational shifts in Generation C." Girl Scouts of the USA Leadership Summit, *April 2021.*

15.     "Social Media for Good: How We Can Make a Difference." New England HIMSS 2021 Annual Spring Conference, *May 2021.*

16.     "Rethinking Failure: Building a Career Because of Setbacks." Society for Academic Emergency Medicine 2021 Virtual Meeting: Education Summit, *May 2021.*

17.     "Leading During A Crisis." United Way Young Leaders Circle's Learn With Leaders Program, *May 2021.*

18.     "Orientation for MD25." Alpert Medical School. Providence, RI, *August 2021.*

19.     "Finding Purpose in Times of Crisis: Lessons from the Frontline." AHIMA21 Transforming the Future of Health Data. American Health Information Management Association. Virtual, *September 2021.*

20.     "Finding Purpose in Times of Crisis: Lessons from the Frontline." EDPMA Solutions Summit, Emergency Department Practice Management Association. Virtual, *September 2021.*

21.     "Using Digital Health to Improve Health and Reduce Disparities." AvaSure Virtual Symposium: Creating Connections. Virtual, *October 2021.*

22.     "The American Firearm Injury Epidemic: A Public Health Perspective and a Way Forward." Heartland Coalition Against Gun Violence's 8th Annual Community Forum: "Gun Violence: Strategies to Curb this Public Health Epidemic," Grandparents Against Gun Violence. Virtual, *October 2021.*

23.     "Reflections on the Covid-19 Pandemic: Lessons Learned and the Role of Specialty Societies." CMSS Virtual Annual Meeting, Council of Medical Specialty Societies. Virtual, *October 2021.*

24.     "AFFIRMing Our Lane: The Role of Emergency Physicians in Firearm Injury." Bock Lecture, ACEP21, American College of Emergency Physicians. Boston, MA, *October 2021.*

25.     "Master of Science in Healthcare Leadership Class of 2023 Convocation." School of Professional Studies, Brown University. Providence, RI, *January 2022.*

26.     "Using Digital Health to Improve Health and Reduce Disparities." Women's History Month Lecture, MCPHS University. Worcester, MA, *March 2022.*

27.     "Creating Change in a Divided World." Spring Training Institute Annual Conference, Missouri Department of Mental Health. Virtual, *May 2022.*

**National**

1.     "Student Perspectives on Global Health." Alumni Weekend, Columbia University College of Physicians and Surgeons, New York, NY. *May 2004.*

2.      "A Novel ED-Based Sexual Assault Center in Western Kenya:  Description of patients and analysis of treatment patterns."  Oral presentation for International Emergency Medicine interest group, SAEM Annual Meeting, New Orleans, LA.  *May 2009.*

3.      "Motorcycle Helmets:  Are there Alternatives to Legislation?"  Injury Research Center, Department of Emergency Medicine, University of Michigan, Ann Arbor. *May 2010.*

4.      Panelist: "Coping with Shiftwork Through the Lifecycle of Academic Emergency Medicine."  (with Michelle Biros, MD, MS; Robert S. Hockberger, MD; Rebecca Smith-Coggins, MD; and Robert Gerhardt, MD).  SAEM Annual Meeting, Phoenix, AZ. *June 2010.*

5.      Moderator: "Public Health and Injury Prevention": Lightning Oral Research Presentations.  SAEM Annual Meeting, Chicago, IL, *May 2012.*

6.      Moderator: "Violence and Injury Prevention" Moderated Poster Session.  SAEM Annual Meeting, Chicago, IL, *May 2012.*

7.      Panelist/Moderator: "Generation X to Z and EM Research: Using Technology for Recruitment, Consent, Intervention, and Follow Up" Panel presentation (with Ed Boyer MD PhD, Karin Rhodes MD MPH, Lauren Whiteside MD MPH, Raina Merchant MD MS). SAEM Annual Meeting, Chicago, IL, *May 2012.*

8.      Panelist/Moderator: "Beyond the Basics:  Cutting-Edge Applications of Technology to Advance Public Health in the Emergency Dept".  (With Nick Genes MD PhD and Esther Choo MD MPH).  Medicine 2.0: 5th World Conference on Social Media, Mobile Apps, and Internet/Web 2.0 in Medicine, Health, and Biomedical Research.  Boston, MA.  *September 2012.*

9.      "Peer Violence and Depression: What's the Connection?"  Lunchtime Seminar Series, Injury Control Research Center, University of Michigan, Ann Arbor, MI.  *October 2012.*

10.     Expert Discussant at Panel/Roundtable Discussion for NIDA: "Translating Screening and Intervention Research for Implementation in Emergency Departments."  Bethesda, MD, November 2012.

11.     Moderator: "Injury Prevention" Lightning Oral Sessions, SAEM Annual Meeting, Atlanta, GA, *May 2013.*

12.     Panelist/Moderator: "Policy Change 101: A How-to Primer for Emergency Physicians." (With Arthur Kellermann MD MPH and Sara Patterson MA).  SAEM Annual Meeting, Atlanta, GA, *May 2013.*

13.     Panelist: "SAEM AND EMF Grants: Opportunities and Submission Process." (With Jim Holmes MD, Mark Courtney MD, and Comilla Sasson MD.)  SAEM Annual Meeting, Atlanta, GA, *May 2013.*

14.     Panelist/Moderator: "ED Superusers: Stop the Abuse, Stop the Violence, Breaking the Cycle." (With Gail D'Onofrio MD, Esther Choo MD MPH, and Theodore Corbin MD MPH.)  American College of Emergency Physicians Scientific Assembly, Seattle, WA, *October 2013.*

15.     Moderator: "Shark Tank: Real World Research Proposal Development". (With Judd Hollander MD, Jeff Kline MD, Deb Houry MD MPH, Don Yealy MD.) SAEM Annual Meeting, Dallas, TX, *May 2014.*

16.     Panelist: "Policy Change 102: Public Scholarship for Emergency Physicians." (With Deb Houry MD MPH and Ryan Radecki MD MS.) SAEM Annual Meeting, Dallas, TX, *May 2014*.

17.     Panelist: "Gun Injury: Reframing the Public Health Debate." (With Harrison Alter MD MPH and Eric Fleegler MD MPH.) SAEM Annual Meeting, Dallas, TX, *May 2014*.

18.     Panelist: "Top 10 Tips for Getting Started in Research." (With Esther Choo MD MPH and Brendan Carr MD MA MS.) SAEM Annual Meeting, Dallas, TX, *May 2014*.

19.     Moderator: "Injury and Disease Prevention" Oral Abstracts, SAEM Annual Meeting, Dallas, TX, *May 2014*.

20.     "Improving the Health of High-Risk Populations with Mobile Technology." HIMSS Physician Webinar, online, *July 2014.*

21.     "Development and Pilot Testing of a Text-message Depression Prevention Program for Adolescent Emergency Department Patients." Visiting Lecture, Center for Behavioral Intervention Technology, Northwestern University, *October 2014.*

22.     Panelist/Moderator: "ED Superusers: Stop the Abuse, Stop the Violence, Breaking the Cycle." American College of Emergency Physicians Scientific Assembly, Chicago, IL, *October 2014.*

23.     Invited Panelist and Speaker, Society for Academic Emergency Medicine Grant Writing Workshop. Society for Academic Emergency Medicine, San Diego, CA. *May 2015.*

24.     Panelist/Moderator, "Lion's Den: Real World Research Proposal Development." (With Judd Hollander MD, Jeff Kline MD, Lynne Richardson MD MPH, Andra Blomkalns MD, Craig Newgard MD MPH). SAEM Annual Meeting, San Diego, CA. *May 2015.*

25.     Panelist. "Developing the Evidence Base for Medicine in 2020: Focus on Virtual Care." SAEM Annual Meeting, San Diego, CA. *May 2015.*

26.     Panelist. "The Science of Patient Centered Outcomes Research (PCOR) in Emergency Care." SAEM Annual Meeting, San Diego, CA, *May 2015.*

27.     Organizer. "Finding the Best Tour Guide to Your Research Success: Mentoring in Emergency Medicine." SAEM Annual Meeting, San Diego, CA, *May 2015.*

28.     Panelist. "Conducting EM Research using Social Media Tools: Applications for Disease Surveillance and Community Engagement." SAEM Annual Meeting, San Diego, CA, *May 2015.*

29.     Moderator. "Injury/Disease Prevention Abstracts." SAEM Annual Meeting, San Diego, CA, *May 2015.*

30.     Panelist/Moderator: "ED Superusers: Stop the Abuse, Stop the Violence, Breaking the Cycle." American College of Emergency Physicians Scientific Assembly, Boston, MA, *October 2015.*

31.     Moderator, "Oral Abstracts: Technology in EM." American College of Emergency Physicians Scientific Assembly, Boston, MA, *October 2015.*

32. Panelist/Moderator. *"Reconceptualizing Emergency Department Care with Digital Health."* mHealth Summit, Washington, DC, *November 2015.*

33. Invited Speaker. "Firearm Related Injury and Death in the US: What YOU Can Do." Association of Academic Chairs in Emergency Medicine, Tempe, AZ, *February 2016.*

34. Invited Speaker. "EM-Specific Challenges in Applying for K-Grants… and Beyond." National Institutes of Health, *April 2016.*

35. Invited Speaker. "Career Development Grants." Grant Writing Workshop, Society for Academic Emergency Medicine, New Orleans, LA *May 2016.*

36. "An Introduction to Research via Social Media." Invited lecture, Social Media Bootcamp, New Orleans, LA, *May 2016.*

37. Panelist. "Conducting EM Research using Social Media Tools: Applications for Disease Surveillance and Community Engagement." SAEM Annual Meeting, New Orleans, LA, *May 2016.*

38. Panelist/Moderator. "Lion's Den 2016: 3rd Annual Research Proposal Development." (With Judd Hollander MD, Rebecca Cunningham MD, Lynne Richardson MD MPH, Don Yealy MD, Craig Newgard MD MPH). SAEM Annual Meeting, New Orleans, LA. *May 2016.*

39. Panelist. "Disseminating Your Research Through Social Media." SAEM Annual Meeting, New Orleans, LA, *May 2016.*

40. Invited Panelist/Moderator. "The State of the Science: Emergency Medicine Firearm Injury Prevention Research." (with Emmy Betz MD MPH and Pat Carter MD MPH) American College of Emergency Physicians Scientific Assembly, Las Vegas, NV, *October 2016.*

41. Invited Speaker. "Reconceptualizing Emergency Department Care with Digital Health." American College of Emergency Physicians Scientific Assembly, Las Vegas, NV, *October 2016.*

42. Invited Speaker. "Will They Listen? Delivering Effective Feedback." American College of Emergency Physicians Scientific Assembly, Las Vegas, NV, *October 2016.*

43. Invited Speaker. "ED or iMD? Advances in Telemedicine for the Consumer." American College of Emergency Physicians Scientific Assembly, Las Vegas, NV, *October 2016.*

44. Invited Speaker. "Preventing Gun Violence: The Clinical Context." Invited Lecture, American Medical Association State Legislative Strategy Conference, Amelia Island, FL, *January 2017.*

45. Invited Speaker. "Preventing firearm injury: the medical perspective." American Bar Association, Chicago, IL, *March 2017.*

46. Moderator. "Thriving at Mid-Career" (with Azita Hamedani MD MBA, Federico Vaca MD MPH, Stephanie Abbuhl MD). SAEM Annual Meeting, Orlando, FL, *May 2017.*

47. Panelist. "Non-traditional NIH Funding Mechanisms." SAEM Annual Meeting, Orlando, FL, *May 2017.*

48.     Invited Speaker. "Getting Started in Research." Junior Faculty Development Forum, Orlando, FL, *May 2017.*

49.     Invited Speaker. "Driving Your Research and Clinical Engine with Digital Health." Senior Leadership Forum, Orlando, FL, *May 2017.*

50.     Organizer/Moderator. "Lion's Den: Research Development and Innovation." SAEM Annual Meeting, Orlando, FL, *May 2017.*

51.     Invited Speaker. "Emergency Department Innovation in the Era of Value-Based Care." Becker's Hospital Review, Chicago, IL, *September 2017.*

52.     Invited Panelist. Democratic House Energy and Commerce Committee Forum on Gun Violence as a Public Health Problem. Washington, DC, *October 2017.*
        https://m.facebook.com/story.php?story_fbid=725185634352624&id=387062961498228

53.     Invited Speaker. ""Will They Listen? Delivering Effective Feedback." American College of Emergency Physicians Scientific Assembly, Washington DC, *October 2017.*

54.     Invited Speaker. "Visual Abstracts in Annals of Emergency Medicine." American College of Emergency Physicians Scientific Assembly, Washington DC, *October 2017.*

55.     Invited Speaker. "Gun and Weed Wars." American College of Emergency Physicians Scientific Assembly, Washington DC, *October 2017.*

56.     Invited Speaker. "Fast Facts: Top New Tips and Tricks for Emergency Medicine." American College of Emergency Physicians Scientific Assembly, Washington DC, *October 2017.*

57.     Invited Speaker. "Introduction to Publishing." Association of Academic Chairs of Emergency Medicine/Association of Academic Administrators in Emergency Medicine, Joint Annual Conference. San Diego, CA *March 2018.*

58.     Panelist. "Gun Violence as A Public Health Problem." Society for Academic Emergency Medicine, Indianapolis, IN, *May 2018.*

59.     Organizer/Moderator. "5th Annual Lions' Den." Society for Academic Emergency Medicine, Indianapolis, IN, *May 2018.*

60.     Invited Speaker. "Reinventing the Emergency Department with Digital Health." Washington-ACEP Annual Summit to Sound 2018. Seattle, WA, *June 2018.*

61.     Panelist. "Innovation and Entrepreneurship in Healthcare for 2018." Becker's Hospital Review. Chicago, IL. *September 2018.*

62.     Invited Speaker. "FAST FACTS: Coming to a Shop Near You - The Latest and Greatest in ED Technology." American College of Emergency Physicians (ACEP) Scientific Assembly. San Diego, CA. *October 2018.*

63.     Invited Speaker. "State-of-the Art: Social Media and Research: How Do We Talk Science in the Age of Fake News?" American College of Emergency Physicians (ACEP) Scientific Assembly. San Diego, CA. *October 2018.*

64.     Invited Speaker. "ACEP Connect: Transforming Frustration into Motivation - Driving Policy Change." American College of Emergency Physicians (ACEP) Scientific Assembly. San Diego, CA. *October 2018*.

65.     Invited Speaker. "The Great Debates: Weed Wars and Gun Violence." American College of Emergency Physicians (ACEP) Scientific Assembly. San Diego, CA. *October 2018*.

66.     Invited Speaker. FemInEM Idea Exchange. "In Our Sights: A Path Forward on Gun Violence." New York, NY. *October 2018*.

67.     Invited Speaker. "Creating a Gun Violence Research Agenda." National Academy of Medicine and Science, Washington, DC. *October 2018*.

68.     Panelist. Annual Emergency Medicine Foundation Grantee Retreat. *January 2019*.

69.     Invited Speaker. "Firearm Injury: Research Needs." American College of Surgeons-Committee on Trauma Summit, Chicago, IL *February 2019*.

70.     Invited Speaker. "Social Emergency Medicine." Emergency Medicine Residents' Association webinar, *March 2019*.

71.     "From Data Collection to Algorithms: A Discussion of Learning in the Presence of Label Scarcity." NorthEast Computational Health Summit (NECHS) 2019, hosted by IBM Research and Brown University. *April 2019*.

72.     Expert Lion. "Lion's Den 2019: Sixth Annual Real-world Research Proposal Development." Society for Academic Emergency Medicine, Las Vegas, NV, *May 2019*.

73.     Invited Speaker: "Physician Advocacy Boot Camp: Beyond the Emergency Department." Society for Academic Emergency Medicine, Las Vegas, NV, *May 2019*.

74.     Invited Speaker: "Going for the Gold: Tips for Moving from Early Career Investigator to the R01." Society for Academic Emergency Medicine, Las Vegas, NV, *May 2019*.

75.     Invited Speaker: "Conquer Qualitative Methods: How to Ensure Rigor in Your Qualitative Research." Society for Academic Emergency Medicine, Las Vegas, NV, *May 2019*.

76.     Invited Speaker: "Navigating the Peer Review Process." Society for Academic Emergency Medicine, Las Vegas, NV, *May 2019*.

77.     Invited Speaker. "Firearm Injury Prevention: A How-To Guide for Emergency Department Providers in Clinical and Research Settings." Society for Academic Emergency Medicine, Las Vegas, NV, *May 2019*.

78.     Opening Session Speaker, with Dr. Dara Kass, Dr. Joneigh Khaldun, Dr. Hiral Tipernani, and Dr. Resa Lewiss. "Perspectives from Female Physicians on Leadership, the Ascent of Women in Medicine, and Women at the Forefront of Change." American College of Emergency Physicians Scientific Assembly, Denver, CO, *October 2019*.

79.   "A Paired Conversation on Gun Ownership." With Dr. Torree McGowan. American College of Emergency Physicians Scientific Assembly, Denver, CO, *October 2019.*

80.   Invited Panelist, with Dr. Leana Wen, Dr. Babak Sarani, and Dr. Mallory Williams. "Gun Violence as a Public Health Crisis." The Milken Institute Future of Health Summit, Washington, DC, *October 2019.*

81.   Judge, "SAEM's Got Talent: A #FOAMed Competition." Scheduled for SAEM Annual Meeting, Denver, CO; delivered online instead. *May 2020.*

82.   Moderator, "Telehealth for COVID19". Online SAEM Annual Meeting. *May 2020.*

83.   Invited Speaker. "Digital Health in Emergency Departments." NODE Health, *May 2020.*

84.   Invited Speaker. "Heroes of the Coronavirus Crisis: Protecting Frontline and Essential Workers During The Pandemic." U.S. House of Representatives' Select Subcommittee on the Coronavirus Crisis, *May 2020.*

85.   Invited Panelist. "Preparing for the Next Pandemic: Supply Chain." Online conference hosted by the American College of Emergency Physicians, *September 2020.*

86.   Invited Speaker. "New Power in Medicine." Women in Medicine Summit, Chicago, IL (virtual), *October 2020.*

87.   Invited Panelist. "Digital Health." 2020 BioMed Digital. (virtual) San Jose, CA. *October 2020.*

88.   Invited Panelist. "PPE and Emergency Preparedness."  The Committee of Montgomery 31st Legislative Breakfast, Montgomery County, MD (virtual). *December 2020.*

89.   Invited Panelist. "Free Open Access Medical Education Showcase." Society for Academic Emergency Medicine 2021 Virtual Meeting. *May 2021.*

90.   Invited Panelist. "Lion's Den 2021: Eighth Annual Real-World Research Proposal Development." Society for Academic Emergency Medicine 2021 Virtual Meeting. *May 2021.*

91.   Invited Speaker. "#ThisIsOurLane: How and why physicians can move the needle on firearm injury." Rosemary and David Bowes Endowed Lectureship on Trauma and Critical Care. George Washington University. Virtual, *May 2021.*

92.   Invited Panelist. "Customer Ecosystem" panel. Reimagining Omnichannel Customer Engagement Summit. Virtual, *July 2021.*

93.   Invited Speaker. "Connect-19: A Mixed-Methods Evaluation of a National Sample of Adolescents' Social Media Use, Mental Health, and Wellbeing." TAM Colloquium 2021, Technology & Adolescent Mental Wellness. Virtual, *September 2021.*

94.   Invited Moderator. "Advancing Prevention in Healthcare Settings: Data Quality and Interventions." FACTS Mini-Symposia. Virtual, *October 2021.*

95.    Invited Speaker. "Guardians4Health: Reframing Firearm Injury Prevention Through Bystander Interventions for Youth Shooting Sports Participants." National Center for Injury Prevention and Control Reverse Site Visit, Centers for Disease Control and Prevention. Virtual, *November 2021*.

96.    Invited Panelist. "Public Health and the Delivery System: Navigating the Pandemic Response." Kaiser Permanente Institute for Health Policy Forum. Virtual, *November 2021*.

97.    Invited Panelist. "COVID Expert Forum." University of Colorado Department of Medicine. Virtual, *January 2022*.

98.    Invited Moderator. "The Third Year of COVID-19: Is This the New Normal?" APHA-NAM  COVID-19 Conversations Webinar. Virtual, *January 2022*.

99.    Invited Panelist. "Evaluation and Management of Outpatients with COVID-19." Annals/ACP COVID-19 Forum VIII. Virtual, *February 2022*.

100.   Invited Speaker. "Navigating COVID in This Next Phase." Young Presidents' Organization. Virtual, *March 2022*.

101.   Invited Testimonial. "Lessons from the Frontline: Covid-19's Impact on American Health Care." House Subcommittee on Oversight and Investigations Hearing, White House Committee on Energy & Commerce. Virtual, *March 2022*.

102.   Invited Speaker. "A Conversation with Megan Ranney." UNCP Distinguished Speaker Series. University of North Caroline at Pembroke, Pembroke, NC, *March 2022*.

103.   Invited Panelist. "Equity in Telehealth & Digital Health." White House OPE Health Equity Forum on Broadband Accessibility and Telehealth, White House Office of Public Engagement. Virtual, *March 2022*.

104.   Invited Panelist. "A Trust Conversation with AFFIRM at The Aspen Institute." ABIM Foundation. Virtual, *March 2022*.

105.   Invited Speaker. "Increasing Peer Support for OUD Recovery During COVID-19 through Digital Health: A National Randomized Controlled Trial." NIH Social, Behavioral, and Economic Health Impacts of COVID-19 Webinar, National Institutes of Health. Virtual, *April 2022*.

106.   Invited Speaker. "Translating Healthcare to Virtual Spaces." Project Sunshine Gala. Virtual, *May 2022*.

107.   Invited Speaker. "Fireside Chat on the Future of Covid." Jefferies Virtual Doctor Summit, Jefferies Financial Group. Virtual, *May 2022*.

108.   Invited Speaker. "Firearm Injury as a Public Health Problem." Dr. Leon L. Haley, Jr., Bridge to the Future of Emergency Medicine Academy, American Board of Emergency Medicine. Virtual, *June 2022*.

109.   Invite Speaker. "Firearm Injury as a Public Health Problem." CSTE Annual Conference, Council of State and Territorial Epidemiologists. Virtual, *June 2022*.

110.   Invited Speaker. Congressional Budget Office Online Town Hall. Virtual, *July 2022*.

**Regional and Local**

1.   "Atrial Myxoma, Clinical-Pathological Correlation Conference." Dept of Emergency Medicine, Alpert Medical School at Brown University.  *October 2006.*

2.   "Carbon Dioxide and Cyanide: Silent Killers in Inhalation Injury." Joint Conference of the Dept of Emergency Medicine and the Division of Trauma, Dept of Surgery, Alpert Medical School at Brown University.  *January 2007.*

3.   "Introduction to Research in the ED: A Primer for Interns." Intern orientation, Dept of Emergency Medicine, Alpert Medical School at Brown University.  *July 2007.*

4.   "Morbidity and Mortality Conference."  Dept of Emergency Medicine, Alpert Medical School at Brown University.  *June 2007; September 2007; October 2007; January 2008.*

5.   "Sexual Assault in Western Kenya: The Problem, and a Solution."  Resident Grand Rounds, Dept of Emergency Medicine, Alpert Medical School at Brown University.  *December 2007.*

6.   "CHOICES Alcohol Awareness Program." Physician Panel Member, Rhode Island College Athletic Association, Providence, RI.  *December 2008.*

7.   "An Overview of Injury Prevention."  Rhode Island College School of Nursing, Providence, RI.  *April 2009 & June 2009.*

8.   Panelist: "Research in Emergency Medicine."  Emergency Medicine Interest Group, Alpert Medical School at Brown University, Providence, RI.  *January 2010.*

9.   Panelist: "Controversies in Clinical Decision-Making." Dept of Emergency Medicine, Alpert Medical School at Brown University, Providence, RI.  *March 2010, August 2010.*

10.   "The Sexual Assault Forensic Exam."  Intern Orientation, Dept of Emergency Medicine, Brown University. *July 2008, 2009, 2010.*

11.   "An Emergency Physician's Perspective on Violence Among Teen Girls."  Institute for the Study and Practice of Nonviolence, Providence, RI.  *April 2010.*

12.   "An Introduction to Brief Motivational Interventions in the ED."  Simulation Case and Didactic Lecture, Dept of Emergency Medicine, Alpert Medical School at Brown University, Providence, RI.  *May 2010.*

13.   "How to be an Excellent Teacher:  A Primer." Lecture, Dept of Emergency Medicine, Alpert Medical School at Brown University, Providence, RI.  *July 2010.*

14.   "Alcohol Use and You:  Consequences and Choices."  Lecture, Rhode Island College, Providence, RI.  *November 2010.*

15.   "It's No Accident: Why Injury Prevention Matters to Emergency Physicians."  Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, RI.  *September 2012.*

16.   "How to Get Joy Out of Research," Brown Emergency Medicine Residency. Providence, RI. *January 2013.*

17.     Moderator: "Health Policy" Lightning Oral Sessions, New England Regional SAEM Meeting, Providence, RI, *April 2013.*

18.     Panelist: "Tips to Advancement in Academic Emergency Medicine." (with Gail D'Onofrio MD and Judith Linden MD). New England Regional SAEM Meeting, Providence, RI, *April 2013.*

19.     Invited Participant, Brown Primary Care Initiative's "Think Tank III on Adolescent Medical Homes". Providence, RI, *May 2013.*

20.     "Youth Violence: A Community Perspective."  Invited Presentation for Lifespan Community Health Advocates.  Providence, RI, *August 2013.*

21.     Invited Speaker/Moderator. "Gun Violence: Personal, Political and Public Health Perspectives." (With U.S. Representative Jim Langevin and Institute for Nonviolence CEO Teny Gross.) Rhode Island Public Health Association Annual Meeting, Providence, RI, *October 2013.*

22.     Invited Speaker: "A Publick Occurrence: Young Men and Guns: How Do We Stop the Violence?" Organized by the *Providence Journal* and *Leadership-Rhode Island*.  Providence, RI, *November 2013.*

23.     "Conduct and Ethical Considerations in Internet-based Research." Research Protection and Ethical Conduct Course, Department of Emergency Medicine, Brown University, Providence, RI. *May 2014.*

24.     "Ethics in Digital Health." Risk Management Series, Lifespan Corporation, Providence, RI. *August 2014.*

25.      "Digital health for High-Risk Emergency Department Patients." Center for Alcohol & Addiction Studies CAAS Rounds. Brown University, *November 2014.*

26.     "Clinical Innovations through Digital Health." Faculty Retreat, University Emergency Medicine Foundation, Providence, RI, *May 2015.*

27.      "Ethical Quandaries in Digital Health: The Clinicians' Perspective." Risk Management Series, Lifespan Corporation, Providence, RI. *January 2016.*

28.     "Developing behavioral interventions: a primer." Fellowship Programs Research Education Curriculum, Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, RI, *April 2016.*

29.     "Ethical Considerations in Technology Based Research." Research Protection and Ethical Conduct Course, Department of Emergency Medicine, Alpert Medical School, Brown University, Providence, Ri. *May 2016.*

30.     "Digital Health: Not Your Parents' EMR." Risk Management Series, Lifespan Corporation, Providence, RI. *June 2016.*

31.     "Cyber-Safety." 4-Safety, Rhode Island Hospital Injury Prevention Center, Providence, RI. *August 2016.*

32.     "Digital Health: Not Your Parents' EMR." Risk Management Series, Lifespan Corporation, Providence, RI. *September 2016.*

33.     "Digital Health Ethics." Health IT Innovation Course, Harvard Medical School, Boston, MA *April 2017.*

34.     "Social Media for Academic Physicians." Office of Women in Medicine and Science Annual Conference, Brown University, Providence, RI, *June 2017.*

35.     Judge Panel. 2nd Medical Hackathon, Alpert Medical School, Brown University, Providence, RI. *September 2017.*

36.     "Digital Health Innovation in the ED." Brown Residency Program in Emergency Medicine, Providence, RI. *September 2017.*

37.     "Reconceptualizing the Emergency Department Through Digital Health." Invited Talk for the Boston UX Design Community. *March 2018.*

38.     "Reconceptualizing the Emergency Department Through Digital Health." Invited Talk for Medmates, an organization of Rhode Island entrepreneurs. *July 2018.*

39.     "Reconceptualizing the Emergency Department Through Digital Health." Invited Talk for the Rhode Island Department of Health. *September 2018.*

40.     Invited speaker. Brown Biomedical Faculty Promotions Workshop. Providence, RI. *November 2018.*

41.     Invited speaker. "Translating Science for a General Audience." Training in Communicating Science, Office of the Vice President for Research, Brown University, Providence, RI. *March 2019.*

42.     Invited Keynote. "The Ripple Effect." Statewide drunk driving program, *June 2019.*

43.     Charles O. Cook MD Distinguished Visiting Lectureship, Brown University Commencement-Reunion Weekend, Providence, RI. *June 2019.*

44.     Invited Speaker. "Gun Violence." The Providence VA Medical Center Mental Health Colloquium Series, Providence, RI. *September 2019.*

45.     Invited Speaker. "Using Social Media to Get More People Involved in Your Research and Practice". Don Dizon, MD and Megan Ranney, MD. COBRE on Opioids, Providence, RI. *January 2020.*

46.     Invited Panelist. "Experts from across Brown on COVID19." *April 2020.*
        https://watson.brown.edu/events/2020/live-experts-across-brown-covid-19

47.     Invited Panelist. "Rhode Island Health Care Cost Trends Project." *October 2020.*
        https://www.youtube.com/watch?v=phqJl8d2AqM&feature=youtu.be

48.     Invited Panelist. "Hasbro Children's Hospital Pediatric Trauma Symposium." Virtual. *November 2020.*

49.     Invited Speaker. "Exploring Digital Health Technology." New England Healthcare Information and Management Systems Society. Virtual. *December 2020.*

50. Invited Speaker. "Digital Health for Vulnerable Populations: A Case Study and a Call to Action." PSTC 2021 Colloquia Series Seminar, Brown University. *February 2021.*

51. Invited Speaker. "Addressing Firearm Injury as a Public Health Problem." Institute for Collaboration on Health, Intervention, and Policy (InCHIP). Virtual Series. University of Connecticut, *February 2021.*

52. Invited Panelist. Women in Science Speaker Series, panel discussion. RIBio/Venture Cafe, Providence, RI, *February 2021.*

53. Invited Speaker. "Pandemic Problem-Solving: Surviving and Thriving in the Age of Pandemics." Seminar by the Sea Northeast Regional Conference, University of Rhode Island. Virtual, *March 2021.*

54. Invited Speaker. "Exploring Digital Health Technology." Massachusetts Health Information Management Association. Webinar. *April 2021.*

55. Invited Judge. COVID-19 Response Innovation Hackathon. "How Might We Prepare Better for The Next pandemic or Healthcare Crisis?" New England Medical Innovation Center. *March 2021.* https://www.nemicenter.com/covidhack

56. Invited Speaker. "Disconnected by COVID: The Consequences of Isolation on Mental Health." Interfaith Counseling Center's Annual Seeds of Hope Event. Virtual, *May 2021.*

57. Invited Speaker. "Digital health innovations for low tech communities." 3rd Annual Native American Emergency and Rural Medicine Conference. Massachusetts College of Emergency Physicians and the Front-line Indigenous Partnership Program. Virtual, *May 2021.*

58. Invited Speaker. "Advocacy in Healthcare: Using Social Media to Make a Difference." Yale Emergency Medicine Resident Research Day. Virtual, *June 2021.*

59. Invited Speaker. "Social Media for Good: The Case for Making a Difference, Digitally." Faculty in Focus: Provost/SAC Lecture Series. Virtual, *June 2021.*

60. Invited Speaker. "Vaccine Hesitancy." ADCO Electrical Corporation. Virtual, *August 2021.*

61. Invited Speaker. "Digital Health in a Post-Pandemic World." Rhode Island Hospital Biannual Meeting. Virtual. *September 2021.*

62. Invited Speaker. "Digital Health in a Post-Pandemic World." Quarterly Staff Association Meeting, Miriam Hospital. Virtual. *September 2021.*

63. Guest Lecturer. "Preventing Pandemics: Strategies for Mitigating Future Pandemics." Pandemics in Global Perspective: From HIV/AIDS to COVID-19 (PHP 2235), Brown University. Providence, RI, *October 2021.*

64. Invited Speaker. Presidential Scholar's Program: Faculty Seminar Series, Brown University. Providence, RI, *October 2021.*

65. Guest Lecturer. "The American Firearm Injury Epidemic: A Public Health Perspective and a Way Forward." Health Care in the United States (PHP 310), Brown University. Providence, RI, *December 2021.*

66.  Invited Speaker. "Honoring Healthcare Heroes." Annual Holiday Member Dinner, The University Club. Providence, RI, *December 2021.*

67.  Invited Moderator. "Returning to Our Schools: Prioritizing Health, Equity & Community." Annenberg Institute, Brown University. Virtual, *January 2022.*

68.  Invited Moderator. "Digital Health in Action." Medicine Today Seminar Series, Warren Alpert Medical School, Brown University. Virtual, *February 2022.*

69.  Invited Speaker. "Leveraging Digital Health Tools for Good." Warren Alpert Foundation Stewardship Event. Warren Alpert Medical School, Brown University. Providence, RI, *February 2022.*

70.  Guest Lecturer. "Community engagement and advocacy to promote and protect health: The Example of Gun Violence." Introduction to Public Health (PHP 0320), Brown University. Providence, RI, *March 2022.*

71.  Invited Speaker. "Pandemic Responses & Leadership." EMBA Global Trends Seminar Series, M1+M2, School of Professional Studies, Brown University. Virtual, *March 2022.*

72.  Invited Speaker. "Looking forward: From the perspective of an ER doc & public health professional." Public Health Conversations symposium, Boston University School of Public Health. Boston, MA, *April 2022.*

73.  Invited Speaker. "Digital Health as a Tool for Good." Open Gates 2022: Welcome Reception. Brown University. Providence, RI, *April 2022.*

74.  Invited Moderator. "Digital Healthcare: From Cyber Threat to Health Equity." OVPR Fireside Chat. Brown University. Providence, RI, *April 2022.*

75.  Invited Speaker. "Social Media for Good: The Case for Making a Difference, Digitally." College Hill Society Luncheon. Providence, RI, *May 2022.*

76.  Invited Moderator. "Leadership in a Crisis: Beyond and Through the Pandemic." Brown University Commencement Honorary Degree Forum. Providence, RI, *May 2022.*

77.  Invited Speaker. "Using Digital Health to Improve Health and Reduce Disparities." Inclusive & Equitable Digital Health Innovation Webinar, Brown University School of Professional Studies. Providence, RI, *July 2022.*


<u>GRANTS</u>

**Currently Funded**

1.  *Rhode Island Hospital Injury Control Center for Biomedical Research Excellence*     4/22-3/27
    *(COBRE)*
    **NIGMS P20** GM139664
    Role: Co-Investigator; Director, Injury Control Digital Innovation Core, 30% FTE
    Amount: $12,054,146

2.  *Increasing Peer Support for OUD Recovery during COVID-19 through Digital Health: A National Randomized Controlled Trial.*                                9/21-8/24
    **NIDA R01** DA054698 (PI: Ranney/Beaudoin)
    Amount: $4,035,370
    Role: Multi-Principal Investigator (Contact PI), 15% FTE

3.  *"Safety in Dementia": An Online Caregiver Intervention.*
    **NIA R01** AG076364 (PI: Betz)                                            9/21-8/24
    Amount: $1,718,886
    Role: Co-investigator, 5% FTE

4.  *Reframing Firearm Injury Prevention Through Bystander Interventions for Youth Shooting Sports Participants*
    **CDC R01** CE003267(PI: Ranney)                                          9/20-8/23
    Amount: $1,949,259
    Role: Principal Investigator, 17.5% FTE

5.  *Social Media, Violence, and Social Isolation Among At-Risk Adolescents: Exploring Ground Truth*
    **NICHD R01** HD104187 (MPI: Ranney and Nugent)                           9/20-8/25
    Amount: $3,445,000
    Role: Multi-Principal Investigator (Contact PI), 12.5% FTE

6.  *A Technology-Augmented Intervention to Prevent Peer Violence & Depressive*                    3/18-2/23
    *Symptoms Among At-Risk Emergency Department Adolescents*
    **NICHD R01 HD 093655** (PI: Ranney)
    Amount: $3,202,997
    Role: Principal Investigator, 12.5% FTE

7.  *Building Research Capacity for Firearm Safety Among Children*                                 9/17-8/22
    **NICHD R24HD087149** (PI: Cunningham)
    Amount: $5,200,000
    Role: Co-investigator, 10% FTE


**Completed**

1.  *A Longitudinal Curriculum in Public Health for Emergency Medicine Residents*                  1/08-9/12
    **American Association of Medical Colleges** (PI: Schweigler)
    Amount: $3,168
    Role: Consultant

2.  *Determinants of Youth Motorcycle Helmet Use in Rhode Island*                                  9/08 – 8/09
    **American Public Health Association** (PI: Ranney)
    Amount: $5,000
    Role: Principal Investigator

3.  *Brief Motivational Interventions to Increase Motorcycle Helmet Use in the*                    9/08 – 8/10
    *Emergency Department*
    **NIH Loan Repayment Program** (PI: Ranney)
    Amount: $45,328.72
    *Role:* Principal Investigator

4.  *Feasibility Study of Brief Motivational Interventions to Increase Motorcycle Helmet Use in the Emergency Department*
    **UEMF Small Projects Grant** (PI: Ranney)
    Amount: $10,000
    Role: Principal Investigator
    
    3/09 – 12/09

5.  *Patient Attitudes toward Technology-based Behavioral Health Interventions in the Emergency Department*
    **UEMF Small Projects Grant** (Co-PI: Ranney/Choo)
    Amount: $7,000
    Role: Co-Principal Investigator
    
    8/10-6/11

6.  *Cellphone Intervention to Increase Mental Health Service Use by Teen ED Patients*
    **NIH Loan Repayment Program** (PI: Ranney)
    Amount: $26,958.56
    Role: Principal Investigator
    
    7/11-6/13

7.  *Depression & Violence in Teen Girls: An ED-based Study*
    **SAEM Research Training Grant** (PI: Ranney)
    Amount: $150,000
    Role: Principal Investigator, 70% FTE
    
    1/12-12/13

8.  *Text-message-based Depression Prevention for High-Risk Youth in the ED*
    **NIMH K23 MH095866** (PI: Ranney)
    Amount: $913,494
    Role: Principal Investigator, 75% FTE
    
    4/13-2/18

9.  *Skills to Enhance Positivity in Suicidal Adolescents*
    **NIMH R34 MH101272** (PI: Yen)
    Role: Co-investigator, 5% FTE (unpaid as concurrent with K23)
    
    8/13-7/16

10. *Optimizing Patient Engagement in a Novel Pain Management Initiative (OPEN)*
    **PCORI** (PI: Green)
    Amount: $2,049,980
    Role: Co-Investigator, 5% FTE
    
    3/14-2/18

11. *An e-Parenting Skills Intervention to Decrease Injured Adolescents' Alcohol Use*
    **NIAAA R21 AA024185** (PI: Mello)
    Amount: $455,709
    Role: Co-investigator, 5% FTE (unpaid as concurrent with K23)
    
    9/15 – 8/17

12. *Adolescents with Substance Use Disorders Transitioning from Residential Treatment to the Community: Improving Outcomes via a Computer Assisted Parenting Program*
    **NIDA R34 DA039289** (PI: S. Becker)
    Amount: $665,655
    Role: Consultant
    
    5/16-4/19

13. *Bullying Prevention Intervention for Adolescent Primary Care Patients*
    **NICHD R21 HD088739** (PI: Ranney)
    
    8/16-7/19

Amount: $463,261
Role: Principal Investigator, 10% FTE

14. *mSafety – Preliminary Work for a Text and Video Messaging Home Safety Intervention for Teen Mothers*                                                    2/17-1/18
    **Hassenfeld Child Health Innovation Award** (PI: Mello)
    Amount: $24,916
    Role: Co-investigator, unpaid

15. *Creating a Non-ACGME Fellowship in Digital Innovation in Health Care and Education*                                                                    6/17-5/19
    **Academic Development Award**, UEMF (PI: Pensa)
    Amount: $80,000 Role: Mentor

16. *A Patient Decision Aid to Augment Lethal Means Counseling for Suicidal Patients*                                                                        7/17-6/19
    **NIMH** (PI: Betz)
    Amount: $721,877
    Role: Consultant

17. *Mobile peer-support for opioid use disorders: refinement of an Innovative machine learning tool.*                                                       4/19-3/20
    **NIDA (PI: Beaudoin)**   R41 DA047837
    Amount: $225,000
    Role: Co-investigator, 7.5% FTE

18. *IMPACT (Intervention Media to Prevent Adolescent Cyber-conflict through Technology)*                                                                    6/19-6/20
    **University of Wisconsin SMAHRT Grant (PI: Ranney)**
    Amount: $180,000
    Role: Principal Investigator, 10% FTE

19. *SBIR Phase I: Harnessing Natural Language Processing for Scalable Text-based Behavioral Health Care*                                                     7/19-3/20
    **National Science Foundation (PI: Bommaraju/Jain)**
    Role: Consultant, 7.5% FTE

20. *Connect-19*                                                                                                                                            6/20-9/21
    **University of Wisconsin SMAHRT Grant, Phase 2 (PI: Ranney)**
    Amount: $80,000
    Role: Principal Investigator, 5% FTE

21. *ED Smart Notifications: Real-time Predictive Modeling of At-Risk Emergency Department Patients*                                                          5/18-7/21
    **Advance-CTR** (PI: Ranney)
    Amount: $80,849
    Role: Principal Investigator, 10% FTE

22. *Center of Biomedical Research Excellence (COBRE) on Opioids and Overdose*                                                                               8/18-7/23
    **NIDA P20** GM125507 **(PI: Rich and Green)**
    Amount: $11,800,000

Role: Co-Investigator, 3.5% FTE

23.  *Understanding the Interplay of Social Context and Physiology on Psychological*          7/16-3/21
     *Outcomes in Trauma-Exposed Adolescents*
     **NIMH R01** MH108641 (PI: Nugent)
     Amount: $3,330,063
     Role: Co-investigator, 15% FTE

UNIVERSITY TEACHING ROLES

**Undergraduate**

2010-present          **Instructor, BIOL1950/1960** (Independent Research Study for Brown University
                      undergraduates) (2-4 students/year, ~2 hrs/week)

                      | 2010-2011 | Aaron Roberts (Brown '11) |
                      | 2011 | Fatima Dema (Brown '11) |
                      | 2012-2013 | Alexandra Pierszak (Brown '13) |
                      | 2012-2013 | Catherine Nam (Brown '13) |
                      | 2013 | Isabel Platt (Brown '14) |
                      | 2013-2014 | Adele Levine (Brown '14) |
                      | 2013-2014 | Louise Breen (Brown '14) |
                      | 2013-2015 | Shubh Agrawal (Brown '15) |
                      | 2014-2015 | Gerianne O'Connell (Brown '15) |
                      | 2015 | Sabrina Kunselman (Brown '16) |
                      | 2015 | Lindsey Gantz (Brown '17) |
                      | 2017 | Sandra Chang (Brown '17) |
                      | 2018-2019 | Nicholas Scott (Brown '21) |
                      | 2017-2020 | Isabelle Moseley (Brown '20) |
                      | 2019-2020 | Galen Hu (Brown '20) |
                      | 2019-2020 | Maddie McCarthy (Brown '23) |
                      | 2020-2021 | Chiaka Ibe (Brown '21) |
                      | 2020-2021 | Isabelle Deckey (Brown '21) |
                      | 2020-2021 | Nathaniel Manrique (Brown '21) |
                      | 2021-2022 | Julianna Crotta-Cox (Brown '22) |
                      | 2021-2022 | Anisha Baktha (Brown '23) |

2013-present          **Instructor, PHP 1970/1980** (Independent Study/Honors Thesis Preparation)
                      (1-4 students/year, ~2 hrs/week)

                      | 2012-2013 | Margaret Thorsen (Brown '14) |
                      | 2014-2015 | Shubh Agrawal (Brown '15) |
                      | 2015-2016 | John Lam (Brown '16) |
                      | 2016-2017 | Katie Magid (Brown '17) |
                      | 2016-2017 | Zoe Gilbard (Brown '18) |
                      | 2018-2019 | Ameera Kuforiji (Brown '19) |
                      | 2018-2020 | Renny Ma (Brown '20) |

|           |                              |
|-----------|------------------------------|
| 2019-2020 | John (Robbie) Felton (Brown '21) |
| 2019-2020 | William Mims (Brown '21)     |
| 2019-2021 | Amalia Bay (Brown '21)       |
| 2020-2021 | Sofia Mason (Brown '21)      |

## Undergraduate Medical Education

**2008-2013**   **Preceptor, Community Health Rotation**, Alpert Medical School of Brown University [*Note: this clerkship no longer exists as of 2014]* (~1-2 students/rotation)

| June 2008 | John Rommel, AMS '09, Chart review of urban shooting and stabbing victims. |
| --- | --- |
| May 2009 | Peter Chai, AMS '10, Development of pilot survey of motorcyclists' helmet knowledge, attitudes, and behavior. |
| September 2009 | Joshua Keegan, AMS '10, Chart review of motorcycle crashes. |
| October 2009 | Emily McElveen, AMS '10, Development of list of resources for youth violence victims seen in the ED. |
| February 2010 | Sarah Housman, AMS '11, Development of list of resources for teen dating violence victims seen in the ED. |
| April 2010 | Elizabeth Anto, AMS '11, Creation of SBIRT simulation scenario for emergency medicine residents. |
| May 2010 | Andrew Baum, AMS '11, Literature review of technology-based public health interventions in the ED. |
| August 2010 | Yvonne Wang, AMS '11, Piloting a survey of ED patients' preferences for technology-based health education. |
| September 2010 | Nitin Aggarwal, AMS '11, A systematic review of ED technology-based health education. |
| October 2010 | Monica Kaitz, AMS '11, Conducting a survey of adult ED patients' preferences for technology-based health education. |
| November 2010 | Evan Levanthal, AMS '11, Conducting a survey of adolescent ED patients' preferences for technology-based health education. |
| February 2011 | Zerlina Wong, AMS '12, Conducting a survey of adolescent ED patients' preferences for technology-based health education. |
| February 2013 | Kezia Spence, AMS '13, A systematic review of the ethics of mHealth interventions for adolescents. |
| November 2013 | Brian Chang, AMS '14, Twitter and alcohol. |
| December 2013 | David Kim, AMS '14, Gender and technology preferences. |

**2010**   **Discussion Group Leader**, Biol 3710-O -- Healing Medicine *(*Elective) (~ 15 students)

**2010-2011**   **Doctoring Course Faculty**, Alpert Medical School of Brown University (5 hrs/wk, 1 student/year)
• Audrey Butcher (AMS '13)

**2011-2015**   **Co-Director**, Summer Student Journal Club, Brown Department of Emergency Medicine. (10-15 students/year.)
*Weekly hour-long journal club focusing on core research concepts for summer student RAs. Designed syllabus and coordinated weekly presentations for undergraduate- and graduate-level volunteer summer research assistants within the Department of Emergency Medicine. Average teaching scores 4.6/5, average course scores 4.5/5*

| | |
|---|---|
| 2016-2017 | **Director**, Preclinical elective on Digital Health, Alpert Medical School of Brown University (~15 students).<br>*Conceived of and designed syllabus in conjunction with mentee, invited speakers, led course.* |
| 2016-present | **Medical Student Thesis Advisor,** Masters in Population Health, Alpert Medical School of Brown University.<br>Eric Bai (AMS '22)<br>Alexa Kanberg (AMS '20)<br>Benjamin Pallant (AMS '22) |
| 2017-2020 | **Co-Director,** Summer Research & Scientific Skills Workshops, Alpert Medical School of Brown University (~50 students/year).<br>*Weekly seminar series focusing on core research concepts for undergraduate- and graduate-level volunteer summer research assistants. Designed syllabus, coordinated weekly presentations, collaborated with Hassenfeld Institute and Brown Center for Bio-Informatics to create cross-disciplinary content.* |
| 2019-present | **Instructor**, Third Year Intersession, Alpert Medical School of Brown University. "What You Can Do About Gun Violence" (~160 students/year).<br>*Designed and led three interactive workshops introducing MS-3s to basic concepts of firearm injury prevention. Designed pre/post assessment. Invited and coordinated guest lectures.* |

**Graduate - School of Public Health**

| | | |
|---|---|---|
| 2012-present | **MPH Internship Advisor**, PHP 2070 (1-2 students/year) | |
| | 2013-2014 | John Patena MA (Brown MPH '14) |
| | 2014-2015 | Madeline Montgomery (Brown MPH '15) |
| | 2016-2017 | Maurice Hajjar (Brown MPH '17) |
| | 2019 | Betty Czitrom (Brown MPH '20) |
| 2012-present | **Instructor & Thesis Advisor,** PHP 2980/2985 (MPH Graduate Independent Study/Thesis Research) (1-2 students/year) | |
| | 2013-2014 | Alison Riese MD (Brown MPH '14) |
| | 2013-2014 | Frances Turcotte-Benedict MD (Brown MPH '14) |
| | 2013-2014 | John Patena MA (Brown MPH '14) |
| | 2014 | Piyawadee Raksasil MD (Brown MPH '15) |
| | 2016-2017 | Maurice Hajjar (Brown MPH '17) |
| | 2019-2020 | Betty Czitrom (Brown MPH '20) |
| | 2019-2020 | Reid Secondo (Brown MPH/MPA '20) |
| | 2019-2020 | Ameera Kuforiji (Brown MPH '20) |
| | 2020-2021 | Nicholas Jones (Brown PhD in Health Policy, expected 2022) |
| 2012-2015 | **PHP 2170, *Injury as A Public Health Problem*.** New course for graduate-level MPH and PhD students within the Department of Epidemiology. | |

| 2012 | **Co-Director** (2012: 5 students). *Designed syllabus, co-led course.  Received departmental letter commending my "outstanding teaching scores."* |
| 2013-2015 | **Director** (2013: 4 students. 2014: 5 students; 2015: 6 students). *Revamped syllabus, incorporating new technology-based interactive components into course. Received departmental letter commending my "outstanding teaching scores."* |

| 2013-present | **PHP 1001, *Introduction to Public Health.*** Required online course for all incoming public health students. **Instructor** for *Injuries: Prevention of Injury and Violence in the US.* |

| 2013-present | **Thesis Reader** |
| | Miriam Amanullah (Brown MPH '13) |
| | Brian Bayliss (Brown MPH '16) |
| | Kate Magid (Brown MPH '18) |
| | Jack Hester (Brown MPH '21) |
| | Dakota Rome Paul (Brown MPH '22) |

### Graduate - Resident Education

| 2008-present | **Supervise and teach** emergency medicine and off-service residents during each clinical shift.  2017 average teaching evaluation = 8.3 on 9 point scale (above departmental mean) |

| 2010-present | **Director**, Injury Prevention Elective (1-2 students/year) |
| | 2010 | **Tracy Madsen**, Brown EM Residency '12 |
| | | Completed a manuscript that was published in *J Interpersonal Violence*; assisted with development of a research project and wrote manuscript (1st author) that was published in *West J Emerg Med.* |
| | 2012 | **Nadine Himelfarb**, Brown EM Residency '12 |
| | | Completed a review of injury prevention in EM and assisted with development of a powerpoint presentation. |
| | 2012 | **Karen Maule**, Northwestern University Pediatrics Residency '12 |
| | | Assisted with development of a web-based youth violence learning module.  Developed list of advocacy laws and resources for Rhode Island. |
| | 2013 | **Alexis Lawrence**, Brown EM Residency '14 |
| | | Assisted with creating a "flipped classroom" model for an injury prevention course. |
| | 2014 | **Jonathan Ameli**, Brown EM Residency '17 |
| | | Initiated a systematic review of clinical firearm screening and interventions. (Manuscript published 2016 in *Epi Review*) |
| | 2016 | **Rebecca Karb**, Brown EM Residency '18 |
| | | Developing a survey of firearm-related knowledge and attitudes among ED patients. |
| | 2018 | **Jonathan Fletcher**, Brown EM Residency '20 |
| | 2019 | **Zack Lipsman**, Brown EM Residency '19 |
| | 2021 | **Luke Messac,** Brown EM Residency '22 |

| 2017-2019 | **Co-Director, Emergency Medicine Journal Club.** Designed curriculum, managed, and conducted <u>monthly</u> journal club sessions for all Brown emergency medicine residents and fellows. |

Ranney, p. 59

**<u>Graduate - Fellow Education</u>**

2010-present          **Faculty**, Injury Prevention Research Fellowship

2019-present          **Director**, Digital Health Innovation Fellowship.


**<u>School of Professional Studies</u>**

2020-present          **Co-Director,** Pandemic Problem-Solving: Surviving and Thriving in the Age of
                      Pandemics (online course).
                      *Co-developed and co-directing a 6-week, twice-weekly, online-only course
                      incorporating live lectures and case studies.*

2021-present          **Director**, Digital Health Innovation Certificate Course (online certificate program).
                      *Developed and co-leading a four module certificate program to introduce advanced
                      learners to the process of designing and evaluating novel digital health innovations.
                      Co-designed with School of Engineering, School of Medicine, and School of Public
                      Health leaders, as well as the Digital Medicine Society.*

## <u>ADDITIONAL TEACHING AND MENTORSHIP</u>

**Career**

2010-present          **Faculty Advisor**, Department of Emergency Medicine

                      Class of 2014      **Arlene Chung**. Currently a residency program director at
                                         Maimonides (NYC).
                      Class of 2016      **Naomi George**. Finishing a critical care fellowship at Brigham &
                                         Women's hospital.
                      Class of 2019      **Ashley Gray**. Community physician.
                      Class of 2020      **Jonathan Fletcher**. Community physician.
                      Class of 2023      **Anita Knopov**. PGY-3 resident, planning on an academic career.

**Research**

<u>Undergraduates</u>

2013                  **Brandon Vorrius** (Brown '15)
                      *Summer Research Internship*
                      "Injury Prevention as a Public Health Problem"
                      Received a LINK award for his mentored research project; his work was published as
                      the Canvas site for PHP 2170
2013-15               **Margaret Thorsen** (Brown '16)
                      *Summer Research Internship*
                      "DOVE-4G: A Qualitative Study"
                      Received a Brown Summer Research Assistant (SRA-EM) Award for her mentored
                      research project.  Manuscript published in *J Adolesc Health*.
                      *Independent Study/Senior Thesis*

"A Text-message Depression Prevention Intervention for High-Risk ED Patients"
Paper presented at *HICSS-48*. Manuscript published in *Behav Med.*

2013-15     **Shubh Agrawal** (Brown'15)
*Summer Research Internship*
"A Text-message Depression Prevention Intervention for High-Risk ED Patients"
Received a Brown Undergraduate Teaching and Research Award (UTRA) for her
mentored research project.
*Independent Study/Senior Thesis*
"Parental Perceptions of Informed Consent for mHealth Studies"
Honors Thesis.

2015-2016     **Sabrina Kunselman** (Brown'16)
*Summer Research Internship/Independent Study*
"A Text-message Depression Prevention Intervention for High-Risk ED patients"
Awarded a Brown Undergraduate Teaching and Research Award (UTRA) for her
mentored research project.

2015-2016     **Lindsey Gantz** (Brown'17)
*Independent Study*
"A Text-message Depression Prevention Intervention for High-Risk ED patients"

2015-2016     **Jeffrey Lam** (Brown'16)
*Senior Thesis Advisor*
"Testing Text Messaging of Positive Psychology Exercises"

2015-2017     **Sandra Chang** (Brown'17)
*Independent Study*
"A Text-message Depression Prevention Intervention for High-Risk ED patients"

2015-2017     **Kate Magid** (Brown'17)
*Independent Study/Senior Thesis Advisor*
"CPR Knowledge, Attitudes, and Practice of Undergraduate Students"
Awarded the Academic Excellence in Public Health Award for her work with me at
Brown University Commencement, May 2017

2016-2017     **Zoe Gilbard** (Brown'18)
*Independent Study*
"Cyberbullying in High-Risk Adolescents"

2016-2018     **Thomas Martin** (Brown'18)
*Summer Research Internship/Independent Study*
"EMS and Health Information Exchanges"

2016-2020     **Isabelle Moseley** (Brown '20)
*Summer Research Assistantship/Independent Study*
"Cyberbullying in High-Risk Adolescents"
Awarded a Brown Summer Research Assistantship (SRA) for this project
Currently writing senior thesis on data from the SRA

2018     **Karla Monge** (Brown '21)
*Summer Research Assistantship*
Awarded a Brown Summer Research Assistantship (SRA) for this project

2018-2019     **Ameera Kuforiji** (Brown '19)
*Independent Study/Senior Thesis*
"Firearm Injury Prevention by Physicians"

2018     **Daniel Youkiles** (Brown '19)
*Mentor*
"Firearm Injury Prevention: A Historical Perspective"

2018-2021     **Nicholas Scott** (Brown '21)
*Summer Research Assistantship/Independent Study*

|  | "Digital Health for At-Risk ED patients" |
|---|---|
|  | Awarded an EDHI internship summer 2018; awarded an UTRA summer 2019 |
| 2018-2021 | **Galen Hu** (Brown '21) |
|  | *Summer Research Assistantship/Independent Study* |
|  | "A Text Message Intervention for Violence Reduction" |
|  | Awarded a Summer UTRA for this project |
|  | Completed his Senior Thesis with Honors for the Department of Biology on this project |
| 2019 | **Viknesh Kathuri** (Brown '22) |
|  | *Summer Research Assistantship* |
|  | "First Aid for Mass Casualties in Schools" |
|  | Received a Summer Research Assistantship for work on this project. |
| 2019-present | **Amalia Bay** (Brown '22) |
|  | *Independent Study/Summer Research Assistantship* |
|  | "Digital Health for Adolescent Mental Health" |
|  | Completed a full year independent study; awarded the EDHI Internship summer 2020 |
| 2019-present | **Madeline McCarthy** (Brown '23) |
|  | *Independent Study/UTRA* |
|  | "Firearm Injury Prevention" |
|  | Completed a full year independent study; awarded a summer '20 UTRA to support her work on developing firearm injury prevention curricula |
| 2021 | **Victoria Cao** (Brown '23) |
|  | *Education Initiatives/UTRA* |
|  | Working as a Fall UTRA recipient on designing the Digital Health Certificate. |
| 2021 | **Keyana Zahiri** (Brown '23) |
|  | *Education Initiatives/UTRA* |
|  | Working as a Fall UTRA recipient on designing the Digital Health Certificate. |
| 2021-2022 | **Mohammed Aktel** (Brown '23) |
|  | *Education Initiatives* |
|  | Developing curricula and redesigning the social media presence of the Center for Digital Health. |
| 2022 | **Devon Scott** (Brown '25) |
|  | *Independent Study/UTRA* |
|  | Awarded a summer '22 UTRA to assess equity and inclusion in two research studies at the Center for Digital Health. |

<u>Medical Students</u>

| 2010 | **Sienna Vorono** (AMS '11) |
|---|---|
|  | *Independent Study* |
|  | "Youth Violence in Providence" |
|  | Assisted with a chart review.  Author on an abstract presented at SAEM '12. |
| 2010 | **Andrew Baum** (AMS '11) |
|  | *Independent Study* |
|  | "Technology Preferences of Emergency Department Patients" |
|  | Author on publication in *Annals of EM*. |
| 2010 | **Yvonne Wang** (AMS '11) |
|  | *Independent Study* |
|  | "Technology Preferences of Emergency Department Patients" |
|  | Author on publication in *Annals of EM*. |
| 2010 | **Linda Ratanaprasatporn** (AMS '13) |

*Summer Research Internship*
"Designing a web-based youth violence education program for residents"
Received a Brown Medical School Emergency Medicine Summer Research
Assistantship (EM-SRA)

2010    **Audrey Butcher** (AMS '13)
*Summer Research Internship*
"A qualitative inquiry into adolescent female experiences with community violence"
Received a Brown Medical School Emergency Medicine Summer Research
Assistantship (EM-SRA)

2011-14    **Matthew Klein** (AMS '14)
*Summer Research Internship*
*Independent Study*
*Longitudinal Research Project*
"Correlates of Peer Violence in the Youth Risk Behavioral Survey (YRBS)"
Received a Brown Medical School Emergency Medicine Summer Research
Assistantship (EM-SRA) for work on this project; Won first place in Brown medical
student summer research poster session; Presented at the 2012 American Public
Health Association (APHA) Annual Meeting.

2011    **Suresh Mohan** (AMS '15)
*Summer Research Internship*
"Recording Ethnicity, Race and Language: A comparison of documented and self-
identified demographics"
Author on a poster presentation at 2012 American College of Emergency Physicians
(ACEP) Scientific Assembly

2011    **Scott Guelich** (AMS '11)
*Independent Study*
"A White Paper on the Security and Privacy of SMS"
Created a white paper that was submitted to the IRB to support the inaugural mHealth
study in our department

2012-2014    **David Kim** (AMS '14)
*Independent Study*
"Impact of Gender on Patient Preferences for Technology-Based Behavioral
Interventions."
Mentored project published in Western Journal of Emergency Medicine; Student is
first author

2012    **Grace Bhak** (AMS '12)
*Independent Study*
"Child Abuse Treatment Protocol"
Created a figure for a book chapter on child abuse

2013    **Eve Purdy** (Queens University '16)
*Summer Research Internship*
"Mobile health in emergency medicine"
Developed a new blog and Twitter presence as part of my mentorship

2013-2015    **Natalie Locci** (AMS '17)
*Summer Research Internship*
*Longitudinal Research Project*
"Gender-specific research in mental health"
Completed a comprehensive review of the literature.  Presented her data at the *SAEM
Consensus Conference*, Dallas, TX, May 2014.  Second author on a publication in
*Academic Emergency Medicine.*

2014-2015    **Brian Chang** (AMS '14)

|  | *Independent Study* |
|  | "Twitter and Alcohol: A Research Study" |
|  | Created the protocol for a research study.  Second author on publication in *Academic Emergency Medicine.* |
| 2014 | **Curtis Haynes** (AMS '18; withdrawn) |
|  | *Summer Research Internship* |
|  | "A Systematic Review of Firearm Violence" |
|  | Participated in creation of a systematic review protocol. |
| 2014-2016 | **Faith Birnbaum** (AMS '16) |
|  | *Medical Student Fellowship (year-long)* |
|  | "Digital Health and Patient Engagement" |
|  | Received a year-long fellowship to participate in my funded research and to create an independent research study |
|  | First author on a manuscript (with student as first author) accepted to *Academic Emergency Medicine* |
| 2015-2016 | **Anjali Chandra** (AMS '16) |
|  | *Longitudinal Research Project* |
|  | "Online Social Networking and Post-Traumatic Stress Symptoms" |
|  | Conducted a longitudinal study of the effect of OSN on adolescent trauma patients' symptoms. Preparing a manuscript for submission. Abstract presented. |
| 2015-2018 | **Cassandra Duarte** (AMS '18) |
|  | *Summer Research Internship* |
|  | *Longitudinal Research Project* |
|  | "iDOVE and Digital Health" |
|  | Received a Brown Medical School Emergency Medicine Summer Research Assistantship (EM-SRA) for work on this project. Second author on manuscript published in *mHealth.* |
| 2015-2018 | **Margaret Thorsen** (AMS '19) |
|  | *Longitudinal Research Project* |
|  | "HIEs and Emergency Department Visits" |
|  | Received a Brown Medical School Emergency Medicine Summer Research Assistantship (EM-SRA) for work on this project. |
|  | First author on paper presentation at *American Medical Informatics Association* 2017 |
|  | Completed a related scholarly concentration in bioinformatics. |
|  | Won "best student poster" award for her summer project. |
| 2017-2018 | **Maurice Hajjar** (AMS '18) |
|  | *Longitudinal Research Project* |
|  | "Digital Health in the Emergency Department" |
|  | Completed a masters' thesis based on work on a two-way text-messaging program |
|  | Presented abstract at SAEM New England Research Directors' Regional and National Meetings; publication in preparation. |
| 2017-2019 | **Nicholas Gabinet** (AMS '20) |
|  | *Longitudinal Research Project* |
|  | "Firearm Injury Prevention Among Emergency Department Patients" |
|  | Completed a comprehensive overview of ED-based firearm injury prevention best practices and resources. |
|  | Collaborating on ongoing firearm injury prevention initiatives |
| 2018-present | **Nikki Thomasian** (AMS '21) |
|  | *Longitudinal Research Project* |
|  | "High-Utilizing Emergency Department Patients" |

|  | Received a Brown Medical School Summer Research Assistantship for work on this project. Completed a publication during her "gap year" prior to residency. |
|---|---|
| 2018-2021 | **Kira Bromwich** (AMS '21) |
|  | *Longitudinal Research Project* |
|  | "Firearm Injury Prevention in Adolescents" |
|  | Author on scoping review for NICHD R24 (published 2019) |
| 2019-2022 | **Christopher Koehler** (AMS '22) |
|  | *Longitudinal Research Project* |
|  | "Social Determinants of Health in Depressed Adolescents" |
|  | Received a Brown Medical School Summer Research Assistantship for work on this project. Paper accepted at *JMIR uHealth.* |
| 2019-2022 | **Ben Pallant** (AMS '22) |
|  | *Longitudinal Research Project* |
|  | "Sexual Health in Adolescents' Social Media Messages" |
|  | Completed a Masters' Thesis for the PCPM program. Paper currently under review. |
| 2019-2022 | **Eric Bai** (AMS '22) |
|  | *Longitudinal Research Project* |
|  | "ED Smart Notifications: Using Big Data for Predictive Analytics" |
|  | Published a first-author paper on his work in *Applied Clinical Informatics*, with a second paper in progress. |
| 2019-2022 | **Kristy Blackwood** (AMS '22) |
|  | *Longitudinal Research Project* |
|  | "Gun Violence as a Public Health Problem" |
|  | <u>Received a $5000 Grant from Emergency Medicine Foundation in Oct 2020</u>: "Firearm Violence and Safety Training in Undergraduate Medical Education: Evaluation of First Year Clinical Skills Curricular Intervention" |
|  | *Independent Study* |
|  | "Firearm Injury Prevention Research" |
|  | Quantitative and qualitative data analysis and drafting of a manuscript. |
| 2019-present | **Sophia Song** (AMS'23) |
|  | *Longitudinal Research Project* |
|  | "ED Smart Notifications" |
|  | Received Summer Research Assistantship for this project |
| 2021 | **Katie Chiou** (AMS '25) |
|  | *Summer Research Assistantship (SRA-PLME)* |
|  | "Connect-19" |
|  | Received a Summer Research Assistantship for work on this project. |
| 2021 | **Aneeqah Naeem** (AMS '24) |
|  | *Summer Research Assistantship (SRA-EM)* |
|  | "CDH Education & Workforce Development" |
|  | Received a Summer Research Assistantship for work on this project. |
| 2021 | **Tess Trinka** (AMS '24) |
|  | *Summer Research Assistantship (SRA)* |
|  | "Guardians 4 Health" |
|  | Received a Summer Research Assistantship for work on this project. Presented work at the FACTS Consortium; currently writing a manuscript. |
| 2021 | **Mark Behar** (AMS '25) |
|  | *Longitudinal Research Project* |
|  | "A Machine Learning Model for Estimating Appointment Load and Health System Burden to Determine the Future of Home Health Technologies" |

Project for the Biomedical Informatics Scholarly Concentration program; serving as a healthcare utilization domain mentor.

<u>Residents</u>

2008            **Katherine Kimbrell** (Brown EM Residency '11)
                "Smoking Cessation in EM"
                Mentored student in a structured literature review that informed grant authorship.
                Currently working clinically in community emergency medicine practice in Virginia
2010-2012       **Kimberly Pringle** (Brown EM Residency '13)
                "Recording Ethnicity, Race and Language: A comparison of documented and self-identified demographics"
                Awarded the UEMF Resident Scholarly Grant for the project. Presented abstract at ACEP Scientific Assembly
                Currently working at the CDC
2014-2015       **Tony Zhang** (Brown EM Residency '17)
                "Design in Health"
                Mentored in authorship of grants; currently working as an academic researcher at Jefferson University
2014-2015       **Jonathan Ameli** (Brown EM Residency '17)
                "A Systematic Review of Clinically-Based Firearm Research"
                Abstract presented at the American College of Emergency Physicians' Research Forum, October 2015. Manuscript published in *Epi Reviews*.
2016-2018       **Rebecca Karb** (Brown EM Residency '18)
                "Firearm safety in the ED"
                Second author on publication in *J Behav Research*.
2016-2018       **Jonathan Fletcher** (Brown EM Residency '20)
                "Firearm injury prevention"
                Second author on publication in *Annals of Emergency Medicine*.
2020            **Luke Messac** (Brown EM Residency '22)
                Authored an op-ed published in the Providence Journal.

<u>Graduate Students</u>

2012-2013       **Madeline Montgomery** (Master's in Public Health '13)
                Field experience supervisor
                Presented 1 abstract based on field experience
2018            **Stephen Dove** (Master's in Computer Science '18)
                Mentored on final Masters product: "Predicting Clinical Events with Machine Learning"
2019-2020       **Betty Czitrom** (Master's in Public Health '20)
                Field experience supervisor
                Primary Reader for Thesis
2019-2020       **Ameera Kuforiji** (Master's in Public Health '20)
                Research assistantship
                Primary Reader for Thesis
2019-present    **Nicholas Jones** (PhD in Health Policy, expected for '23)
                Mentor in dissertation
2019-present    **Langa Bakhuluma-Ncube** (Master's in Public Health '21)
                Research assistantship.

|                | Primary Reader for Thesis. |
| 2020-present   | **Talie Massachi** (PhD in Computer Science '22) |
|                | Comps Committee |
| 2020-2021      | **Jack Hester** (Master's in Public Health '21) |
|                | Primary Reader for Thesis. |
| 2021-present   | **Tyne A. Riddick** (Master's in Public Health '22, Oregon Health Sciences University) |
|                | Preceptor for practical experience and integrative project |
| 2022-present   | **Elizabeth (Molly) Stettenbauer (**PhD in Health Services Research, expected '27) |
|                | Mentor. Currently working on first-author paper. |

Fellows

| 2011-2014 | **Frances Benedict-Turcotte** (Brown Pediatric Emergency Medicine Fellowship '14) |
|           | Mentored project presented as an oral presentation at American Association of |
|           | Pediatrics Annual Meeting.  Manuscript published. |
|           | Currently an academic pediatric emergency physician at Kansas City Medical Center. |
| 2012-2014 | **Alison Riese** (Brown Injury Prevention Research Fellowship '14) |
|           | Mentored project awarded a prestigious American Pediatric Association junior |
|           | investigator award.  Project presented at Injury Free Kids and Pediatric Academic |
|           | Society meetings.  Three manuscripts published. |
|           | Currently an academic pediatrician at Hasbro Children's Hospital. |

Post-Doctoral Students

| 2016-2018 | **Yanick Brice MA PhD** (K12 scholar, Center for Comparative Effectiveness |
|           | Research, School of Public Health, Brown University) |
|           | Mentor for her K12 program |
| 2018-2019 | **Jonathan Jay PhD** (Post-doctoral scholar, University of Michigan) |
|           | Mentor for his post-doctoral program on firearm injury prevention research |
| 2018-2020 | **Lauren A**. **Magee**, **PhD** (Postdoctoral Fellow, Indiana University School of Medicine) |
|           | Mentor for NICHD-Pediatric Trauma & Critical Illness Branch Award, "Identifying |
|           | Victims of Firearm Assault: A Population Health Approach." |
|           | Award#:1F32HD101211-01 (11/1/2019-10/31/2021) |
| 2019-2021 | **Alexandra Bettis**, **PhD** (T32 Fellow, Department of Psychiatry & Human Behavior, |
|           | Alpert Medical School, Brown University) |
|           | Research Mentor; Awarded Klingenstein Career Development Award, April 2020 |
| 2020-2021 | **Taylor Burke**, **PhD** (T32 Fellow, Department of Psychiatry & Human Behavior, Alpert |
|           | Medical School, Brown University) |
|           | Research Mentor on K23 application, "Passive assessment of behavioral warning signs for |
|           | suicide risk in adolescents: An idiographic approach." K23 MH126168 – awarded 4/2021 |

Faculty

| 2016-present | **Alison Riese, MD, MPH**, Attending Physician, Dept of Pediatrics, Brown Univ. |
|              | Appointed as official Department of Pediatrics mentor, Nov 2016 – present. |
|              | Mentor on multiple foundation grant applications. Co-investigator on two grants. |
| 2016-present | **Gita Pensa, MD**, Attending Physician, Dept of Emergency Medicine, Brown Univ. |
|              | Mentor on Academic Development Award (Jun 2017-May 2019) |
| 2017-present | **Kirsten Langdon, PhD**, Assistant Professor, Dept of Psychiatry & Human Behavior, |
|              | Brown Univ. |

|  | Mentor on K23 application, "Integrated Digital Health Intervention to Promote Engagement in and Adherence to Medication-Assisted Treatment." NIDA K23DA046482 – awarded 5/2019 |
|  |  |
|  | Mentor on CTR Mentored Research Award, "Novel Digital Health Intervention to Promote Engagement in and Adherence to Medication-Assisted Treatment" (awarded 4/2018) |
|  | Dr. Langdon was the recipient of the Psychiatry Department's "Award of Excellence," March 2019 |
| 2018-present | **Rebecca Karb, MD PhD**, Attending Physician, Dept of Emergency Medicine, Brown. |
|  | Mentor on firearm injury research; involved in NICHD R24. One publication together. Mentor on RI Foundation grant, awarded 2019. |
| 2019-present | **Kristen Mueller, MD**, Assistant Professor in Emergency Medicine, Washington University School of Medicine. |
|  | Mentorship in authorship of K grant and general career mentorship. |
|  | Primary mentor on funded Emergency medicine foundation proposal to develop predictive model of violence recidivism. |
| 2020-present | **Adam Lewkowitz MD**, Assistant Professor, Department of Obstetrics & Gynecology, Brown University. |
|  | Primary mentor on K23 application, "A novel app-based cognitive behavioral therapy intervention for preventing postpartum depression." NIH NICHD K23-HD103961 – awarded 9/2021 |
| 2020-present | **Lauren A**. **Magee**, PhD, Assistant Professor, Indiana University School of Medicine. Mentor on firearm injury T32. Currently preparing K01 application. |
| 2020-present | **Sandy McKay, MD**. Associate Professor of Pediatrics, McGovern Medical School at UTHealth. |
|  | Mentorship in authorship of an R34 grant to CDC; general career mentorship. |
| 2021-present | **Taylor Burke**, **PhD** (Assistant Professor, Department of Psychiatry, Harvard Medical School) |
|  | Research Mentor on K23 application, "Passive assessment of behavioral warning signs for suicide risk in adolescents: An idiographic approach." K23 MH126168 – awarded 4/2021 |

Exhibit 2

**Megan L. Ranney, MD, MPH, FACEP**
Legal Cases – Depositions/Trials
2018-2022

**Jane Moir, Personal Representative of the Estate of Allan Moir v. Shin-Yi Lai, MD, *et al.***
Commonwealth of Massachusetts Superior Court
Civil Action No. 15-2556-C
Testimony (trial): May 17, 2022
Attorney:
        Christopher R. Lavoie, Esq. and Toby M. Jesson, Esq.
        Dunn and Dunn
        11 Beacon Street, Suite 1100
        Boston, Massachusetts 02108

**Ellen Paul v. Laura A. Welsh, MD, *et al.***
Commonwealth of Massachusetts Superior Court
Civil Action No. 1784-CV-02681
Testimony (trial): August 18-19, 2021
Attorney:
        Matthew R. Connors, Esq.
        Capplis, Connors, & Carroll, PC
        18 Tremont St, Suite 330
        Boston, Massachusetts 02108

Exhibit 3

## BACKGROUND AND QUALIFICATIONS

1.     I am a practicing emergency physician in Rhode Island and public health researcher. My research training is in injury and violence prevention, or the science of how to effectively reduce the number and severity of injuries.

2.     I have spent my entire post-medical-school clinical career working at the State of Rhode Island's largest emergency departments – Rhode Island's only American College of Surgeons-certified Level 1 adult and pediatric trauma centers, and the state's only American College of Surgeons-certified Level 2 trauma center.

3.     Rhode Island has been fortunate to not experience a public mass shooting; but there have been many, many evenings where I have taken care of multiple gunshot wounds, in quick succession. I have cared for victims of firearm suicides, domestic violence shootings, drive-by shootings, purposeful shoot-outs, unintentional shootings, and more.

4.     Additionally, I am a fellowship-trained researcher on injury prevention. One of my core areas of focus is firearm injury prevention.

## OPINIONS

### A.  The Medical Response to Firearm Injuries

5.     Let me describe to you what the process of resuscitation is like in the trauma bay, when we receive a patient who has a gunshot wound.

6.     We often, but not always, receive a pre-notification of a shooting from the police or from emergency medical services. In these cases, we gather our team (generally consisting of an emergency medicine resident, a surgery resident, an attending emergency physician, an attending trauma surgeon, respiratory therapy, at least two nurses, a radiology technician, at least one medical technician, and a social worker) and our supplies ahead of time. If we do not have pre-notification, we do our best to gather the team as soon as the patient rolls into the emergency department.

7.     On arrival, we assess the patient's airway, breathing, and circulation: by seeing if they can phonate, by assessing whether they have equal breath sounds, and by measuring their blood pressure. We quickly assess the location(s) of bullet wounds (because this affects our suspicion about the type of injury) and the vital signs, and then we determine our next steps. Importantly, we do not initially attempt to discern whether the wounds are "entrances" or

1

"exits," nor do we initially attempt to assess the type of firearm nor the capacity of the magazine used. Our focus at this stage is on the clinical status of the patient in front of us.

8.     This initial assessment influences both our decisions in the moment and the patient's likely long-term outcomes. For example, identifying a gunshot wound in the torso (i.e., the region covered by a tee-shirt or underwear) is more likely to cause severe disability, long-term hospital stay, or death, compared with wounds not in these areas. Gunshot wounds to the head and neck are most often fatal. A patient who has a low blood pressure and a gunshot wound is most likely to need an immediate operation. Additionally, based on my experience as an emergency physician since 2004 (and a board-certified emergency physician since 2009), it is my opinion to a reasonable degree of professional certainty that cases with multiple bullet wounds are more complex, have a higher likelihood of injury that requires surgical intervention, and have a higher likelihood of death in the emergency department.[1]

9.     Increasing number (and possibly caliber)[2] of bullet wounds sustained by firearm injury victims is a leading explanation for the increasing severity of firearm injuries,[3] increasing firearm injury mortality rates,[4] and increasing case fatality rates (e.g., death rates once patients make it to the hospital),[5,6,7] across the country over the last decade.

---

[1] Carr BG, Schwab CW, Branas CC, Killen M, Wiebe DJ. Outcomes related to the number and anatomic placement of gunshot wounds. *J Trauma*. 2008 Jan;64(1):197-202; discussion 202-3. doi: 10.1097/TA.0b013e318061b628.

[2] Braga AA, Cook PJ. The Association of Firearm Caliber With Likelihood of Death From Gunshot Injury in Criminal Assaults. *JAMA Netw Open.* 2018;1(3):e180833. doi:10.1001/jamanetworkopen.2018.0833

[3] Kalesan B, Zuo Y, Xuan Z, *et al*. A multi-decade joinpoint analysis of firearm injury severity. *Trauma Surgery & Acute Care Open* 2018; 3:e000139. doi: 10.1136/tsaco-2017-000139.

[4] Bailey HM, Zuo Y, Li F, Min J, Vaddiparti K, Prosperi M, Fagan J, Galea S, Kalesan B. Changes in patterns of mortality rates and years of life lost due to firearms in the United States, 1999 to 2016: A joinpoint analysis. PLoS One. 2019 Nov 22;14(11):e0225223. doi: 10.1371/journal.pone.0225223.

[5] Brantingham PJ, Tita GE, Jung S, Ahern J. Assessment of Case Fatality Rates and Overall Prevalence of Firearm Violence in California, 2005-2019. *JAMA Netw Open.* 2022;5(1):e2145442. doi:10.1001/jamanetworkopen.2021.45442

[6] Sauaia A, Gonzalez E, Moore HB, Bol K, Moore EE. Fatality and Severity of Firearm Injuries in a Denver Trauma Center, 2000-2013. *JAMA.* 2016;315(22):2465–2467. doi:10.1001/jama.2016.5978

[7] Kent AJ, Sakran JV, Efron DT, Haider AH, Cornwell EE 3rd, Haut ER. Understanding Increased Mortality After Gunshot Injury. *Am J Public Health.* 2017 Dec;107(12):e22-e23. doi: 10.2105/AJPH.2017.304100. PMID: 29116838; PMCID: PMC5678393.

10.     Personally, the most critically ill trauma patients I have cared for (with the exception of two firearm suicides who survived to make it to my doors) were ones with multiple gunshot wounds. Trying to simultaneously stop the blood loss from a lacerated liver, spleen, and lung is much more complex than addressing a single such injury. Internal organs bleed a lot; a heart with a hole in it doesn't work; blood in the lungs makes us unable to get enough oxygen to the body; and we simply can't stem all of these at the same time, even with multiple physicians in the room.

11.     A limit on our ability to provide adequate care is particularly dire when multiple patients with gunshot wounds present simultaneously.  I have worked evenings when the number of patients with arriving in the emergency department with gunshot wounds stretches our staff, our number of available operating rooms, and even our number of blood supplies available.

**B.  The Study and Prevention of Firearm Injuries**

12.     I also work with colleagues across the country to study and prevent firearm injury.

13.     One of the core motivators of my work is the belief that we can and must decrease firearm injury in the same way as we decreased car crash deaths – by smart, evidence-based education, community partnership, and enactment of policies that reduce the chance of a weapon or weapon accessory being misused by someone with intent to harm.

14.     For cars, we increased safety by changing the design of cars, to make them less lethal (e.g., putting in three-point seatbelts and airbags; changing the windshield glass so it stars rather than turning into shards); changing policies and education to make sure those who are driving are safe (e.g., media campaigns to reduce drunk driving; graduated drivers' licensing programs so that teens have time to accumulate skills); and changing strategies to increase safe behavior (e.g., hospitals requiring that new parents have an appropriate car seat installed prior to discharge; insurance companies providing incentives for safe driving).

15.     Although most of my work is in the realm of education and harm reduction, some of my work examines the efficacy of policy. Unfortunately, the peer-reviewed data on the relative degree of damage associated with the use of so-called "high capacity" or "large capacity" magazines is limited. This lack of data reflects both the lack of federal funding for firearm injury prevention research (from 1996-2020, the Centers for Disease Control and

3

Prevention was appropriated $0 for this work),[8] and federal legislation (such as the Tiahrt Amendment) which limit the study of firearm type or magazine capacity in injuries and crimes[9]. Nonetheless, data drawn from police and other investigative databases supports that when high-capacity magazines are used in criminal shootings, the number of victims and number of deaths is, in general, higher. [10,11] Specifically:

a. Koper *et al*[12] evaluated the "crime guns" recovered by police in a convenience sample of ten cities from which they could obtain data over the time period of ~2012-2014. Acknowledging major limitations to the data sources used, three cities provided data on which firearms were associated with violent/shooting crime versus being seized in other types of crimes. Among these, firearms that were "large capacity magazine"-compatible were more likely to be associated with violent crimes and firearm homicides in all three cities (Baltimore, Minneapolis, and Hartford). They also noted that firearms with large capacity magazines were least likely to be associated with violent crime in Syracuse, where restrictions on magazine purchasing exist.

b. Another study[13] combined data from the Shot Spotter system (which also has acknowledged limitations) with police data from Minneapolis, Minnesota in 2014. This study reported that although only 15.7-18.6% of shooting incidents involved "high volume gunfire" (e.g., more than 11 shots fired), these incidents

---

[8] Betz ME, Ranney ML, Wintemute GJ. Frozen Funding on Firearm Research: "Doing Nothing Is No Longer an Acceptable Solution". West J Emerg Med. 2016 Jan;17(1):91-3. doi: 10.5811/westjem.2016.1.29767.

[9] Consolidated Appropriations Act 2010, Pub. L. No. 111−117, 123 Stat. 3128-3129 (2009)

[10] Koper CS, Johnson WD, Stesin K, Egge J. Gunshot victimisations resulting from high-volume gunfire incidents in Minneapolis: findings and policy implications. Inj Prev. 2019 Sep;25(Suppl 1):i9-i11. doi: 10.1136/injuryprev-2017-042635

[11] Klarevas L, Conner A, Hemenway D. The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017. Am J Public Health. 2019 Dec;109(12):1754-1761. doi: 10.2105/AJPH.2019.305311..

[12] Koper CS, Johnson WD, Nichols JL, Ayers A, Mullins N. Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources. J Urban Health. 2018 Jun;95(3):313-321. doi: 10.1007/s11524-017-0205-7.

[13] Koper CS, Johnson WD, Stesin K, Egge J. Gunshot victimisations resulting from high-volume gunfire incidents in Minneapolis: findings and policy implications. Inj Prev. 2019 Sep;25(Suppl 1):i9-i11. doi: 10.1136/injuryprev-2017-042635

made up 25.2-28.1% of injuries, depending on how "high volume gunfire" was defined. They also estimated that incidents with high volume gunfire were more likely to have multiple wounded victims.

c. A summary of existing evidence by Dr. Koper reports estimates that restrictions on magazine capacity would decrease the number of deaths in mass shootings by 11-15%.[14]

d. A study by Klarevas *et al.*[15] reports that among public high-fatality mass shootings from 1990-2017, 64% involved firearms with detachable large-capacity magazines. Excluding cases in which the magazine capacity was unknown, these cases had an average of 11.8 deaths per incident (compared with 7.3/incident when a large-capacity magazine was not used).

16. It is therefore my opinion to a reasonable degree of professional certainty that large capacity magazines, because of their enhanced ability to inflict multiple gunshot wounds, add to the number and severity of injuries from firearms.

---

[14] Koper, CS. Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high-capacity semiautomatic firearms. *Criminol Public Policy*. 2020; 19: 147– 170. https://doi.org/10.1111/1745-9133.12485

[15] Klarevas L, Conner A, Hemenway D. The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017. Am J Public Health. 2019 Dec;109(12):1754-1761. doi: 10.2105/AJPH.2019.305311. Epub 2019 Oct 17. PMID: 31622147; PMCID: PMC6836798