UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**<br>    *Plaintiffs,*<br><br>                v.<br><br>**PETER F. NERONHA, in his Official Capacity as the Attorney General for The State of Rhode Island; and DARNELL S. WEAVER, in his Official Capacity as the Superintendent of the Rhode Island State Police**<br>    *Defendants.* | Case No.: 1:22-cv-00246-JJM-PAS |

## ASSENTED TO MOTION FOR EXTENTION OF TIME

**NOW COMES** the Plaintiffs, Ocean State Tactical, LLC d/b/a Big Bear Hunting and Fishing Supply, Jonathan Hirons, James Robert Grundy, Jeffrey Goyette, and Mary Brimer (*hereinafter*, the "Plaintiffs") by and through counsel, and hereby requests a three (3) day extension of time, up to and including October 27, 2022, to file a Reply to Defendant's Opposition to Temporary Restraining Order and Preliminary Injunction, filed with this Court on October 14, 2022.

As grounds for this Motion, Counsel for the collective Parties to this above captioned matter have mutually assented to an extension of time provided to the Plaintiffs to file a Reply to Defendant's Objection so as the Plaintiffs have adequate time to address the arguments raised in the Defendant's Objection and Memorandum in support thereof fully.

**WHEREFORE**, the Plaintiffs respectfully request an extension, up to and including October 27, 2022, to file their Reply to Defendant's Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

Respectfully Submitted,

**OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**

*By and through their counsel,*

*/s/ Michael A. Kelly*
Michael A. Kelly, Esq. (#2116)
Dane E. Ardente, Esq. (#10263)
KELLY, SOUZA & PARMENTER, P.C.
128 Dorrance Street, Suite 300
Providence, RI 02903
Tel: (401) 490-7334 | Fax: (401) 490-7874
mkelly@ksplawpc.com
dardente@ksplawpc.com

Dated: October 24, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 24th day of October, 2022, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

    Keith Hoffmann, Esq.
    Special Assistant Attorney General
    150 South Main Street
    Providence, RI 02903
    khoffmann@riag.ri.gov

    */s/ Michael A. Kelly*
    KELLY, SOUZA, & PARMENTER, P.C.