UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**<br>   *Plaintiffs,*<br><br>   v.<br><br>**PETER F. NERONHA, in his Official Capacity as the Attorney General for The State of Rhode Island; and DARNELL S. WEAVER, in his Official Capacity as the Superintendent of the Rhode Island State Police**<br>   *Defendants.* | Case No.: 1:22-cv-00246-JJM-PAS |

## PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL BRIEFING

**NOW COME** the Plaintiffs in the above captioned matter, and in accordance with the Court's instructions at the close of the hearing on November 3, 2022, hereby petition this Honorable Court for leave to file a Supplemental Brief supplementing the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

*[Signature Block located on the following page].*

Respectfully Submitted,

**OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**

*By and through their counsel,*

/s/ Michael A. Kelly
Michael A. Kelly, Esq. (#2116)
Dane E. Ardente, Esq. (#10263)
KELLY, SOUZA & PARMENTER, P.C.
128 Dorrance Street, Suite 300
Providence, RI 02903
Tel: (401) 490-7334 | Fax: (401) 490-7874
mkelly@ksplawpc.com
dardente@ksplawpc.com

Dated: November 9, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 9th day of November, 2022, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

    Keith Hoffmann, Esq.
    Special Assistant Attorney General
    150 South Main Street
    Providence, RI 02903
    khoffmann@riag.ri.gov

    /s/ Michael A. Kelly
    KELLY, SOUZA, & PARMENTER, P.C