UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER<br>　　*Plaintiffs,*<br><br>　　v.<br><br>PETER F. NERONHA, in his Official Capacity as the Attorney General for The State of Rhode Island; and DARNELL S. WEAVER, in his Official Capacity as the Superintendent of the Rhode Island State Police<br>　　*Defendants.* | Case No.: 1:22-cv-00246-JJM-PAS |

### NOTICE OF WITHDRAWAL

　　PLEASE TAKE NOTICE that Dane E. Ardente, Esq. hereby withdraws his appearance on behalf of the Plaintiffs with respect to the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER**

　　　　　　　　　　　　　　　　　　*By and through their counsel,*

　　　　　　　　　　　　　　　　　　*/s/ Dane E. Ardente*
　　　　　　　　　　　　　　　　　　Dane E. Ardente, Esq. (#10263)
　　　　　　　　　　　　　　　　　　KELLY, SOUZA & PARMENTER, P.C.
　　　　　　　　　　　　　　　　　　128 Dorrance Street, Suite 300
　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　Tel: (401) 490-7334 | Fax: (401) 490-7874
　　　　　　　　　　　　　　　　　　dardente@ksplawpc.com

Dated: February 17, 2023

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 17th day of February, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

Keith Hoffmann, Esq.
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
khoffmann@riag.ri.gov

Sarah Rice, Esq.
Deputy Chief, Public Protection Bureau
Office of The Attorney General
150 South Main Street
Providence, RI 02903
srice@riag.ri.gov

Thomas W. Lyons, Esq.
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
tlyons@straussfactor.com

Cody J. Wisniewski (Pro Hac Vice)
FIREARMS POLICY COALITION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
cwi@fpchq.org

Joseph G.S. Greenlee (Pro Hac Vice)
FPC ACTION FOUNDATION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
jgreenlee@fpclaw.org

                                                      */s/ Dane E. Ardente*
                                                      KELLY, SOUZA, & PARMENTER, P.C.