**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

OCEAN STATE TACTICAL, LLC d/b/a BIG
BEAR HUNTING AND FISHING SUPPLY;
JONATHAN HIRONS; JAMES ROBERT GRUNDY;
JEFFREY GOYETTE; and MARY BRIMER,

    *Plaintiffs*,

    v.

STATE OF RHODE ISLAND; PETER F.
NERONHA, in his Official Capacity as the
Attorney General for The State of Rhode
Island; and DARNELL S WEAVER, in his
Official Capacity as the Superintendent of the
Rhode Island State Police,

    *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:22-cv-00246-JJM-PAS

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to the Court's Order of July 14, 2026. After conferring, the parties propose moving forward with summary judgment motions and responses; the parties agree that no further discovery is appropriate or required. Plaintiffs and Defendants will plan to each file their own respective statement of undisputed material facts. Because the issues relevant in this case have been briefed numerous times over the years, the parties provisionally agree to forego reply briefing, but reserve the right to file short reply briefs (of no more than five pages aside) in the event that issues not previously briefed are raised for the first time.

Consistent with the foregoing, and in light of this Court's Order of July 14, 2026, the parties propose the following schedule for summary judgment briefing:

1. Plaintiffs' summary judgment motion shall be filed by **September 21, 2026**, and shall not exceed 20 pages (doubled-spaced/12-point font);

2.  Defendant's summary judgment response/cross-motion for summary judgment shall be filed by **October 21, 2026**, and shall not exceed 30 pages (doubled-spaced/12-point font);

3.  Plaintiffs' response to Defendant's cross-motion shall be filed **by October 28, 2026**, and shall not exceed 10 pages (double-spaced/12-point font).  Plaintiffs reserve the right to include a summary judgment reply in this filing not to exceed an additional 5 pages (doubled-spaced/12-point font).

4.  Defendants reserve the right to file a reply brief by **November 4, 2026**, which shall not exceed 5 pages (doubled-spaced/12-point font).


WHEREFORE, the parties jointly request that this Court adopt and issue this proposed summary judgment schedule.


Respectfully submitted,

s/ *James Arguin*
James J. Arguin (#10972)


s/ *Paul T.J. Meosky*
Paul T.J. Meosky (#10742)

Special Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
(401) 2744-4400 ext. 2078 | 2064
jarguin@riag.ri.gov
pmeosky@riag.ri.gov

*Counsel for Defendants*

Respectfully submitted,

s/ Michael A. Kelly
Michael A. Kelly, Esq. (#2116)
KELLY, SOUZA & PARMENTER, P.C.
128 Dorrance Street, Suite 300
Providence, RI 02903
Tel:  (401) 490-7334
Fax: (401) 490-7874
mkelly@ksplawpc.com

Matthew D. Rowen (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

*Counsel for Plaintiffs*


August 5, 2026

## **CERTIFICATION**

I, the undersigned, hereby certify that I filed the within document via the ECF System and that a copy is available for viewing and downloading.  I have also caused a copy to be sent via the ECF System to counsel of record on this 5th day of August 2026.

s/ Michael A. Kelly
Michael A. Kelly, Esq. (#2116)