**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| OCEAN STATE TACTICAL, LLC d/b/a BIG BEAR HUNTING AND FISHING SUPPLY; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; and MARY BRIMER,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF RHODE ISLAND; PETER F. NERONHA, in his Official Capacity as the Attorney General for The State of Rhode Island; and DARNELL S WEAVER, in his Official Capacity as the Superintendent of the Rhode Island State Police,<br><br>*Defendants*. | No. 1:22-cv-00246-JJM-PAS |

**DECLARATION OF MICHAEL A. KELLY**

I, Michael A. Kelly, hereby declare:

1. I am over 18 years of age, of sound mind, and fully competent to make this Declaration in support of Plaintiffs' Motion for Summary Judgment.

2. I am a partner in the law firm KSPR Law, P.C., and counsel for Plaintiffs in this case.

3. Attached to Plaintiffs' Statement of Undisputed Material Facts ("SUMF") as Exhibit 1 is a true and correct copy of excerpted materials from the Rhode Island Legislative Report, HB6614 (2022), perma.cc/8E76-SENZ.

4. Attached to Plaintiffs' SUMF as Exhibit 2 is a true and correct copy of excerpted materials from *Firearms Law and the Second Amendment: Regulation, Rights, and Policy* (3d ed. 2021), authored by Nicholas J. Johnson et al.

5. Attached to Plaintiffs' SUMF as Exhibit 3 is a true and correct copy of a definition of the term "Magazine" from *The American Heritage Dictionary of The English Language*, perma.cc/CL4D-XJJD (last visited Sept. 14, 2026).

6. Attached to Plaintiffs' SUMF as Exhibit 4 is a true and correct copy of excerpted materials from *Gun Digest 2018* (Jerry Lee & Chris Berens eds., 72d ed. 2017).

7. Attached to Plaintiffs' SUMF as Exhibit 5 is a true and correct copy of excerpted materials from the National Shooting Sports Foundation's *Modern Sporting Rifle Comprehensive Consumer Report* (July 14, 2022), perma.cc/A6BR-PQYV.

8. Attached to Plaintiffs' SUMF as Exhibit 6 is a true and correct copy of excerpted materials from *Gun Digest 2023* (Jerry Lee & Chris Berens eds., 77th ed. 2017).

9. Attached to Plaintiffs' SUMF as Exhibit 7 is a true and correct copy of excerpted materials from the National Shooting Sports Foundation's *Detachable Magazine Report, 1990-2021* (2024), perma.cc/4VXU-DJWA.

10. Attached to Plaintiffs' SUMF as Exhibit 8 is a true and correct copy of excerpted materials from William English's *2026 National Firearms Survey: Results from the Second Wave, Including Current Ownership of AR-15 Style Rifles, Other "Assault Weapons," and Magazines that Hold More than 10 Rounds* (Georgetown Univ., Working Paper: Aug. 2026), perma.cc/L535-DTQF.

11. Attached to Plaintiffs' SUMF as Exhibit 9 is a true and correct copy of an article by the Crime Prevention Research Center entitled *Ten Cases Over The Last Few Years Where People Have Had To Fire Ten Or More Shots In Self Defense* (Oct. 22, 2020).

12. Attached to Plaintiffs' SUMF as Exhibit 10 is a true and correct copy of an article entitled *Houston Concealed Carriers Unload on Armed Muggers—Why We Travel in Packs*

from Concealed Nation (Dec. 21, 2015), perma.cc/X33S-89KZ.

13. Attached to Plaintiffs' SUMF as Exhibit 11 is a true and correct copy of an article by Gus G. Sentementes & Julie Bykowicz entitled *Documents Detail Cross Keys Shooting* from the Baltimore Sun (Mar. 21, 2006), perma.cc/C7EC-Q4KM.

14. Attached to Plaintiffs' SUMF as Exhibit 12 is a true and correct copy of an article entitled *Gun Shop Owner Shoots, Kills Man During Attempted Robbery* from WIS TV (Aug. 9, 2012), perma.cc/P6ZT-KHT7.

15. Attached to Plaintiffs' SUMF as Exhibit 13 is a true and correct copy of an article entitled *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt* from nbc12.com (2012), perma.cc/B3NN-CDSL.

16. Attached to Plaintiffs' SUMF as Exhibit 14 is a true and correct copy of an article by Glenn Puit, *DA: Fatal Shooting In Parking Lot Was* "*Clear Case of Self-Defense*," from the Las Vegas Review-Journal (May 4, 2020), perma.cc/6NPV-C87Q.

17. Attached to Plaintiffs' SUMF as Exhibit 15 is a true and correct copy of an article by Jacob Sullum, *The Threat Posed by Gun Magazine Limits* from Reason (Jan. 16, 2013), perma.cc/KQS2-HYS3.

I declare under penalty of perjury under 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on: September 21, 2026

s/ Michael A. Kelly
Michael A. Kelly, Esq. (#2116)
*Counsel for Plaintiffs*